**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEBORAH ADAMES | * |
| Individually and on behalf of | * |
| of her minor son, | * |
| DAVID ADAMES | * |
| P.O. Box 922 | * |
| Glassboro, NJ 08028; and | * |
| | * |
| BRANT AND KAREN WRIGHT, | * |
| Individually and as Parents and | * |
| On behalf of their minor son, | * |
| SHAUN PATRICK WRIGHT | * |
| 154 Pulaski Ave | * |
| Sayreville, NJ 08872; and | * |
| | * |
| TERESA MARIE DOUGHTEN | * |
| Individually and on behalf of | * |
| her minor daughter, | * |
| TERESA MARIA DOUGHTEN | * |
| 66 Tyler Road | * |
| Greenfield, NJ 08230 | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Civil Action No. _____ |
| | * |
| | * |
| MCDONALD'S CORPORATION | * |
| | * |
| Defendant. | * |
| | * |

## COMPLAINT

COMES NOW Plaintiffs, DEBORAH ADAMES, individually, and on behalf of her

minor son, DAVID ADAMES, BRANT WRIGHT and KAREN WRIGHT, Individually and on

behalf of their minor son, SHAUN PATRICK WRIGHT and TERESA MARIE DOUGHTEN,

Individually and on behalf of her minor daughter, TERESA MARIA DOUGHTEN complain of

Defendant, MCDONALD'S CORPORATION and state as follows:

## INTRODUCTION

1.     This action is brought by the Plaintiffs, consisting of three families, who suffer from medically diagnosed sensitivities or allergies to wheat, gluten or milk ingredients against MCDONALD'S CORPORATION ("MCDONALD'S") because Plaintiffs purchased and consumed MCDONALD'S Potato Products[1] believing them to be free of wheat, gluten or milk ingredients.  Plaintiffs bring this action for the personal injuries arising from the ingestion of gluten, wheat and milk ingredients concealed by MCDONALD'S in its french fries.

## JURISDICTION AND VENUE

2.     The Court has subject matter jurisdiction of this class action pursuant to 28 U.S.C. § 1332, and 1367, because this lawsuit includes diverse citizenship of the parties and the amount in controversy exceeds the sum or value of $75,000. exclusive of interest and costs.  The Venue is appropriate in this court because the conduct giving rise to this lawsuit and the injuries occurred in the State of New Jersey.

## PARTIES

3.     Plaintiff, DEBORAH ADAMES, is the mother of Plaintiff, DAVID ADAMES, a minor, age 12, and residents of the State of New Jersey.  DAVID ADAMES has autism and adheres to a gluten free and casein free diet. DAVID began consuming McDonald's Potato Products from approximately 2003 until 2006. DAVID'S pain and injuries were caused from the wheat ingredients concealed by MCDONALD'S in its Potato Products.

4.     Plaintiff, BRANT and KAREN WRIGHT, are husband and wife, and residents of the State of New Jersey. They have one minor child, Plaintiff SHAUN PATRICK WRIGHT, age 4,

---

[1]  The term "Potato Products" is hereby defined as being MCDONALD'S French fries and hash browns.

who has a milk allergy that was medically diagnosed.  SHAUN began consuming MCDONALD'S french fries from approximately 2004 through 2006.  Despite McDonald's announcement that Wheat and casein were used in the natural flavoring in mid February 2006, it further stated that the allergens were removed from the Potato Products and were still safe to eat for those with sensitivities to milk and wheat ingredients despite having knowledge to the contrary.  SHAUN broke out in a reaction within hours after consuming McDonald's french fries.

5.     Plaintiff, TERESA MARIE DOUGHTEN, is the mother of Plaintiff, TERESA MARIA DOUGHTEN, a minor, who are residents of the State of New Jersey. Plaintiffs, mother and daughter, have celiac disease and adhere to a strict wheat free and gluten free diet since 2003. Plaintiffs had been consuming McDonald's Potato Products from at least 2003 up until late February 2006 unknowing their pain and injuries were being caused from the wheat ingredients concealed by MCDONALD'S.

6.     Defendant, MCDONALD'S Corporation, is a Delaware Corporation headquartered at One MCDONALD'S Plaza, Oak Brook, Illinois 60523.  It is the leading global food service retailer with more than 30,000 restaurants serving nearly 50 million consumers in more than 119 countries each day, with stores throughout the United States.   In 2001, MCDONALD'S Corporation's sales exceeded $15.5 billion and according to records spent over $1 billion on annual advertising.

7.     MCDONALD'S operates both company-owned stores and franchise stores.  Regardless of whether a store is company-owned or franchised, MCDONALD'S Corporation prescribes the ingredients of the food products served therein for consistency, so as to ensure that a MCDONALD'S Potato Product sold in New Jersey is substantially identical to a

MCDONALD'S Potato Product sold anywhere else in the country.

8.      All products sold by MCDONALD'S franchisees in New Jersey and throughout the United States are provided by Defendant MCDONALD'S Corporation or approved distributors of MCDONALD'S.  All MCDONALD'S franchisees are subject to rigorous quality control procedures and policies designed to standardize the ingredients, taste and quality of MCDONALD'S products around the country and in the State of New Jersey.

## BACKGROUND FACTS

9.      The Plaintiffs suffer from a variety of medically diagnosed food allergies, sensitivities and/or food restrictions, including but not limited to, celiac disease, autism, allergies to diary products, and allergies to gluten and wheat ingredients.  In fact, the Plaintiffs adhere to a strict diet in order to ensure that they do not consume food or food products which contain sources of milk, gluten and/or wheat[2].

10.     The Plaintiffs purchased and/or consumed the McDonald's Potato Products based upon the Defendant's misrepresentations, concealment and omissions that the Potato Products were free of sources of gluten, milk and/or wheat allergens, and were safe for consumption by persons such as the Plaintiffs who were allergic to, or had an intolerance to food containing sources of gluten, milk and wheat.

11.     Consumption of the Defendant's Potato Products, containing sources of gluten, milk and/or wheat allergens, has caused Plaintiffs to become seriously ill, suffering from illnesses such as extreme stomach pains, diarrhea, flu, pneumonia, vomiting, tooth decay, osteoporosis and hospitalization, which consumption has the potential to additionally cause enlarged liver, kidney failure, cataracts, and brain damage.

---

[2] The term "wheat" shall include in its reference and definition the term "gluten" interchangeably and vice versa for the purposes of this complaint.

12.    Celiac disease is a lifelong autoimmune intestinal disorder, found in individuals who are genetically susceptible.  Celiac disease also known as gluten intolerance, affects 1 in 133 Americans.  Celiac disease is unique in that a specific food protein, gluten, and more specifically several peptide chains within the gluten protein, have been identified as the trigger.  Gluten, and broken parts of Gluten, is like a poison to people with this disease.  Symptoms of celiac disease can range from the classic features, such as diarrhea, weight loss, and malnutrition, to latent symptoms such as isolated nutrient deficiencies without gastrointestinal symptoms.  Those affected suffer damage to the villi (shortening and villous flattening) in the lamina propria and crypt regions of their intestines when they eat specific food-grain antigens (toxic amino acids sequences) that are found in wheat, rye, oats and barley.  It is estimated that more than 2 million Americans have celiac disease.

13.    Gluten is a protein, a binding agent--it gives bread and other grains its elasticity and it allows bread, cake, and other products to rise during baking.  Gluten is present naturally in wheat, barley, rye and oats (e.g., oatmeal).  Some ingredient lists indicate the presence of wheat proteins, such as, bread crumbs, bran, cereal extract, couscous, cracker meal, enriched flour, gluten, high-gluten flour, high-protein flour, semolina wheat, vital gluten, wheat bran, wheat germ, wheat gluten, wheat malt, wheat starch, whole wheat flour, gelatinized starch, hydrolyzed vegetable gum, and vegetable starch.

14.    The only acceptable treatment for celiac disease is strict adherence to include a 100% wheat free and gluten-free (including sources of Gluten) diet for life which can prevent almost all complications caused by the disease.  A gluten-free diet means avoiding all products that contain wheat, rye, oats, barley, or any of their derivatives.  This can be a difficult task as there are many sources of gluten found in the ingredients of processed foods.

15.     Significantly, however, at all times relevant herein, MCDONALD'S misrepresented, concealed and omitted from disclosure the fact that its Potato Products contained gluten, milk and/or wheat in the flavoring added to the par fry oil to cook its Potato Products. McDonald's further misrepresented, concealed and omitted from disclosure the fact that its Potato Products were unsafe to be eaten by those individuals with sensitivities related to the consumption of gluten, dairy and/or wheat.

16.     MCDONALD'S, which sells food products to approximately 25 Million customers a day in the United States, represented that: (1) it is "committed to transparency" regarding its food ingredients; (2) it wants to "provide its customers with (accurate) nutrition information and other food facts to help them make informed choices whenever they visit our restaurants;" and (3) that food safety is its number one priority. (Exhibit A- August 13, 2001 McDonald's Press Release").

17.     MCDONALD'S creates, maintains, controls, publishes, markets and advertises the content of its nutritional information about its Potato products via its website located at mcdonalds.com, which is available throughout the United States, and also via the packaging of its food items, tray liners used in its restaurants, a brochure available in its restaurants entitled Nutrition Facts and via wallet sized cards available in its restaurants.

18.     Upon information and belief, MCDONALD'S established its website in the mid 1990's.

19.     MCDONALD'S represented that consumers and plaintiffs can rely on information contained on its website. By doing so, MCDONALD'S created a duty and obligation to be accurate, truthful and forthcoming when making representations of the ingredients for its food products, including the natural flavors used therein, in printed materials and on the website. (Exhibit A)

20.     In addition to controlling, maintaining and publishing the ingredients to the natural

flavoring in the french fries, MCDONALD'S also controlled, supervised, maintained and published a "MCDONALD'S USA Food Allergens and Sensitivities Listing" on its website at all relevant times. This website page stated: "(MCDONALD'S) provide(s) information for our popular menu items to help people with food allergies or sensitivities make wise food choices when dining at MCDONALD'S. Our listing highlights the top eight food allergens and other ingredients customers often ask about." (A copy of MCDONALD'S "MCDONALD'S USA Food Allergens and Sensitivities Listing" is attached hereto as Exhibit B.) By doing so, MCDONALD'S controlled the information and did warranty the information to the Plaintiff's that the french fries were safe for a child with sensitivities to wheat, gluten or milk.

21.    MCDONALD'S USA Food Allergens and Sensitivities Listing identified all of MCDONALD'S food products and contained boxes whereby checks could be placed in those boxes if the corresponding food item contained any of the eight most common allergens (egg, fish, milk, peanuts, shellfish, soybeans, tree nuts and wheat) and/or food sensitivities (monosodium glutamate and gluten). The boxes on this webpage were left blank with respect to MCDONALD'S French fries and hash browns. (See Exhibit B). In other words, MCDONALD'S was representing to the public and Plaintiffs, that no sources of gluten, wheat or milk were associated with its Potato Products.

22.    By creating, controlling, publishing and maintaining the ingredients list and MCDONALD'S USA Food Allergens and Sensitivities Listing and its contents on its website, MCDONALD'S targeted sales of its food products to the public and the plaintiffs who have food allergies and/or sensitivities. By doing so, MCDONALD'S did warranty their food product were safe for consumption by Plaintiffs who suffer from sensitivities to gluten, wheat or milk.

23.    MCDONALD'S also created, maintained, supervised and published the ingredients for

its food products on its website on pages entitled "MCDONALD'S USA Ingredients Listing for Popular Menu Items." At all relevant times, MCDONALD'S misrepresented, concealed or omitted the presence of gluten, milk and wheat ingredients in its french fries or hash browns. (A copy of MCDONALD'S "MCDONALD'S USA Ingredients Listing for Popular Menu Item" is attached hereto as Exhibit C.). Historically, MCDONALD'S has represented its french fries as free of gluten, wheat and milk ingredients and would divulge information regarding the natural flavoring therein.

24.    On August 13, 2001, MCDONALD'S, from its corporate headquarters, announced to the world it would detail the diary, meat or vegetable sources to the natural flavoring used in the MCDONALD'S french fries and food products. This statement by MCDONALD'S made it clear that "customers can now visit the MCDONALD'S corporation website to get information on core U.S. menu items that include a natural flavor". (Exhibit A).

25.    MCDONALD'S went on to say "if our customers want more information about natural flavors to help them make informed choices, then we want to help them." MCDONALD'S is now providing more information about the specific source of the natural flavoring dairy, meat or vegetable because it is a change our customers have requested. MCDONALD'S further stated the product information on the website would be the same as the information in the printed materials that are available at MCDONALD'S restaurants throughout the country.

26.    As a result, MCDONALD'S provided information on the natural flavoring of its french fries assuring and intending the Plaintiffs and consumers to believe there was no gluten, milk and wheat ingredients used therein, which was false.

27.    Rather than immediately informing the public and Plaintiffs of the true ingredients in the natural flavoring, MCDONALD'S intentionally concealed and delayed this information from

going public from until February 13, 2006.

28.     During this period of time, MCDONALD'S perpetrated its fraud by concealment of the true ingredients in the french fries. MCDONALD'S did not update its MCDONALD'S USA Food Allergens and Sensitivities Listing or its ingredient list all published on its website and in written material distributed to MCDONALD'S restaurants throughout the country and New Jersey, to reflect that gluten, milk and wheat ingredients were used in the natural flavoring.

29.     By MCDONALD'S controlling, directing and concealing valuable information, it deprived the plaintiffs the ability to make an informed choice in purchasing MCDONALD'S french fries and hash browns

30.     On or about February 13, 2006, MCDONALD'S, for the first time, notified the public of the presence of wheat bran and milk casein in the natural flavoring oil used to cook its french fries and hash browns.  This was the very first time that MCDONALD'S disclosed milk and wheat ingredients in its Potato Products despite having promised the public and Plaintiffs since approximately 1999 and affirming that promise on or about August 13, 2001 and at all times throughout on its website and printed materials, that no gluten, wheat or milk ingredients were used as a natural flavor to its french fries and hash browns.

31.     MCDONALD'S now attempts to conceal its wrongdoing when it announced to the public on or about February 13, 2006 that it would begin labeling the presence of wheat and milk ingredient allergens in its french fries as required by a "voluntary" federal labeling law when in fact the law does not apply to MCDONALD'S and restaurants creating suspicion of its true intent.

32.     MCDONALD'S began receiving a litany of complaints from the public about the presence of wheat and milk sources in its Potato Products at that time.

33.    MCDONALD'S maintains a database through its Astute Solutions, Power Center, software system whereby it tracks and records customer complaints received at its 1-800 telephone number. MCDONALD'S receives approximately one million complaints per year in the United States.

34.    From November 1999 through February 13, 2006, MCDONALD'S concealed the disclosure of milk and wheat ingredients in its natural flavoring to the french fries from the plaintiffs and the public. From November 1997 through February 13, 2006, MCDONALD'S continued to control, direct, supervise and publish content on its website and printed material when it falsely represented the following:  (1) its MCDONALD'S USA Food Allergens and Sensitivities Listing showing no boxes checked for the presence of milk or wheat ingredients in its french fries and hash browns; and (2) its MCDONALD'S USA Ingredients Listing for Popular Menu Items showing there was no presence of wheat, gluten or dairy in the natural flavoring to its french fries and hash browns.

35.    As of February 21, 2006, MCDONALD'S, despite its knowledge to the contrary, continued to falsely publish and represent its MCDONALD'S USA Food Allergens and Sensitivities Listing showing no boxes checked for the presence of allergens or food sensitivities in its french fries and hash browns.(See Exhibit B).   This continuing misrepresentation, concealment and omission was made despite MCDONALD'S knowledge and promise to disclose the presence of wheat, gluten and milk ingredients to the natural flavoring in its french fries to Plaintiffs since 2001.

36.    Effective March 14, 2006, MCDONALD'S finally revised the disclosure to the public and the plaintiffs on its MCDONALD'S USA Food Allergens and Sensitivities Listing.  In the boxes for milk and wheat allergens and gluten food sensitivities, with respect to MCDONALD'S

french fries and hash browns, the term "More info" was added therein.   (A copy of MCDONALD'S "MCDONALD'S USA Food Allergens and Sensitivities Listing," effective as of March 16, 2004, is attached hereto as Exhibit D.)

37.   MCDONALD'S revised its MCDONALD'S USA Ingredients Listing for Popular Menu Items adding the following language to its website under ingredients for french fries and hash browns:  "CONTAINS WHEAT AND MILK (Natural beef flavor contains hydrolyzed wheat and hydrolyzed milk as starting ingredients.)"  (A copy of the revised MCDONALD'S USA Ingredients Listing for Popular Menu Items is attached hereto as Exhibit E).

38.   MCDONALD'S also added various pages to its website entitled "Nutrition Facts for Your Menu Item."  Under the pages for French fries and hash browns, the same language appears:  "CONTAINS WHEAT AND MILK (Natural beef flavor contains hydrolyzed wheat and hydrolyzed milk as starting ingredients.)"  (Copies of the Nutrition Facts for Your Menu Item pages for French fries and hash browns from MCDONALD'S website are attached hereto as Exhibit F).

39.   Despite the fact that MCDONALD'S knew that sources of wheat, gluten and milk were present in its Potato Products, MCDONALD'S intentionally failed to disclose, concealed and omitted that its Potato Products contained milk, gluten and wheat ingredients, and in fact manufactured, distributed, advertised, represented and sold Potato Products falsely labeled as free of milk and wheat ingredients until February 13, 2006.  By controlling this information, MCDONALD'S did warranty its Potato Products were free from sources of wheat, gluten and milk and safe to be consumed by persons who suffer from celiac disease or milk allergies, like Plaintiffs, who could not consume wheat, gluten or milk ingredients for health reasons, thereby depriving plaintiffs the ability to make an informed choice, and causing or contributing to

Plaintiffs injuries.

40.    MCDONALD'S Corporation misrepresented, concealed and omitted that its Potato Products were unsafe to be eaten by individuals with issues related to the consumption of wheat, gluten or dairy.

41.    On February 13, 2006, MCDONALD'S clandestinely revised the contents of its website as set forth, supra, and alleged that it was voluntarily complying with a new food labeling law that does not apply to it.

42.    Attached to MCDONALD'S website after its February 2006 disclosure to the public was made, MCDONALD'S published a letter from Catherine E. Adams, Ph.D, R.D., a Corporate Vice President of Worldwide Quality Systems, Food Safety and Nutrition of MCDONALD'S. (A copy of this letter is attached hereto as Exhibit G.)  This letter represented and admitted that MCDONALD'S has historically reported that its french fries and hash browns were allergen-free. (*Id.*).

43.    The letter represented and admitted that MCDONALD'S French fries and hash browns do in fact contain hydrolyzed milk and hydrolyzed wheat as ingredients in the natural flavoring used in the frying oil for both food products.  Because partially broken down milk or wheat proteins may be present in its french fries and hash browns, MCDONALD'S accurately represented and admitted that the presence of the hydrolyzed milk and wheat "could be clinically significant for an individual with a milk or wheat allergy." (See Exhibit G).

44.    MCDONALD'S further accurately stated that this "important" information, for people with a milk or wheat allergy, should be discussed with a health care provider." (See Exhibit H).

45.    MCDONALD'S through its global nutrition manager and spokesperson, Cathy Kapica, Ph.D, represented and published that "MCDONALD'S has always known that wheat and milk

were used in the French fries." (See attached as Exhibit H).

46.    MCDONALD'S represented to have verified the ingredients in their Potato Products in responding to inquiries of allergens or milk ingredients by consumer groups and Plaintiffs, that resulted in Plaintiffs purchasing french fries and consuming them believing them to be free of wheat, gluten and milk ingredients and safe.

47.    On February 13, 2006, MCDONALD'S through its agents, representatives or spokespersons stated it decided to note the presence of the wheat and dairy ingredients used to flavor its fries because of the need for consumers to make informed choices. "If someone is really sensitive, they need to be aware that this product was at one point derived from wheat and dairy." (*Id*).

48.    Despite this admission and promise to provide accurate information to the public, MCDONALD'S omitted, concealed and failed to provide accurate information to allow a consumer to make an informed choice in buying its Potato Products, especially when MCDONALD'S targeted members of the public with sensitivities, like Plaintiffs who suffer from celiac disease or milk allergies, who require accurate information to make purchases and adhere to a strict diet that is free of wheat, gluten or milk for safety and well being (*Id.*).

49.    MCDONALD'S, through its agents, representatives, or spokespersons admitted, published, represented and announced to the world that: "We knew there were always wheat and dairy derivatives in there…" referring to the french fries.  Despite being printed in newspapers across the country, McDonalds has not retracted this statement that shows a historical knowledge of the true ingredients in the natural flavoring used for the french fries that was concealed until recently. (*Id.*)

50.    MCDONALD'S conduct, as described herein, demonstrates a business practice in trade

and commerce of deception to the Plaintiffs, who rely on the information and expertise and skill of MCDONALD'S the nation's leading food seller, to disclose its ingredients accurately and immediately due to the recognized health hazard it may pose to those sensitive to wheat or milk ingredients. MCDONALD'S solicited and targeted members of the public, like the Plaintiffs, by advertising, marketing and selling its Potato Products as stated herein.

51.    By doing so, MCDONALD'S did create a duty of care and warranty its Potato Products to be free from sources of wheat, gluten and milk and were safe to eat for the Plaintiff who suffer from medically diagnosed sensitivities to these ingredients.

52.    The Plaintiffs purchased and/or consumed the MCDONALD'S Potato Products based upon the Defendant's misrepresentations, concealment and omissions that the Potato Products were free of sources of wheat, gluten and milk and were safe for consumption by persons such as Plaintiffs, who suffer from medically diagnosed sensitivities to those ingredients.

53.    As stated herein, Plaintiffs adhere to a strict diet in order to ensure that each does not consume food or food products which contain sources of wheat, gluten or milk.

54.    The long term consumption of the Defendant's Potato Products, containing sources of wheat, gluten or milk, has caused Plaintiffs to become seriously ill, including vomiting, stomach cramps, eczema and rashes.


**COUNT I**
**STRICT PRODUCT LIABILITY**
**(DEFECT)**

55.    The Plaintiffs adopt by reference Paragraphs 1 through 54 in this Complaint as though fully set forth herein.

56.    At all times material hereto, the Defendant, has engaged in the business of preparing,

selling, distributing, supplying, designing, manufacturing, marketing and promoting MCDONALD'S french fries and hash browns, which were defective and unreasonably dangerous to consumers who suffer from galactosemia, including the minor Plaintiff.

57.    At all times material hereto, MCDONALD'S french fries and hash browns were expected to reach, and did reach, consumers in the State of New Jersey, including Plaintiffs, without substantial changes in the condition in which they were sold.

58.    At all times material hereto, MCDONALD'S french fries and hash browns were in a defective and unreasonably dangerous condition at the time they were placed in the stream of commerce in ways which include, but are not limited to, one or more of the following particulars:

> a.    When placed in the stream of commerce, MCDONALD'S french fries and hash browns contained unreasonably dangerous design defects and were not reasonably safe as intended to be consumed by persons who suffer from sensitivities to wheat, gluten or milk ingredients, including Plaintiffs, subjecting the Plaintiffs to unreasonable risks of harm;
>
> b.    When placed in the stream of commerce, MCDONALD'S french fries and hash browns were defective in design and formulation, making their consumption unreasonably dangerous to persons who suffer from sensitivities to wheat, gluten or milk ingredients, including Plaintiffs;
>
> c.    The Defendant concealed or failed to conduct sufficient testing on MCDONALD'S french fries and hash browns which, if properly performed or divulged, would have alerted the plaintiffs or shown that consumption of MCDONALD'S french fries and hash browns would have serious side effects on persons who suffer from sensitivities or allergies to wheat and milk ingredients, including Plaintiffs.
>
> d.    MCDONALD'S french fries and hash browns were known to the Defendant to cause harmful side effects to persons who suffer from

sensitivities or allergies to wheat and milk ingredients, including

Plaintiffs, and said side effects outweighed any potential utility of the food

product; and

e.      MCDONALD'S french fries and hash browns were not safe for its

intended use by customers who suffer from sensitivities or allergies to

wheat and milk ingredients, including Plaintiffs.

f.      Upon information and belief, since November 1999,

MCDONALD'S knew or should have known that milk ingredients were in

their french fries and hash browns and intentionally or recklessly

disregarded or concealed the information from consumers, including

Plaintiffs.

59.     But for the aforementioned defective and unreasonably dangerous condition of

MCDONALD'S french fries and hash browns, known to Defendant, Plaintiffs would not have

sustained the injuries and damages alleged herein.

60.     As a proximate cause of the defective condition of MCDONALD'S french fries and hash

browns, the Plaintiffs have has sustained serious and permanent injuries including, but not

limited to: anaphylactic reactions, aggravation of his milk, wheat and dairy allergies, stomach

pain, rashes wheezing, fear, anxiety, emotional distress. Damages also include pain, suffering

and mental anguish, both in the past and in the future, accrued medical expenses, loss of capacity

for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and

other damages to be proven at trial.  Plaintiffs' illnesses are permanent and these damages and

losses will continue in the future. Further, the Plaintiffs may have suffered an aggravation of pre-

existing conditions.

WHEREFORE, each Plaintiff demands judgment against Defendant, MCDONALD'S for

compensatory damages with interest and costs and such other relief this Court deems proper.

**COUNT II**
**STRICT PRODUCT LIABILITY**

(<u>FAILURE TO WARN</u>)

61.    The Plaintiffs adopt by reference Paragraphs 1 through 60 in this Complaint as though fully set forth herein.

62.    MCDONALD'S french fries and hash browns were defective and unreasonably dangerous to persons who suffer from sensitivities to wheat, gluten or milk ingredients, including Plaintiffs when they left the possession of the Defendant, in that they failed to contain warnings or contained warnings which either concealed or misled the Plaintiffs and consumers as to the dangerous risks and reactions associated with MCDONALD'S french fries and hash browns for persons who suffer from sensitivities to wheat, gluten or milk ingredients, including Plaintiffs. The Plaintiffs' reaction to the consumption of wheat or milk ingredients in the Defendant's french fries and hash browns is more than an idiosyncratic or rare allergic reaction.  Defendant knew that its French fries and hash browns would be consumed by the Plaintiffs who suffer form sensitivities to wheat, gluten or milk ingredients, and represented it was safe for Plaintiffs to consume.  As such, Defendant had a duty, or assumed a duty, to warn of the presence of wheat or milk ingredients in the french fries and hash browns and the Defendant's failure to warn rendered the product unreasonably dangerous.

63.    MCDONALD'S French fries and hash browns, manufactured, supplied, handled, prepared and/or cooked by the Defendants, were not accompanied by proper warnings regarding all possible adverse side effects associated with the consumption of MCDONALD'S french fries and hash browns by persons who suffer from medically diagnosed wheat or milk sensitivities.

64.    Plaintiffs could not have discovered any defect in MCDONALD'S french fries and hash browns through the exercise of reasonable care.

65.    Plaintiffs did not have the knowledge and/or information they would have received from an adequate warning that the manufacturer or distributor, MCDONALD'S, should have communicated to the Plaintiffs.

66.    Had adequate warnings or nutritional information been provided, Plaintiff would not have suffered the harmful side effects of wheat or milk ingredients contained in MCDONALD'S

french fries and hash browns.

67.    The Defendant had a continuing duty to warn consumers who suffer from wheat and milk sensitivities, including Plaintiffs, of the dangers associated with consumption of MCDONALD'S french fries and hash browns. Additionally, the individual(s) at the corporate headquarters of MCDONALD'S affirmatively represented that the french fries and hash browns were safe for consumption by the Plaintiffs, who had medically diagnosed wheat and milk sensitivities.

68.    As a proximate cause of the defective condition of MCDONALD'S french fries and hash browns, the minor Plaintiffs have has sustained serious and permanent injuries including, but not limited to: anaphylactic reactions, aggravation of his gluten, wheat and dairy allergies, stomach pain, rashes wheezing, fear, anxiety, emotional distress. Damages also include pain, suffering and mental anguish, both in the past and in the future, accrued medical expenses, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and other damages to be proven at trial.  Plaintiffs' illnesses are permanent and these damages and losses will continue in the future. Further, the minor Plaintiffs may have suffered an aggravation of pre-existing conditions.

WHEREFORE, Plaintiffs demand judgment against Defendant, MCDONALD'S for compensatory damages with interest and costs and such other relief this Court deems proper.

## COUNT III
## NEGLIGENCE

69.    The Plaintiffs adopt by reference Paragraphs 1 through 68 in this Complaint as though fully set forth herein.

70.    Defendant created, manufactured, designed, tested, labeled, supplied, packaged, prepared, distributed, marketed, advertised and/or sold MCDONALD'S french fries and hash browns in the State of New Jersey. Furthermore, Defendant, ordered, marketed, advertised, published ingredients, developed, created, managed, directed, manufactured, sold, handled, prepared and cooked the french fries and hash browns in its stores or franchises in New Jersey.

71.    At all times material hereto, Defendant had a duty, or through their representations, assumed a duty to Plaintiffs to exercise reasonable care in the ordering, making, creation, manufacture, assembly, design, testing, labeling, supplying, packaging, distribution, promotion, marketing, advertising, and/or sale of its french fries and hash browns.

72.    Defendant breached that duty and was negligent in its actions towards the Plaintiffs, including but not limited to the following:

> a.    Failure to include adequate warnings with Mc Donald's french fries and hash browns that would alert consumers who suffer from galactosemia like the minor plaintiff, of the potential risks and serious side effects of consuming MCDONALD'S french fries and hash browns and that the french fries and hash browns contained wheat and milk ingredients;

> b.    Failure to adequately and properly test MCDONALD'S french fries and hash browns for the presence of wheat and milk ingredients before placing MCDONALD'S french fries and hash browns in the stream of commerce;

> c.    Failure to adequately warn Plaintiffs or consumers who suffer from galactosemia, including the minor Plaintiff, that the consumption of MCDONALD'S french fries and hash browns carried a risk of serious injuries or illness;

> d.    Failure to provide adequate post-marketing warnings or instructions after the Defendant knew or should have known of the presence of wheat and milk ingredients in their french fries and hash browns and of the significant risks of serious injuries or illness from the consumption of MCDONALD'S french fries and hash browns;

> e.    Encouraging the consumption of MCDONALD'S french fries and hash browns, while underplaying the side effects to consumers who suffer from medically diagnosed wheat and milk sensitivities, including the

Plaintiffs, in order to make a profit from sales; and

f.       Failure to provide accurate nutritional information regarding the presence of wheat and milk ingredients in MCDONALD'S french fries and hash browns.

g.       Providing incorrect or inaccurate information to the Plaintiffs that the french fries and hash browns did not contain milk, gluten and/or wheat ingredients; and

73.    Defendant knew or should have known that its french fries and hash browns contained wheat and milk ingredients and caused unreasonably dangerous risks and serious side effects to consumers, like Plaintiffs, who suffers from medically diagnosed wheat and milk sensitivities, and the Plaintiffs were not aware of such risks and serious side effects. Defendant nevertheless advertised, marketed, sold and distributed its french fries, knowing that there was a significant risk of injury or illness in consumers who suffer from these sensitivities, like the Plaintiffs.

74.    But for the Defendant's negligent conduct, as described herein, the Plaintiffs would not have consumed MCDONALD'S french fries and hash browns, and the Plaintiffs would not have suffered personal injuries, and other permanent damages.

75.    As a proximate cause of the negligence of the Defendants, the Plaintiffs have sustained serious and permanent injuries including, but not limited to: anaphylactic reactions, aggravation of his milk, wheat and dairy allergies, stomach pain, rashes wheezing, fear, anxiety, emotional distress. Damages also include pain, suffering and mental anguish, both in the past and in the future, accrued medical expenses, loss of capacity for the enjoyment of life, expense of hospitalization, medical treatment, and other damages to be proven at trial. Plaintiffs' illnesses are permanent and these damages and losses will continue in the future. Further, the Plaintiffs may have suffered an aggravation of pre-existing conditions.

WHEREFORE, Plaintiffs demand judgment against Defendant MCDONALD'S for compensatory damages with interest and costs and such other relief this Court deems proper.

## COUNT IV

## <u>BREACH OF EXPRESS WARRANTY</u>

76.    The Plaintiffs adopt by reference Paragraphs 1 through 75 in this Complaint as though fully set forth herein.

77.    Defendants, individually and collectively, expressly warranted that MCDONALD'S french fries and hash browns did not contain any wheat and milk ingredients, and it was safe for consumers, who suffer from sensitivities to these ingredients, including the Plaintiffs, to consume its french fries and hash browns. Defendant, MCDONALD'S, posted information on its web site, warranting that MCDONALD'S french fries and hash browns contained "no wheat or milk" ingredients, and employees of MCDONALD'S made express representations to the Plaintiffs that MCDONALD'S french fries and hash browns contained no wheat or milk ingredients and were safe for consumption by the Plaintiffs.

78.    MCDONALD'S french fries and hash browns did not conform to these express representations because MCDONALD'S french fries and hash browns were not free of wheat and milk ingredients, and were not safe for consumption by consumers who suffer from sensitivities to these ingredients, including the Plaintiffs.

79.    As a proximate cause of the negligence of the Defendants, the Plaintiffs have sustained serious and permanent injuries including, but not limited to: anaphylactic reactions, aggravation of his milk, wheat and dairy allergies, stomach pain, rashes wheezing, fear, anxiety, emotional distress. Damages also include pain, suffering and mental anguish, both in the past and in the future, accrued medical expenses, loss of capacity for the enjoyment of life, expense of hospitalization, medical treatment, and other damages to be proven at trial. Plaintiffs' illnesses are permanent and these damages and losses will continue in the future. Further, the minor Plaintiffs may have suffered an aggravation of pre-existing conditions.

WHEREFORE, Plaintiffs demand judgment against Defendant, MCDONALD'S for compensatory damages with interest and costs and such other relief this Court deems proper.

**COUNT V**
**FRAUDULENT MISREPRESENTATION**
**AND FRAUDULENT CONCEALMENT**

80.    The Plaintiffs adopt by reference Paragraphs 1 through 79 in this Complaint as though fully set forth herein.

81.    The Defendant, MCDONALD'S, having undertaken the manufacturing, marketing, dispensing, distributing and promotion of MCDONALD'S french fries and hash browns, owed a duty to provide complete and accurate nutritional information regarding its french fries and hash browns to the Plaintiffs, and anyone else they knew, or should have known, would consume MCDONALD'S french fries and hash browns. Nevertheless, the Defendant fraudulently and intentionally misrepresented material facts regarding the composition and safety of its french fries and hash browns and failed to inform and did conceal from the Plaintiffs, material facts.

82.    At all times material hereto, the Defendant MCDONALD'S, by and through postings on their corporate web site (www.McDonalds.com), nutritional pamphlets or otherwise in writing, made written material misrepresentations of fact to the public, including the Plaintiffs herein, regarding the character and quality of its french fries and hash browns, to wit: that the french fries and hash browns were free of wheat and milk ingredients. Furthermore, employees of MCDONALD'S made express oral misrepresentations of fact regarding the character and quality of the french fries and hash browns, to wit: that the french fries and hash browns were free of wheat and milk ingredients and safe to be consumed by individuals with galactosemia. Specifically, persons who identified themselves as employees of MCDONALD'S previously

described, told the Plaintiffs that the french fries and hash browns contained no wheat and milk ingredients and were safe for individuals with sensitivities to these ingredients. The misrepresentations were made and never changed during the time periods set forth herein, upon inquiry from the Plaintiffs. Furthermore, Plaintiffs, on more than one occasion, contacted corporate offices of MCDONALD'S in Illinois and were told by persons at the corporate office (who identified themselves as employees of the MCDONALD'S) that the french fries and hash browns contained no wheat and milk ingredients and were safe for individuals with galactosemia.

83.    The Defendants fraudulently and intentionally misrepresented and concealed nutritional information regarding MCDONALD'S french fries and hash browns including, but not limited to, the fact that the french fries and hash browns and/or the cooking oil and/or cooking process used to prepare their french fries and hash browns contained wheat and milk ingredients.

84.    At the time that the fraudulent and intentional misrepresentations were made, the Defendant knew that its french fries and hash browns were unsafe for consumption by the Plaintiffs, and their consumption posed a risk of serious injury or illness.

85.    The fraudulent misrepresentations of and/or concealment alleged above were perpetuated directly and/or indirectly by the Defendant and their employees, managers and corporate representatives.

86.    The Defendant knew that these representations were false and/or misleading at the time they were made, omitted or concealed, and they made the aforesaid misrepresentations with the intent or purpose that the minor Plaintiff, and others similarly situated, would rely on them, leading to the consumption of MCDONALD'S french fries and hash browns by the Plaintiffs.

87.    At the time of Defendant's fraudulent misrepresentations, the Plaintiffs were not aware of the falsity of the statements being made, and believed them to be true.   Plaintiffs had no knowledge of the information concealed and/or suppressed by Defendant.

88.    Plaintiffs justifiably relied on and/or were induced by the fraudulent misrepresentations and/or active concealment and the absence of accurate nutritional information, which the Defendant suppressed, concealed and failed to disclose.

89.    Defendant had a post-sale duty to warn the Plaintiffs about the potential risks and complications associated with the consumption of their french fries and hash browns by consumers who suffer from sensitivities to these ingredients, including Plaintiffs.

90.    The fraudulent misrepresentations of and/or concealment by the Defendant constitute a continuing fraud.

91.    Defendant made the fraudulent misrepresentations and/or concealed this information with the intention and specific desire that the Plaintiffs and the consuming public would rely on such, or the absence of information, in selecting MCDONALD'S french fries and hash browns as food products that were free of any wheat and milk ingredients.

92.    As a proximate cause of the negligence of the Defendant, the Plaintiffs have sustained serious and permanent injuries including, but not limited to: anaphylactic reactions, aggravation of his milk, wheat and dairy allergies, stomach pain, rashes wheezing, fear, anxiety, emotional distress. Damages also include pain, suffering and mental anguish, both in the past and in the future, accrued medical expenses, loss of capacity for the enjoyment of life, expense of hospitalization, medical treatment, and other damages to be proven at trial.  Plaintiffs' illnesses are permanent and these damages and losses will continue in the future. Further, the Plaintiffs

may have suffered an aggravation of pre-existing conditions.

WHEREFORE, Plaintiffs demand judgment against Defendant, MCDONALD'S for compensatory damages with interest and costs and such other relief this Court deems proper.

## COUNT VI
## NEGLIGENT MISREPRESENTATION
## AND NEGLIGENT CONCEALMENT

93.    The Plaintiffs adopt by reference Paragraphs 1 through 92 in this Complaint as though fully set forth herein.

94.    The Defendant, having undertaken the manufacturing, marketing, dispensing, distributing and promotion of its french fries and hash browns, owed a duty to provide complete and accurate information regarding its french fries and hash browns to the Plaintiffs and anyone else they knew, or should have known, would consume MCDONALD'S and hash browns.  Nevertheless, the Defendants misrepresented material facts regarding the composition and safety of MCDONALD'S french fries and hash browns and negligently failed to inform and did conceal from the Plaintiffs, material facts regarding its french fries and hash browns.

95.    At all times material hereto, MCDONALD'S, by and through postings on its corporate web site (www.McDonalds.com), nutritional pamphlets or otherwise in writing, made written material misrepresentations of fact to the public, including the Plaintiffs herein, regarding the character and quality of their french fries and hash browns, to wit: that the french fries and hash browns were free of wheat and milk ingredients. Furthermore, employees of the Defendant made express oral misrepresentations of fact regarding the character and quality of its french fries and hash browns, to wit: that the french fries and hash browns were free of wheat and milk ingredients. Specifically, Plaintiffs, on more than one occasion, contacted corporate offices of MCDONALD'S in Illinois and were told by persons at the corporate office (who identified themselves as employees of the MCDONALD'S) that the french fries and hash browns

contained no wheat and milk ingredients and were safe for individuals with sensitivities to these ingredients.

96.    At all times material hereto, the Defendant, by and through nutritional pamphlets or otherwise in writing, made written material misrepresentations of fact to the public, including the Plaintiffs herein, regarding the character and quality of its french fries and hash browns, to wit: that the french fries and hash browns were free of wheat and milk ingredients. Furthermore, employees of Defendant made express oral misrepresentations of fact regarding the character and quality of its french fries and hash browns, to wit: that the french fries and hash browns were free of wheat and milk ingredients. Specifically, persons who identified themselves as employees at the corporate offices previously described, told the Plaintiffs that the french fries and hash browns contained no gluten, wheat or milk. The misrepresentations were made on a regular basis during the time periods set forth in this Complaint.

97.    The Defendant negligently misrepresented and concealed nutritional information regarding its french fries and hash browns, including, but not limited to the fact that the french fries and hash browns and or cooking oil and/or cooking process used to prepare their french fries and hash browns contained no wheat and milk ingredients.

98.    MCDONALD'S french fries and hash browns were unsafe for consumption by consumers who suffer from sensitivities to wheat and milk, including the Plaintiffs, and the consumption of the french fries and hash browns by such persons posed a risk of serious injury or illness, which outweighed the purported benefits of its consumption, such that serious illness was caused to the Plaintiffs.

99.    Defendant negligently misrepresented and concealed adverse information at a time when they knew or should have known that its french fries and hash browns had defects, dangers and characteristics that were other than what the Defendants had represented about its french fries and hash browns to the consuming public, including the Plaintiffs.

100.    The negligent misrepresentations of and/or concealment alleged above were perpetuated

directly and/or indirectly by the Defendant and its agents.

101.　The negligent misrepresentations of the Defendants took the form of publicly disseminated misinformation which concealed and misled the Plaintiffs about the nutritional composition and safety of MCDONALD'S french fries and hash browns. The negligent misrepresentations of the Defendant also took the form of express statements and representations by employees or agents.

102.　The Defendant knew or should have known that these representations were false and/or misleading at the time they were made, omitted or concealed and they made the aforesaid misrepresentations with the intent or purpose that the Plaintiffs, would rely on them, leading to the consumption of MCDONALD'S french fries and hash browns containing milk ingredients by the Plaintiffs.

103.　At the time of Defendant's negligent misrepresentations, Plaintiffs were unaware of the falsity of the statements being made and believed them to be true.　Plaintiffs had no knowledge of the information concealed and/or suppressed by Defendant.

104.　Plaintiffs justifiably relied on and/or were induced by the negligent misrepresentations and/or active concealment and the absence of accurate information, which the Defendant suppressed, concealed and failed to disclose.

105.　Defendant had a post-sale duty to warn the Plaintiffs about the potential risks, dangers and complications associated with the consumption of its french fries and hash browns by consumers who suffer from sensitivities to wheat and milk ingredients, including the Plaintiffs.

106.　The negligent misrepresentations of and/or active concealment by the Defendant constitute a continuing tort.

107.　Defendant negligently made the misrepresentations when it was foreseeable that the minor Plaintiff and the consuming public would rely on such information, or the absence of information, in selecting MCDONALD'S french fries and hash browns as food products free of

wheat and milk ingredients.

108.    As a proximate cause of the negligence of the Defendants, the Plaintiffs have sustained serious and permanent injuries including, but not limited to: anaphylactic reactions, aggravation of his milk, wheat and dairy allergies, stomach pain, rashes wheezing, fear, anxiety, emotional distress. Damages also include pain, suffering and mental anguish, both in the past and in the future, accrued medical expenses, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and other damages to be proven at trial. Plaintiffs' illnesses are permanent and these damages and losses will continue in the future. Further, the Plaintiffs may have suffered an aggravation of pre-existing conditions.

WHEREFORE, Plaintiffs demand judgment against Defendant, MCDONALD'S for compensatory damages with interest and costs and such other relief this Court deems proper.

**COUNT IX**
**VIOLATION OF THE NEW JERSEY CONSUMER FRAUD /DECEPTIVE TRADE PRACTICES ACT**

109.    The Plaintiffs adopt by reference Paragraphs 1 through 109 in this Complaint as though fully set forth herein.

110.    MCDONALD'S had a statutory duty to refrain from unfair or deceptive acts or practices in the sale and promotion of its Potato Products to Plaintiffs.

111.    MCDONALD'S engaged in unfair, unconscionable, deceptive, fraudulent and misleading acts or practices in violation of New Jersey's consumer protection laws, identified below. Through its false, untrue and misleading promotion of Potato Products that were free of milk ingredients, MCDONALD'S induced Plaintiffs to purchase and/or pay for the purchase of Potato Products as advertised and marketed.   MCDONALD'S misrepresented, concealed and omitted the alleged ingredients and characteristics of its Potato Products; suppressed, concealed and

failed to disclose material information concerning ingredients of its Potato Products;
misrepresented and falsely advertised that Potato Products were free of particular ingredients that
cause health risks; misrepresented Potato Products in such a manner that later, on disclosure of
the true facts, there was a likelihood that Plaintiffs would have switched from MCDONALD'S
Potato Products to another competitor and/or chosen not to purchase same; advertised Potato
Products with the intent not to sell them as advertised; and otherwise engaged in fraudulent and
deceptive conduct.

112.    MCDONALD'S conduct created a likelihood of confusion. MCDONALD'S conduct
misled, deceived and damaged Plaintiffs, and MCDONALD'S fraudulent, misleading and
deceptive conduct was perpetrated with the intent that Plaintiffs rely on said conduct by
purchasing and/or consuming the Potato Products.

113.    Moreover, MCDONALD'S knowingly took advantage of Plaintiffs and who were
reasonably unable to protect their interests due to ignorance of the true ingredients of
MCDONALD'S Potato Products. MCDONALD'S conduct was willful, outrageous, immoral,
unethical, oppressive, unscrupulous, unconscionable and substantially injurious to Plaintiffs and
offends the public conscience.

114.    Plaintiffs purchased MCDONALD'S Potato Products primarily for personal, family or
household purposes.

115.    As a result of MCDONALD'S violative conduct, Plaintiffs purchased and/or consumed
Potato Products that were not free of wheat and milk ingredients.

116.    MCDONALD'S has engaged in consumer fraud or unfair competition or deceptive acts
or practices in violation of New Jersey Consumer Fraud Act N.J. Stat. Ann. § 56:8-1 et seq. and
N.J. Stat. Ann. § 2C:21-7.

117.    As a proximate cause of the negligence of the Defendant, the Plaintiffs have sustained serious and permanent injuries including, but not limited to: anaphylactic reactions, aggravation of milk, wheat and dairy allergies, stomach pain, rashes wheezing, fear, anxiety, emotional distress. Damages also include pain, suffering and mental anguish, both in the past and in the future, accrued medical expenses, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and other damages to be proven at trial. Plaintiffs' illnesses are permanent and these damages and losses will continue in the future. Further, the Plaintiffs may have suffered an aggravation of pre-existing conditions.

118.    Throughout the period described in this Complaint, MCDONALD'S repeatedly engaged in intentional misconduct characterized by trickery, deceit and a wanton, willful, conscious and reckless disregard of the health, rights and interests of the Plaintiffs, and, in so conducting itself, acted with oppression, fraud, and malice toward Plaintiffs.   As a result of MCDONALD'S indifference to and reckless disregard of the health and safety of consumers of its Potato Products, Plaintiffs have suffered personal injuries and economic harms.   Accordingly, MCDONALD'S conduct was highly reprehensible and Plaintiffs are entitled to punitive and/or exemplary damages under New Jersey law.

## PRAYER FOR RELIEF FOR ALL COUNTS[3]

WHEREFORE, Plaintiffs individually request that the court enter a judgment against MCDONALD'S and in favor of each Plaintiff, and grant the following relief:

A.    Declare, adjudge and decree that the conduct of MCDONALD'S as alleged herein is in violation of the laws set forth herein;

---

[3] This prayer for relief is to be construed as if realleged and set forth in each and every cause of action in the Plaintiffs' Complaint for each Plaintiff.

B.      Declare, adjudge and decree that MCDONALD'S has engaged in the violations of law set forth herein;

C.      Grant each               Plaintiff awards of actual, compensatory damages in the amount of FIVE MILLION DOLLARS ($5,000,000.00), punitive and/or exemplary damages in the amount of FIFTY MILLION DOLLARS ($50,000,000.) or in such amount to be determined at trial as provided by applicable law;

D.      Grant Plaintiffs their costs of suit, including, but not limited to, expert fees and other expenses of this litigation;

E       Grant Plaintiffs reasonable attorneys' fees and expenses as provided by applicable law;

F.      Grant Plaintiffs such other, further and different relief as the Court may deem just and appropriate.

## **DEMAND FOR JURY**

Plaintiffs demand separate trials and trial by jury on all issues.

Dated: February 12, 2008

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
LAW OFFICES OF ATHAN T. TSIMPEDES
1420 New York Avenue, NW
7th Floor
Washington, DC 20005

202.638.2100 ph
202.449.3499 fax
atsimpedes@comcast.net

McDonald's USA - 08-13-2001 Press Releases

Page 1 of 2


**What's New**

Apollo Talent
Happy Meal
Upromise
Mighty Kids
Press Releases
Smile
Streaming TV

**Corporate**
**Food**
**Careers**
**Community**
**Sports**
**Merchandise**
**Collectibles**

**Also Visit!**




# Press Releases

Return to the Listing of All Press Releases

**8/13/2001**

## McDonald's USA Provides Updated "Natural Flavors" Information for Customers

### Corporate Website, Restaurant Materials to Detail Dairy, Meat or Vegetable Sources

Oak Brook, IL — McDonald's USA announced today that it is providing updated nutrition information about the ingredients in "natural flavors."

Customers can now visit the McDonald's Corporation website to get information on core U.S. menu items that include a natural flavor. Customers will be able to find out specifically if a natural flavor comes from a dairy, meat or vegetable source.

"Some of our customers have told us that current state and federal labeling standards do not give them as much information as they want to answer their dietary questions," said Ken Koziol, Global Quality Assurance officer at McDonald's. "If our customers want more information about natural flavors to help them make informed choices, then we want to help them."

At the same time, McDonald's USA also will update its printed materials so the product information in pamphlets available at its restaurants includes the same information as the website.

"The term natural flavor has been around a long time and can be found as an ingredient in some of the most common products in home kitchens and on grocery store shelves. Natural flavorings can be found in a variety of foods, including cereal, snacks, ice teas, yogurt, frozen dinners, soup, rice, ice cream, mayonnaise, coffee and many other products, including some of ours." Koziol said. "McDonald's is now providing more information about the specific source of the natural flavoring . dairy, meat or vegetable because it is a change our customers have requested."

Apollo Talent | Happy Meal | Mighty Kids Meal | Press Releases | Smile
Streaming TV

McDonald's USA | Ronald.com | HugeM | LoMaximo.com

© McDonald's Corporation. All rights reserved.
**McDonald's Privacy Policy**



# McDonald's USA Food Allergens and Sensitivities Listing

We provide information for our popular menu items to help people with food allergies or sensitivities make wise food choices when dining at McDonald's. Our listing highlights the top eight food allergens and other ingredients customers often ask about.

| Menu Item | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | X | | X |
| Sandwiches | | | | | | X | | X | | X |
| Hamburger | | | | | | X | | X | | X |
| Cheeseburger | | | X | | | X | | X | | X |
| Double Cheeseburger | | | X | | | X | | X | | X |
| Quarter Pounder® | | | X | | | X | | X | | X |
| Quarter Pounder® with Cheese | | | X | | | X | | X | | X |
| Double Quarter Pounder® with Cheese | | | X | | | X | | X | | X |
| Big Mac® | X | | X | | | X | | X | | X |
| Big N' Tasty® | X | | | | | X | | X | | X |
| Big N' Tasty® with Cheese | X | | X | | | X | | X | | X |
| Filet-O-Fish® | X | X | X | | | X | | X | | X |
| McChicken® | X | | | | | X | | X | | X |
| Premium Grilled Chicken Classic Sandwich | X | | | | | X | | X | | X |
| Premium Crispy Chicken Classic Sandwich | X | | | | | X | | X | | X |
| Premium Grilled Chicken Club Sandwich | X | | X | | | X | | X | | X |
| Premium Crispy Chicken Club Sandwich | X | | X | | | X | | X | | X |
| Premium Grilled Chicken Ranch BLT Sandwich | X | | X | | | X | | X | | X |
| Premium Crispy Chicken Ranch BLT Sandwich | X | | X | | | X | | X | | X |
| Premium Spicy Chicken Sandwich | X | | | | | X | | X | | X |

| Menu Item | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| French Fries | | | | | | | | | | |
| French Fries | | | | | | | | | | |
| Ketchup Packet | | | | | | | | | | |
| Salt Packet | | | | | | | | | | |

| Menu Item | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| Chicken McNuggets®/Chicken Selects® Premium Breast Strips | | | X | | | X | | X | | X |
| Chicken McNuggets® Made with White Meat | | | | | | X | | X | | X |
| Barbeque Sauce | | | | | | | | | | |
| Honey | | | | | | | | | | X |
| Hot Mustard Sauce | X | | | | | X | | X | | X |
| Sweet 'N Sour Sauce | | | | | | | | X | X | X |
| Chicken Selects® Premium Breast Strips | | | | | | | | | | |
| Spicy Buffalo Sauce | | | X | | | | | | | |

| | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | X | |
| Creamy Ranch Sauce | X | | X | | | | | | | |
| Tangy Honey Mustard Sauce | X | | | | | | | | | |
| Southwestern Chipotle Barbecue Sauce | | | | | | | | | | |

|  | | | Allergens | | | | | | Food Sensitivities | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
| Salads | | | X | | | X | | X | | X |
| Bacon Ranch Salad with Grilled Chicken | | | X | | | X | | X | | X |
| Bacon Ranch Salad with Crispy Chicken | X | | X | | | X | | X | | X |
| Bacon Ranch Salad (without chicken) | | | X | | | X | | X | | X |
| Caesar Salad with Grilled Chicken | | | X | | | | | X | | X |
| Caesar Salad with Crispy Chicken | X | | X | | | | | X | | X |
| Caesar Salad (without chicken) | | | X | | | | | | | X |
| California Cobb Salad with Grilled Chicken | X | | X | | | X | | X | | X |
| California Cobb Salad with Crispy Chicken | X | | X | | | X | | X | | X |
| California Cobb Salad (without chicken) | X | | X | | | X | | X | | X |
| Fruit & Walnut Salad | | | X | X | | X | X | X | | X |
| Side Salad | | | | | | | | X | | X |
| Butter Garlic Croutons | | | X | | | | | | | |

|  | | | Allergens | | | | | | Food Sensitivities | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
| Salad Dressings | | | | | | | | | | |
| Newman's Own® Cobb Dressing | X | X | X | | | | | | | |
| Newman's Own® Creamy Caesar Dressing | X | X | X | | | | | | | |
| Newman's Own® Low Fat Balsamic Vinaigrette | | | | | | | | | | X |
| Newman's Own® Low Fat Family Recipe Italian Dressing | | X | X | | | X | | | | |
| Newman's Own® Ranch Dressing | X | | X | | | | | | | |

|  | | | Allergens | | | | | | Food Sensitivities | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
| Breakfast | | | | | | X | | X | | X |
| Egg McMuffin® | X | | X | | | X | | X | X | X |
| Sausage McMuffin® | | | X | | | X | | X | X | X |
| Sausage McMuffin® with Egg | X | | X | | | X | | X | | X |
| English Muffin | | | | | | X | | X | | X |
| Bacon, Egg & Cheese Biscuit | X | | X | | | X | | X | X | X |
| Sausage Biscuit with Egg | X | | X | | | X | | X | X | X |
| Sausage Biscuit | | | X | | | | | | | |

| | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | X | | | X | | X | | X |
| Biscuit | | | X | | | X | | X | | X |
| Bacon, Egg & Cheese McGriddles® | X | | X | | | X | | | | X |
| Sausage, Egg & Cheese McGriddles® | X | | X | | | X | | X | X | X |
| Sausage McGriddles® | | | X | | | X | | X | X | X |
| Big Breakfast® | X | | X | | | X | | X | X | X |
| Deluxe Breakfast | X | | X | | | X | | X | X | X |
| Sausage Burrito | X | | X | | | X | | X | X | X |
| Hotcakes and Sausage | X | | X | | | X | | X | | |
| Hotcakes (margarine 2 pats & syrup) | X | | X | | | X | | | | X |
| Sausage Patty | | | X | | | X | | | | |
| Scrambled Eggs (2) | X | | | | | X | | | | X |
| Hash Browns | | | | | | X | | X | | X |
| Warm Cinnamon Roll | X | | X | | | X | | X | | |
| Deluxe Warm Cinnamon Roll | X | | X | | | | | | | |
| Grape Jam | | | | | | | | | | |
| Strawberry Preserves | | | | | | | | | | |

**Allergens**          **Food Sensitivities**

| | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| Desserts/Shakes | | | | | | X | | | | X |
| Fruit 'n Yogurt Parfait | | | X | | | X | | | | |
| Fruit 'n Yogurt Parfait (without granola)* | | | X | | | | | | | |
| Apple Dippers with Low Fat Caramel Dip | | | X | | | | | | | |
| Apple Dippers | | | X | | | X | | | | X |
| Low Fat Caramel Dip | | | X | | | X | | X | | |
| Vanilla Reduced Fat Ice Cream Cone | | | X | | | X | | X | | X |
| Kiddie Cone | | | X | | | X | | | | |
| Strawberry Sundae | | | X | | | X | | | | |
| Hot Caramel Sundae | | | X | | | X | | | | |
| Hot Fudge Sundae | | | X | | | | X | | | |
| Peanuts (for Sundaes) | | | | X | | X | | | | |
| McFlurry with M&M'S® Candies | | | X | X | | X | | | | X |
| McFlurry with OREO® Cookies | | | X | X | | X | X | X | | |
| Chocolate Triple Thick® Shake* | • | | X | | | | | | | |
| Strawberry Triple Thick® Shake* | • | | X | | | | | | | |
| Vanilla Triple Thick® Shake* | • | | X | | | | | | | |
| Baked Apple Pie | | | | | | X | | X | | X |
| McDonaldland® Chocolate Chip Cookies | X | | X | X | | X | ‡ | X | | X |
| McDonaldland® Cookies | | | | X | | X | X | X | | X |
| Chocolate Chip Cookie | X | | X | X | | X | X | X | | X |
| Oatmeal Raisin Cookie | X | | X | X | X | X | X | X | | X |
| Sugar Cookie | X | | X | X | | X | | | | |

**Allergens**          **Food Sensitivities**

| | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beverages** | | | | | | | | | | |
| 1% Low Fat Milk Jug | | | X | | | | | | | |
| 1% Low Fat Chocolate Milk Jug | | | X | | | | | | | |
| Minute Maid® Apple Juice Box | | | | | | | | | | |
| Orange Juice | | | | | | | | | | |
| Coca-Cola® Classic (Child) | | | | | | | | | | |
| Coca-Cola® Classic (Small) | | | | | | | | | | |
| Coca-Cola® Classic (Medium) | | | | | | | | | | |
| Coca-Cola® Classic (Large) | | | | | | | | | | |
| Diet Coke® | | | | | | | | | | |
| Sprite® | | | | | | | | | | |
| Hi-C® Orange Drink | | | | | | | | | | |
| POWERade® Mountain Blast | | | | | | | | | | |
| Iced Tea | | | X | | | | | | | |
| Coffee | | | | | | | | | | |
| Sugar Packet | | | | | | | | | | |

This list is effective 02-21-2006.

† Available at participating McDonald's

* Based on the weight before cooking 4 oz. (113.4g)

*+ Based on the weight before cooking 8 oz. (228.8g)

» Made with low fat yogurt

□ Contains sulfites

× Soybean oil is not indicated as an allergen. According to the Food Allergy & Anaphylaxis Network, studies show that most soy-allergic individuals may safely eat foods made with refined soybean oil (www.foodallergy.org). Your doctor can advise you on whether you need to avoid soybean oil.

* May contain small amounts of other shake flavors served at the restaurant, including egg ingredients when Egg Nog Shakes are available.

McDonald's attempts to provide nutrition and ingredient information regarding its products that is as complete as possible. Some menu items may not be available at all restaurants; test products, test formulations or replacement items have not been included. While the ingredient information is based on standard product formulations, variations may occur depending on the food supplier, the region of the country and the season of the year. Further, product formulations change periodically. Serving sizes may vary from quantity upon which the analysis was conducted. Serving size designation for beverages refers to total cup capacity; the actual amounts of beverage (and ice) may vary. No products are certified as vegetarian; all products may contain trace amounts of ingredients derived from animals. If you wish further information or have special sensitivities or dietary concerns regarding specific ingredients in specific menu items please call us at the number below. This listing is continuously updated in an attempt to reflect the current status of our products and may vary from printed materials.

McDonald's Quality & Nutrition Information
McDonald's Corporation
2111 McDonald's Drive
Oak Brook, IL 60523
1-877-MCD-FOOD

McDonald's USA - USA Core Menu Items by Ingredients

## McDonald's USA Ingredients Listing for Popular Menu Items

Back to Nutrition Information

We provide a listing of the ingredients in our popular menu items. You may view this information below or download a printable version.

Don't see the item you want? Try searching.

Sandwiches | French Fries | Chicken McNuggets®/Chicken Selects® Premium Breast Strips | Salads | Salad Dressings | Breakfast | Desserts/Shakes | Beverages

### Sandwiches

**Hamburger:**
Beef Patty, Regular Bun, Ketchup, Mustard, Pickle Slices, Onions (Dehydrated), Grill Seasoning

**Cheeseburger:**
Beef Patty, Regular Bun, Pasteurized Processed American Cheese, Ketchup, Mustard, Pickle Slices, Onions (Dehydrated), Grill Seasoning

**Double Cheeseburger:**
Beef Patty, Regular Bun, Pasteurized Processed American Cheese, Ketchup, Mustard, Pickle Slices, Onions (Dehydrated), Grill Seasoning

**Quarter Pounder®+:**
Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Ketchup, Mustard, Pickle Silces, Chopped Onions, Grill Seasoning

**Quarter Pounder® with Cheese+:**
Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Pasteurized Processed American Cheese, Ketchup, Mustard, Pickle Slices, Chopped Onions, Grill Seasoning

**Double Quarter Pounder® with Cheese++:**
Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Pasteurized Processed American Cheese, Ketchup, Mustard, Pickle Silces, Chopped Onions, Grill Seasoning

**Big Mac®:**
Beef Patty, Big Mac Bun, Pasteurized Processed American Cheese, Big Mac Sauce, Lettuce, Pickle Slices, Onions (Dehydrated), Grill Seasoning

**Big N' Tasty®:**
Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Lettuce, Tomato Slice, Mayonnaise, Ketchup, Chopped Onions, Pickle Slices, Grill Seasoning

**Big N' Tasty® with Cheese:**
Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Lettuce, Tomato Slice, Mayonnaise, Pasteurized Processed American Cheese, Ketchup, Chopped Onions, Pickle Slices, Grill Seasoning

PIG:

DEF. EX. NO. 4
FOR ID., AS OF 5/15/07 sA

MCD0000774

McDonald's USA - USA Core Menu Items by Ingredients

**Filet-O-Fish®:**
Fish Filet Patty, Regular Bun, Tartar Sauce, Pasteurized Processed American Cheese, Grill Seasoning

**Chicken McGrill®:**
Grilled Chicken Breast Filet, Sesame Seed Bun, Lettuce, Tomato Slice, Mayonnaise

**Crispy Chicken:**
Crispy Chicken Breast Filet, Sesame Seed Bun, Lettuce, Tomato Slice, Mayonnaise

**McChicken®:**
McChicken Patty, Regular Bun, Mayonnaise, Lettuce

**Hot 'n Spicy McChicken®:**
Hot 'n Spicy McChicken Patty, Regular Bun, Mayonnaise, Lettuce

**Beef Patty:**
100% pure USDA inspected beef; no additives, no fillers, no extenders.

**Big Mac® Bun:**
Enriched bleached flour (bleached wheat flour, malted barley flour, thiamine, riboflavin, niacin, folic acid, reduced iron), water, high fructose corn syrup, sesame seeds, partially hydrogenated soybean oil, yeast, contains less than 2 % of each of the following: salt, calcium sulfate, calcium carbonate, calcium silicate, wheat gluten, soy flour, baking soda, emulsifier (mono- and diglycerides, diacetyl tartaric acid esters of fatty acids, ethanol, sorbitol, polysorbate 20, potassium propionate), sodium stearoyl lactylate, dough conditioner (corn starch, ammonium chloride, ammonium sulfate, calcium peroxide, ascorbic acid, azodicarbonamide, enzymes), calcium propionate (preservative).

**Big Mac® Sauce:**
Soybean oil, pickles, distilled vinegar, water, egg yolks, high fructose corn syrup, sugar, onion powder, corn syrup, spice and spice extractives, salt, xanthan gum, mustard flour, propylene glycol alginate, sodium benzoate and potassium sorbate as preservatives, mustard bran, garlic powder, hydrolyzed (corn gluten, wheat, and soy) proteins, caramel color, extractives of paprika, turmeric, calcium disodium EDTA to protect flavor.

**Chopped Onions**

**Crispy Chicken Breast Filet:**
Boneless, skinless chicken breast filets with rib meat containing: Up to 27.1% of a solution of water, seasoning (salt, spices, spice extractives), sodium phosphates. Battered and breaded with: Wheat flour, water, bleached wheat flour, modified corn starch, salt, spice, egg white solids, wheat gluten, dextrose, yeast, leavening (sodium acid pyrophosphate, sodium bicarbonate, monocalcium phosphate). Breading set in vegetable oil. Cooked in partially hydrogenated vegetable oils, (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

**Fish Filet Patty:**
Pollock or Hoki, bleached wheat flour, water, modified corn starch, yellow corn flour, salt, whey, sugar, dextrose, dried yeast, disodium pyrophosphate, sodium pyrophosphate, sodium tripolyphosphate, cellulose gum, colored with extractives of paprika and turmeric, natural flavoring (vegetable source). Cooked in partially hydrogenated vegetable oils (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

**Grill Seasoning:**
Salt, pepper, partially hydrogenated vegetable oil (cottonseed and soybean).

**Grilled Chicken Breast Filet:**
Boneless, skinless chicken breast filets with rib meat containing: up to 12% of a solution of water, seasoning [salt, sugar, garlic powder, onion powder, spices, whey, flavor (maltodextrin, natural flavors (vegetable source), dextrose, monosodium glutamate), partially hydrogenated soybean and cottonseed oils, Romano cheese (Romano cheese {milk, cheese cultures, salt, enzymes, calcium chloride}, nonfat dry milk, disodium phosphate), parmesan cheese powder (enzyme modified parmesan cheese {milk, cheese cultures, salt, enzymes, calcium chloride}, nonfat dry milk, disodium phosphate), methylcellulose, xanthan gum, cheese flavor (dehydrated cheddar cheese {cultured pasteurized milk, salt, enzymes}, maltodextrin, autolyzed yeast extract), extractives of paprika (color), potassium sorbate (preservative), citric acid, and less than 2% silicon dioxide added to prevent caking], vegetable oil [partially hydrogenated soybean oil, corn oil, citric acid (preservative)], sodium phosphates.

MCD0000775

McDonald's USA – USA Core Menu Items by Ingredients

**Hot and Spicy McChicken® Patty:**
Chicken, water, salt and sodium phosphates. Breaded with: Bleached wheat flour, water, salt, modified food starch, spices, monosodium glutamate, garlic powder, onion powder, partially hydrogenated soybean and cottonseed oil, maltodextrin, sugar, natural flavors with extractives of paprika and annatto, dried egg whites, dextrose, yeast, paprika, yellow corn flour, leavening (sodium acid pyrophosphate, sodium bicarbonate, monocalcium phosphate), disodium inosinate and disodium guanylate, yellow 6, corn oil, lecithin. Breading set in vegetable oil. Cooked in partially hydrogenated vegetable oils, (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

**Ketchup:**
Tomato concentrate from red ripe tomatoes, distilled vinegar, high fructose corn syrup, corn syrup, water, salt, natural flavors (vegetable source).

**Lettuce**

**Mayonnaise:**
Soybean oil, whole eggs, egg yolks, water, vinegar, salt, sugar, mustard flour, lemon juice concentrate, calcium disodium EDTA to protect flavor.

**McChicken® Patty:**
Chicken, water, salt and sodium phosphates. Breaded with: Wheat flour, water, bleached wheat flour, modified food starch, salt, spices, partially hydrogenated soybean and cottonseed oil with mono- and diglycerides, dried egg whites, wheat gluten, paprika, dextrose, leavening (sodium acid pyrophosphate, sodium bicarbonate, monocalcium phosphate, ammonium bicarbonate), garlic powder, yeast, natural flavor with extractives of paprika. Breading set in vegetable oil. Cooked in partially hydrogenated vegetable oils, (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

**Mustard:**
Vinegar, water, mustard seed, salt, turmeric, paprika, spice extractives.

**Onions (Dehydrated):**
100% onions.

**Pasteurized Processed American Cheese:**
Milk, milkfat, water, cream, sodium citrate, salt, sodium phosphate, sorbic acid (preservative), artificial color, cheese culture, acetic acid, lecithin, enzymes, with starch added for slice separation.

**Pickle Slices:**
Cucumbers, water, vinegar, salt, calcium chloride, alum, natural flavorings (vegetable source), polysorbate 80, turmeric (color).

**Quarter Pound 100% Beef Patty:**
100% pure USDA inspected beef; no additives, no fillers, no extenders. *Based on the weight before cooking 4 oz. (113.4g).

**Regular Bun:**
Enriched bleached flour (bleached wheat flour, malted barley flour, thiamine, riboflavin, niacin, folic acid, reduced iron), water, high fructose corn syrup, partially hydrogenated soybean oil, yeast, contains less than 2 % of each of the following: salt, calcium sulfate, calcium carbonate, calcium silicate, wheat gluten, soy flour, baking soda, emulsifier (mono- and diglycerides, diacetyl tartaric acid esters of fatty acids, ethanol, sorbitol, polysorbate 20, potassium propionate), sodium stearoyl lactylate, dough conditioner (corn starch, ammonium chloride, ammonium sulfate, calcium peroxide, ascorbic acid, azodicarbonamide, enzymes), calcium propionate (preservative).

**Sesame Seed Bun:**
Enriched bleached flour (bleached wheat flour, malted barley flour, thiamine, riboflavin, niacin, folic acid, reduced iron), water, high fructose corn syrup, sesame seeds, partially hydrogenated soybean oil, yeast, contains less than 2 % of each of the following: salt, calcium sulfate, calcium carbonate, calcium silicate, wheat gluten, soy flour, baking soda, emulsifier (mono- and diglycerides, diacetyl tartaric acid esters of fatty acids, ethanol, sorbitol, polysorbate 20, potassium propionate), sodium stearoyl lactylate, dough conditioner (corn starch, ammonium chloride, ammonium sulfate, calcium peroxide, ascorbic acid, azodicarbonamide, enzymes), calcium propionate (preservative).

MCD0000776

McDonald's USA • USA Core Menu Items by Ingredients

**Tartar Sauce:**
Soybean oil, pickles, distilled vinegar , egg yolks, onions, water, sugar, salt, spice, mustard flour, capers, xanthan gum, potassium sorbate as a preservative, parsley (dehydrated), spice extractives, natural flavor (vegetable source).

**Tomato Slice**

**French Fries**

**French Fries:**
Potatoes, partially hydrogenated soybean oil, natural flavor (beef source), dextrose, sodium acid pyrophosphate (to preserve natural color). Cooked in partially hydrogenated vegetable oils (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

**Ketchup Packet:**
Tomato concentrate from red ripe tomatoes, distilled vinegar, high fructose corn syrup, corn syrup, water, salt, natural flavors (vegetable source).

**Salt Packet:**
Table salt.

**Salt**

**Chicken McNuggets®/Chicken Selects® Premium Breast Strips**

**Chicken McNuggets® Made with White Meat:**
Boneless chicken breast, water, modified cornstarch, salt, chicken flavor (yeast extract, salt, wheat starch, natural flavoring (animal source), safflower oil, dextrose, citric acid, rosemary), seasoning (natural extractives of rosemary, canola and/or soybean oil, mono-and diglycerides, and lecithin). Battered and Breaded with: Water, enriched bleached wheat flour (flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), yellow corn flour, bleached wheat flour, modified corn starch, salt, leavening (baking soda, sodium acid pyrophosphate, sodium aluminum phosphate, monocalcium phosphate, calcium lactate), spices, wheat starch, whey, corn starch. Breading set in vegetable oil. Cooked in partially hydrogenated vegetable oils, (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

**Barbeque Sauce:**
High fructose corn syrup, water, tomato paste, grape vinegar, distilled vinegar, salt, soy sauce (water, wheat, soybeans, salt), modified food starch, spices, dextrose, soybean oil, sugar, natural smoke flavor, xanthan gum, caramel color, sodium benzoate as a preservative, garlic*, guar gum, carboxymethylcellulose gum, malic acid, onion*, natural flavor (fruit and vegetable sources), succinic acid. *Dehydrated

**Honey :**
Grade A pure honey.

**Hot Mustard Sauce:**
Water, high fructose corn syrup, distilled vinegar, soybean oil, mustard seed, salt, spices, egg yolks, modified food starch, turmeric, xanthan gum, annatto extract, sodium benzoate as a preservative, caramel color, calcium disodium EDTA to protect flavor, extractives of capsicum.

**Sweet 'N Sour Sauce:**
High fructose corn syrup, water, fruit concentrate (apricot and/or peach), distilled vinegar, soy sauce (water, wheat, soybeans, salt), salt, modified food starch, dextrose, soybean oil, xanthan gum, spices, sugar, sodium benzoate sorbate as a preservative, natural flavors (fruit and vegetable sources), garlic*, carboxymethylcellulose gum, guar gum, malic acid, onion*, caramel color, extractives of paprika, succinic acid. *Dehydrated

MCD0000777

McDonald's USA - USA Core Menu Items by Ingredients

**Chicken Selects® Premium Breast Strips:**
Chicken breast strip fritters with rib meat containing: Up to 25% of a solution of water, modified food starch, salt, monosodium glutamate, sodium phosphates, chicken broth, natural flavor (vegetable and animal source), maltodextrin, spice, autolyzed yeast, chicken fat, polysorbate 80, gum arabic. Breaded with: Wheat flour, water, modified corn starch, salt, spices, leavening (sodium bicarbonate, sodium-aluminum phosphate, monocalcium phosphate), garlic powder, onion powder, dextrose, spice extractive, and extractives of paprika. Cooked in partially hydrogenated vegetable oils (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

**Spicy Buffalo Sauce:**
Water, distilled vinegar, red cayenne peppers, soybean oil, salt, xanthan gum, caramel color, guar gum, sodium benzoate as a preservative, propylene glycol alginate, natural (dairy source) and artificial flavors, ascorbic acid, garlic*, artificial color (Red #40), calcium disodium EDTA to protect flavor. *Dehydrated

**Creamy Ranch Sauce:**
Soybean oil, water, distilled vinegar, sugar, salt, egg yolks, buttermilk*, whey*, natural (dairy, fruit, and vegetable sources) and artificial flavors, garlic, lactic acid, xanthan gum, spice, onion*, potassium sorbate as a preservative, monosodium glutamate, propylene glycol alginate, parsley*, maltodextrin, modified corn starch, calcium disodium EDTA to protect flavor. *Dehydrated

**Tangy Honey Mustard Sauce:**
Water, sugar, dijon mustard (distilled vinegar, water, mustard seed, salt, white wine, citric acid, tartaric acid, spices), soybean oil, honey, corn syrup solids, distilled vinegar, modified food starch, egg yolks, xanthan gum, salt, mustard flour, titanium dioxide, sodium benzoate as a preservative, propylene glycol alginate, spices, turmeric, artificial color (Yellow #5, Yellow #6).

**Chipotle Barbeque Sauce:**
High fructose corn syrup, water, tomato paste, honey, distilled vinegar, molasses, modified food starch, salt, chipotle peppers*, natural smoke flavor (vegetable source), chili pepper*, soybean oil, sodium benzoate and potassium sorbate as preservatives, onion*, garlic*, propylene glycol alginate, caramel color, spice. *Dehydrated

## Salads

**Bacon Ranch Salad with Grilled Chicken:**
Grilled Chicken Breast Filet (for salads), Salad Mix, Grape Tomatoes, Shredded Cheddar/Jack Cheese, Bacon Bits

**Bacon Ranch Salad with Crispy Chicken:**
Crispy Chicken Breast Filet, Salad Mix, Grape Tomatoes, Shredded Cheddar/Jack Cheese, Bacon Bits

**Bacon Ranch Salad (without chicken):**
Salad Mix, Grape Tomatoes, Shredded Cheddar/Jack Cheese, Bacon Bits

**Caesar Salad with Grilled Chicken:**
Grilled Chicken Breast Filet (for salads), Salad Mix, Grape Tomatoes, Shredded Parmesan Cheese

**Caesar Salad with Crispy Chicken:**
Crispy Chicken Breast Filet, Salad Mix, Grape Tomatoes, Shredded Parmesan Cheese

**Caesar Salad (without chicken):**
Salad Mix, Grape Tomatoes, Shredded Parmesan Cheese

**California Cobb Salad with Grilled Chicken:**
Grilled Chicken Breast Filet (for salads), Salad Mix, Grape Tomatoes, Blue Cheese Crumbles, Diced Eggs, Bacon Bits

**California Cobb Salad with Crispy Chicken:**
Crispy Chicken Breast Filet, Salad Mix, Grape Tomatoes, Blue Cheese Crumbles, Diced Eggs, Bacon Bits

**California Cobb Salad (without chicken):**
Salad Mix, Grape Tomatoes, Diced Eggs, Blue Cheese Crumbles, Bacon Bits

MCD0000778

McDonald's USA - USA Core Menu Items by Ingredients

**Side Salad:**
Salad Mix: Iceberg lettuce, romaine lettuce, spring mix (may contain baby red romaine, baby green romaine, baby red leaf, baby green leaf, baby red swiss chard, baby red oak, baby green oak, lolla rosa, tango, tatsoi, arugula, mizuna, baby spinach, radicchio, frisee), carrots. Grape tomatoes.

**Butter Garlic Croutons:**
Enriched unbleached flour (wheat flour, malted barley flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), partially hydrogenated soybean oil, salt, high fructose corn syrup, corn syrup solids, yeast, salt, contains 2% or less of the following: whey, maltodextrin, wheat gluten, ascorbic acid, dough conditioners (sodium stearoyl lactylate, calcium stearoyl lactylate, calcium peroxide, calcium sulfate, ammonium sulfate, calcium iodate, ascorbic acid), garlic powder, dehydrated parsley, annatto (color), sugar, natural (vegetable and dairy source) and artificial flavors, butter oil, alpha-tocopherol (antioxidant), smoke flavor, enzymes, L-cysteine, TBHQ (to preserve freshness).

**Bacon Bits:**
Cured with water, salt, sugar, smoke flavoring, sodium phosphate, seasoning [gum acacia, smoke flavor, maltodextrin, hydrolyzed corn protein, natural flavor (vegetable source), autolyzed yeast extract, hydrolyzed corn, wheat, and soy protein, modified cornstarch, contains less than 2% of [ disodium guanylate, disodium inosinate, natural flavor (vegetable oil), salt, succinic acid, xanthan gum], sodium erythorbate, sodium nitrite.

**Blue Cheese Crumbles:**
Pasteurized milk, cheese cultures, salt, enzymes, powdered cellulose to prevent caking, natamycin to protect flavor.

**Crispy Chicken Breast Filet:**
Boneless, skinless chicken breast filets with rib meat containing: Up to 27.1% of a solution of water, seasoning (salt, spices, spice extractives), sodium phosphates. Battered and breaded with: Wheat flour, water, bleached wheat flour, modified corn starch, salt, spice, egg white solids, wheat gluten, dextrose, yeast, leavening (sodium acid pyrophosphate, sodium bicarbonate, monocalcium phosphate). Breading set in vegetable oil. Cooked in partially hydrogenated vegetable oils, (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

**Diced Eggs:**
Hard-cooked eggs.

**Grape Tomatoes**

**Grilled Chicken Breast Filet (for salads):**
Boneless, skinless chicken breast filets with rib meat containing: up to 12% of a solution of water, seasoning [salt, sugar, garlic powder, onion powder, spices, whey, flavor (maltodextrin, natural flavors (vegetable source), dextrose, monosodium glutamate), partially hydrogenated soybean and cottonseed oils, Romano cheese (Romano cheese {milk, cheese cultures, salt, enzymes, calcium chloride}, nonfat dry milk, disodium phosphate), parmesan cheese powder (enzyme modified parmesan cheese {milk, cheese cultures, salt, enzymes, calcium chloride}, nonfat dry milk, disodium phosphate), methylcellulose, xanthan gum, cheese flavor (dehydrated cheddar cheese {cultured pasteurized milk, salt, enzymes}, maltodextrin, autolyzed yeast extract), extractives of paprika (color), potassium sorbate (preservative), citric acid, and less than 2% silicon dioxide added to prevent caking], vegetable oil [partially hydrogenated soybean oil, corn oil, citric acid (preservative)], sodium phosphates. May contain wheat from contact with Crispy Chicken Breast Filet.

**Salad Mix:**
Iceberg lettuce, romaine lettuce, spring mix (may contain baby red romaine, baby green romaine, baby red leaf, baby green leaf, baby red swiss chard, baby red oak, baby green oak, lolla rosa, tango, tatsoi, arugula, mizuna, baby spinach, radicchio, frisee), carrots.

**Shredded Cheddar/Jack Cheese:**
Mild cheddar cheese (cultured pasteurized milk, salt, enzymes, artificial color), Monterey Jack cheese (cultured pasteurized milk, salt, enzymes), powdered cellulose added to prevent caking, natamycin (a natural mold inhibitor).

**Shredded Parmesan Cheese:**
Pasteurized milk, salt, cheese culture, enzymes.

**Salad Dressings**

MCD0000779

McDonald's USA - USA Core Menu Items by Ingredients

**Newman's Own® Cobb Dressing:**
Water, soybean oil, high fructose corn syrup, distilled vinegar, blend of parmesan, Romano and granular cheeses (part skim milk, cheese cultures, salt, enzymes, whey, lactic acid, citric acid), corn syrup, corn starch, salt, spices and natural flavors (fruit and vegetable source), egg yolks, olive oil, anchovy* (dextrin, anchovy extract, salt), maltodextrin, xanthan gum, basil, lactic acid, garlic*, red bell pepper*, parsley, oregano, molasses, Worcestershire sauce (distilled vinegar, molasses, corn syrup, water, salt, caramel color, garlic powder, sugar, spices, tamarind, natural flavor (fruit source)), onion*, yeast extract, oleoresin turmeric, oleoresin paprika. *Dehydrated

**Newman's Own® Creamy Caesar Dressing:**
Water, soybean oil, distilled vinegar, blend of parmesan, Romano and granular cheeses (part skim milk, cheese cultures, salt, enzymes, whey, lactic acid, citric acid), fructose, egg yolks, salt, anchovy* (dextrin, anchovy extract, salt), olive oil, spices, lactic acid, Worcestershire sauce (distilled vinegar, molasses, corn syrup, water, salt, caramel color, garlic powder, sugar, spices, tamarind, natural flavor (fruit source)), xanthan gum, garlic*, onion*. *Dehydrated

**Newman's Own® Low Fat Balsamic Vinaigrette:**
Water, balsamic vinegar, sugar, soybean oil, salt, distilled vinegar, contains 2% or less of: olive oil, garlic, spices, xanthan gum, onion, dehydrated red bell pepper, oleoresin paprika (for color). CONTAINS SULFITES

**Newman's Own® Ranch Dressing:**
Water, soybean oil, corn syrup solids, buttermilk*, distilled vinegar, salt, sugar, corn starch, chives, garlic*, onion*, natural flavors (dairy source), lactic acid, parsley, xanthan gum, lemon juice concentrate. * Dehydrated

## Breakfast

**Egg McMuffin®:**
English Muffin, Egg, Pasteurized Processed American Cheese, Canadian Style Bacon, Cooking Spray Oil

**Sausage McMuffin®:**
English Muffin, Sausage Patty, Pasteurized Processed American Cheese

**Sausage McMuffin® with Egg:**
English Muffin, Sausage Patty, Egg, Pasteurized Processed American Cheese, Cooking Spray Oil

**English Muffin:**
Enriched bleached wheat flour (thiamine, riboflavin, niacin, iron, folic acid; may contain malted barley flour), water, vital wheat gluten, yeast. Following ingredients 2% or less: wheat gluten, salt, partially hydrogenated soybean oil, and/or cottonseed oil, vinegar, high fructose corn syrup, and/or dextrose, corn meal, soy flour, dough conditioners (calcium peroxide, mono- and diglycerides, sodium stearoyl-2-lactylate) yeast nutrients (ammonium sulfate, calcium sulfate, calcium carbonate, ammonium chloride, monocalcium phosphate, sodium bicarbonate), calcium sulfate, fungal enzymes, fumaric acid, acetic acid, calcium propionate and potassium sorbate as a preservative, citric acid, ascorbic acid, corn starch. Brushed with margarine or butter. Margarine: Partially hydrogenated corn oil, water. Contains 2% or less of salt, whey, soy lecithin, mono- and diglycerides, sodium benzoate added as a preservative, artificial coloring (beta carotene), vitamin A palmitate, artificial flavoring. Butter: Butterfat, water, salt, curd (milk solids).

**Bacon, Egg & Cheese Biscuit:**
Biscuit, Bacon, Pasteurized Egg, Pasteurized Processed American Cheese, Biscuit Dressing, Cooking Spray Oil

**Sausage Biscuit with Egg:**
Biscuit, Sausage Patty, Pasteurized Egg, Biscuit Dressing, Cooking Spray Oil

**Sausage Biscuit:**
Biscuit, Sausage Patty, Biscuit Dressing

MCD0000780

McDonald's USA - USA Core Menu Items by Ingredients

**Biscuit:**
Biscuit: Enriched bleached wheat flour (bleached wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), cultured nonfat buttermilk [cultured skim milk, salt, guar gum, sodium citrate, buttermilk stabilizer (modified food starch, tapioca flour, mono- and diglycerides (emulsifiers), carrageenan, locust bean gum, dextrose)], partially hydrogenated soybean oil , water, leavening (sodium bicarbonate, sodium aluminum phosphate, sodium acid pyrophosphate, monocalcium phosphate), sugar, salt, may contain 2% or less of the following: high fructose corn syrup, wheat protein isolate, natural (animal and dairy source) and artificial flavor, soy lecithin. Biscuit Dressing: Partially hydrogenated soybean oil, salt, soy lecithin, natural (dairy source) and artificial flavors, TBHQ (to protect flavor), citric acid, artificial color (beta carotene), dimethylpolysiloxane.

**Bacon, Egg & Cheese McGriddles®:**
McGriddles Cakes, Pasteurized Egg, Pasteurized Processed American Cheese, Bacon, Cooking Spray Oil

**Sausage, Egg & Cheese McGriddles®:**
McGriddles Cakes, Sausage Patty, Pasteurized Egg, Pasteurized Processed American Cheese, Cooking Spray Oil

**Sausage McGriddles®:**
McGriddles Cakes, Sausage Patty

**Big Breakfast®:**
Scrambled Eggs, Cooking Spray Oil, Sausage Patty, Hash Browns, Biscuit, Biscuit Dressing

**Deluxe Breakfast:**
Scrambled Eggs, Cooking Spray Oil, Biscuit, Biscuit Dressing, Sausage Patty, Hash Browns, Hotcakes, Margarine, Hotcake Syrup

**Sausage Burrito:**
Flour Tortilla: Enriched malted flour (bleached wheat flour, malted barley flour, niacin, iron, thiamine mononitrate, riboflavin, folic acid), water, vegetable shortening (partially hydrogenated soybean oil and cottonseed oil, mono and diglycerides, polysorbate 60), baking powder (sodium bicarbonate, cornstarch, sodium aluminum sulfate, calcium sulfate, monocalcium phosphate), salt, baking soda, garlic powder, L-cysteine HCl, tricalcium phosphate, enzymes, and sodium metabisulfate, "whey, or nonfat dry milk. " Milk solids may or may not be an ingredient depending on the local bakeries decision. Sausage Scrambled Egg Mix: Pre-cooked scrambled eggs [whole eggs, nonfat milk, soybean oil, modified food starch, salt, black pepper flavor (potato starch, spices, mixed triglycerides, flavoring, silicon dioxide, gelatin, carboxymethyl cellulose, sodium benzoate, citric acid, gum acacia), black pepper extract, xanthan gum, citric acid, artificial butter flavor (butter (cream) lipolyzed butter oil, medium chain triglycerides, artificial flavors, soybean oil, flavors, annatto extract)], pre-cooked sausage crumbles [pork, water, salt, dextrose, spices, corn syrup solids, sugar, monosodium glutamate], vegetables (tomatoes, green chilies, onions, calcium chloride, citric acid). Pasteurized Processed American Cheese: Milk, milkfat, water, cream, sodium citrate, salt, sodium phosphate, sorbic acid (preservative), artificial color, cheese culture, acetic acid, lecithin, enzymes, with starch added for slice separation.

**Hotcakes and Sausage:**
Hotcakes, Sausage Patty, Hotcake Syrup, Margarine

**Hotcakes (margarine 2 pats & syrup):**
Hotcakes, Margarine, Hotcake Syrup

**Sausage Patty:**
Pork, water, salt, spices, corn syrup solids, dextrose, monosodium glutamate, BHA, propyl gallate, citric acid. May contain whey protein concentrate.

**Scrambled Eggs (2):**
Pasteurized whole eggs with sodium pyrophosphate, citric acid, monosodium phosphate — all added to preserve color, nisin.

**Hash Browns:**
Potatoes, partially hydrogenated soybean oil, natural flavor (beef source), salt, corn flour, dextrose, sodium acid pyrophosphate added to maintain natural color, and spice. Cooked in partially hydrogenated vegetable oils, (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

MCD0000781

McDonald's USA - USA Core Menu Items by Ingredients

**Warm Cinnamon Roll:**
Unbleached wheat flour, sugar, vegetable oil shortening, skim milk, eggs, glucose, dextrose, yeast, water, soy flour, cinnamon, mono- and diglycerides, salt, molasses, natural (vegetable and dairy source) and artificial flavors, corn flour, caramel color, cellulose gum, soya lecithin, artificial color, sulfate, wheat gluten, sodium stearoyl lactylate, spice and coloring, agar, citric acid, enrichment (ferrous sulfate, niacin, thiamin mononitrate, riboflavin, folic acid), potassium sorbate (preservative), modified cornstarch.

**Deluxe Warm Cinnamon Roll:**
Sugar, enriched flour (bleached wheat flour, malted barley flour, niacin, ferrous sulfate and/or reduced iron, thiamine mononitrate,riboflavin, folic acid), powder sugar, cream cheese (pasteurized milk and cream cheese cultures, salt, carob bean gum), margarine (partially hydrogenated soybean and cottonseed oils, water, salt, mono- and diglycerides, annatto/turmeric, vitamin A, calcium disodium [preservative], artificial flavor), water, high fructose corn syrup, vegetable shortening (partially hydrogenated soybean, cottonseed and/or canola oil, water, salt, mono- and diglycerides, with artificial flavor and color), eggs, spice. may contain 2% or less of the following: food starch-modified, citric acid potassium sorbate (as a preservative), salt, FD&C yellow #5, FD&C yellow #6, locust bean gum, carboxymethyl cellulose, microcrystalline cellulose, xanthan gum, yeast, L-cysteine, ascorbic acid (enzyme), calcium propionate, natural (vegetable source) and artificial flavors.

**Grape Jam:**
Concord grapes, corn syrup, sugar, red grapes, malic acid, pectin, sodium citrate.

**Strawberry Preserves:**
Sugar, strawberries, citric acid, pectin, sodium citrate.

**Bacon:**
Cured with water, salt, smoke flavoring, sodium phosphate, seasoning [gum acacia, smoke flavor, maltodextrin, hydrolyzed corn protein, natural flavor (vegetable source), autolyzed yeast extract, hydrolyzed corn, wheat, and soy protein, modified cornstarch, contains less than 2% of disodium guanylate, disodium inosinate, natural flavor (vegetable source), salt, succinic acid, xanthan gum], sodium erythorbate, sodium nitrite.

**Biscuit:**
Enriched bleached wheat flour (bleached wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), cultured nonfat buttermilk (cultured skim milk, salt, guar gum, sodium citrate, buttermilk stabilizer (modified food starch, tapioca flour, mono- and diglycerides (emulsifiers), carrageenan, locust bean gum, dextrose)], partially hydrogenated soybean oil , water, leavening (sodium bicarbonate, sodium aluminum phosphate, sodium acid pyrophosphate, monocalcium phosphate), sugar, salt, may contain 2% or less of the following: high fructose corn syrup, wheat protein isolate, natural (animal and dairy source) and artificial flavor, soy lecithin.

**Biscuit Dressing:**
Partially hydrogenated soybean oil, salt, soy lecithin, natural (dairy source) and artificial flavors, TBHQ (to protect flavor), citric acid, artificial color (beta carotene), dimethylpolysiloxane.

**Canadian Style Bacon:**
Sliced Canadian style bacon (water added), fully cooked, smoked, cured with water, salt, sweeteners (one or more of sugar, dextrose, or corn syrup solids), sodium phosphate, sodium erythorbate, sodium nitrite.

**Cooking Spray Oil:**
Partially hydrogenated soybean oil, artificial flavor, soy lecithin, beta carotene (color).

**Egg:**
USDA Grade A eggs

**English Muffin:**
Enriched bleached wheat flour (thiamine, riboflavin, niacin, iron, folic acid; may contain malted barley flour), water, vital wheat gluten, yeast. Following ingredients 2 percent or less: wheat gluten, salt, partially hydrogenated soybean oil, and/ or cottonseed oil, vinegar, high fructose corn syrup, and/or dextrose, corn meal, soy flour, dough conditioners (calcium peroxide, mono- and diglycerides, sodium stearoyl-2-lactylate), yeast nutrients (ammonium sulfate, calcium sulfate, calcium carbonate, ammonium chloride, monocalcium phosphate, sodium bicarbonate), calcium sulfate, fungal enzymes, fumaric acid, acetic acid, calcium propionate and potassium sorbate as a preservative, citric acid, ascorbic acid, corn starch. Brushed with butter or margarine. Margarine: Partially hydrogenated corn oil, water. Contains 2% or less of salt, whey, soy lecithin, mono- and diglycerides, sodium benzoate added as a preservative, artificial coloring (beta carotene), vitamin A palmitate, artificial flavoring. Butter: Butterfat, water, salt, curd (milk solids).

MCD0000782

McDonald's USA - USA Core Menu Items by Ingredients

**Hash Browns:**
Potatoes, partially hydrogenated soybean oil, natural flavor (beef source), salt, corn flour, dextrose, sodium acid pyrophosphate added to maintain natural color, and spice. Cooked in partially hydrogenated vegetable oils (may contain partially hydrogenated soybean oil and/or partially hydrogenated corn oil and/or partially hydrogenated canola oil and/or cottonseed oil and/or sunflower oil and/or corn oil).

**Hotcake Syrup:**
Corn syrup, sugar, water, artificial maple flavor, potassium sorbate as a preservative, caramel color.

**Hotcakes:**
Enriched unbleached wheat flour (wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, whey, corn flour, soybean oil, sugar, liquid eggs (egg whites, egg yolks), contains 2% or less of the following: high fructose corn syrup, leavening (sodium bicarbonate, sodium aluminum phosphate, monocalcium phosphate), dextrose, emulsifier blend (propylene glycol monostearate, monoglycerides, sodium stearoyl lactylate), soy lecithin, salt, artificial flavor, xanthan gum, carrot extract added for color.

**Margarine:**
Partially hydrogenated corn oil, water. Contains 2% or less of salt, whey, soy lecithin, mono- and diglycerides, sodium benzoate added as a preservative, artificial coloring (beta carotene), vitamin A palmitate, artificial flavoring.

**McGriddles Cakes:**
Enriched bleached wheat flour (bleached wheat flour, malted barley flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), sugar, dextrose, vegetable shortening (partially hydrogenated soybean and/ or cottonseed oils, and soy lecithin), leavening (sodium bicarbonate, sodium acid pyrophosphate, monocalcium phosphate), brown sugar, contains 2% or less of: rice flour, whey, salt, food starch modified (tapioca), natural flavors {dairy and vegetable source (soy flour)} and artificial flavors, buttermilk solids, maltodextrin, caramel color.

**Pasteurized Egg:**
Pasteurized whole eggs with sodium pyrophosphate, citric acid, monosodium phosphate — all added to preserve color, nisin.

**Pasteurized Processed American Cheese:**
Milk, milkfat, water, cream, sodium citrate, salt, sodium phosphate, sorbic acid (preservative), artificial color, cheese culture, acetic acid, lecithin, enzymes, with starch added for slice separation.

**Sausage Patty:**
Pork, water, salt, spices, corn syrup solids, dextrose, monosodium glutamate, BHA, propyl gallate, citric acid. May contain whey protein concentrate.

**Scrambled Eggs:**
Pasteurized eggs: Pasteurized whole eggs with sodium pyrophosphate, citric acid, monosodium phosphate — all added to preserve color, nisin.

**Desserts/Shakes**

**Fruit 'n Yogurt Parfait:**
Low Fat Yogurt: Cultured pasteurized Grade A low fat milk, sugar, modified food starch, fructose, nonfat dry milk, whey. Low Fat Granola: Whole grain rolled oats, brown sugar, crisp rice (rice flour, rice bran, salt, and malt), dried high maltose corn syrup, honey, sunflower oil, salt, baking soda, apple puree concentrate, sodium aluminum phosphate, cinnamon, soy lecithin, crushed oranges, natural flavor (vegetable source). Strawberries: Strawberries, konjac flour. Blueberries.

**Fruit 'n Yogurt Parfait (without granola):**
Low Fat Yogurt: Cultured pasteurized Grade A low fat milk, sugar, modified food starch, fructose, nonfat dry milk, whey. Strawberries: Strawberries, konjac flour. Blueberries.

**Apple Dippers with Low Fat Caramel Dip:**
Apple Dippers: Apples, calcium ascorbate (a blend of calcium and vitamin C added to maintain natural color), or Apples, ascorbic acid (vitamin C added to maintain natural color), calcium chloride. Low Fat Caramel Dip: Corn syrup, sweetened condensed whole milk, high fructose corn syrup, water, butter, sugar, salt, disodium phosphate, artificial flavors (ethyl vanillin, vanillin), caramel color, pectin, potassium sorbate as a preservative.

MCD0000783

McDonald's USA - USA Core Menu Items by Ingredients

**Apple Dippers:**
Apples, calcium ascorbate (a blend of calcium and vitamin C added to maintain natural color), or Apples, ascorbic acid (vitamin C added to maintain natural color), calcium chloride.

**Low Fat Caramel Dip:**
Corn syrup, sweetened condensed whole milk, high fructose corn syrup, water, butter, sugar, salt, disodium phosphate, caramel color, pectin, potassium sorbate as a preservative, artificial flavors (ethyl vanillin, vanillin).

**Vanilla Reduced Fat Ice Cream Cone:**
Vanilla Reduced Fat Ice Cream, Ice Cream Cone

**Kiddie Cone:**
Vanilla Reduced Fat Ice Cream, Ice Cream Cone

**Strawberry Sundae:**
Vanilla Reduced Fat Ice Cream: Whole milk, sucrose, cream, nonfat milk solids, corn syrup solids, mono and diglycerides, guar gum, imitation vanilla flavor, carrageenan, cellulose gum, vitamin A palmitate. Strawberry Topping: Strawberries, sugar, water, high fructose corn syrup, natural strawberry flavor with other natural flavors (fruit source), citric acid, pectin, sodium benzoate as a preservative, locust bean gum, artificial color (FD&C red #40), calcium chloride.

**Hot Caramel Sundae:**
Vanilla Reduced Fat Ice Cream: Whole milk, sucrose, cream, nonfat milk solids, corn syrup solids, mono and diglycerides, guar gum, imitation vanilla flavor, carrageenan, cellulose gum, vitamin A palmitate. Hot Caramel Topping: Corn syrup, sweetened condensed whole milk (milk, sugar, corn syrup), high fructose corn syrup, butter, sugar, water, disodium phosphate, pectin, salt, potassium sorbate as a preservative, vanillin and ethyl vanillin (artificial flavors).

**Hot Fudge Sundae:**
Vanilla Reduced Fat Ice Cream: Whole milk, sucrose, cream, nonfat milk solids, corn syrup solids, mono and diglycerides, guar gum, imitation vanilla flavor, carrageenan, cellulose gum, vitamin A palmitate. Hot Fudge Topping: Sugar, water, nonfat dry milk, partially hydrogenated palm kernel oil with lecithin, cocoa (processed with alkali), corn syrup, salt, propylene glycol alginate, potassium sorbate (a preservative), vanillin (an artificial flavor), disodium phosphate, polyglycerol esters of fatty acids.

**Peanuts (for Sundaes):**
Peanuts, dry roasted.

**M&M'S® Candies McFlurry®:**
Vanilla Reduced Fat Ice Cream: Whole milk, sucrose, cream, nonfat milk solids, corn syrup solids, mono and diglycerides, guar gum, imitation vanilla flavor, carrageenan, cellulose gum, vitamin A palmitate. Mini M&M'S® Candies: Milk chocolate (sugar, chocolate, milk, cocoa butter, lactose, soy lecithin, salt, artificial flavors), sugar, less than 0.5%: coloring (includes yellow 5 lake, red 40 lake, blue 1 lake), cornstarch, corn syrup, dextrin. May contain peanuts.

**OREO® McFlurry®:**
Vanilla Reduced Fat Ice Cream: Whole milk, sucrose, cream, nonfat milk solids, corn syrup solids, mono and diglycerides, guar gum, imitation vanilla flavor, carrageenan, cellulose gum, vitamin A palmitate. Oreo® Cookie Pieces: Enriched flour, (wheat flour, niacin, reduced iron, thiamine mononitrate {vitamin B1}, riboflavin {vitamin B2}, folic acid), sugar, partially hydrogenated soybean oil, cocoa (processed with alkali), dextrose, high fructose corn syrup, baking soda, salt, cornstarch, soy lecithin (emulsifier), chocolate, vanillin an artificial flavor.

**Chocolate Triple Thick® Shake:**
Shake Mix: Whole milk, sucrose, cream, nonfat milk solids, corn syrup solids, mono and diglycerides, guar gum, imitation vanilla flavor, carrageenan, cellulose gum, vitamin A palmitate. Chocolate Syrup: High fructose corn syrup, corn syrup, water, cocoa (processed with alkali), natural (vegetable source) and artificial flavor, salt, potassium sorbate as a preservative, vanillin. May contain small amounts of other shake flavors served at the restaurant, including egg ingredients when Egg Nog Shakes are available.

MCD0000784

McDonald's USA - USA Core Menu Items by Ingredients

**Strawberry Triple Thick® Shake:**
Shake Mix: Whole milk, sucrose, cream, nonfat milk solids, corn syrup solids, mono and diglycerides, guar gum, imitation vanilla flavor, carrageenan, cellulose gum, vitamin A palmitate. Strawberry Syrup: Sugar, strawberries, water, high fructose corn syrup, corn syrup, natural (vegetable source) and artificial flavor, pectin, citric acid, xanthan gum, potassium sorbate (a preservative), caramel color, FD&C red #40, calcium chloride. May contain small amounts of other shake flavors served at the restaurant, including egg ingredients when Egg Nog Shakes are available.

**Vanilla Triple Thick® Shake:**
Shake Mix: Whole milk, sucrose, cream, nonfat milk solids, corn syrup solids, mono and diglycerides, guar gum, imitation vanilla flavor, carrageenan, cellulose gum, vitamin A palmitate. Vanilla Syrup: Corn syrup, water, vanilla flavor, caramel color, citric acid, pectin, sodium benzoate (a preservative), calcium chloride, FD&C Yellow #5, FD&C Yellow #6. May contain small amounts of other shake flavors served at the restaurant, including egg ingredients when Egg Nog Shakes are available.

**Baked Apple Pie:**
Pastry: Enriched bleached flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), vegetable shortening (partially hydrogenated soybean and/or cottonseed oil, lecithin, artificial flavor and color), water, sugar, may contain 2% or less of the following: yeast, salt, L-cysteine (dough conditioner). Filling and topping: Apples, high fructose corn syrup, water, sugar, food starch modified, sorbitol, may contain 2% or less of the following: dextrose, sodium citrate, sodium alginate, dicalcium phosphate, spices, salt, brown sugar, citric acid, apple powder, partially hydrogenated soybean oil, natural (vegetable source) and artificial flavors.

**McDonaldland® Chocolate Chip Cookies:**
Enriched bleached wheat flour [flour, niacin, reduced iron, thiamin mononitrate (vitamin B1), riboflavin (vitamin B2), folic acid], chocolate chips (sugar, chocolate, cocoa butter, dextrose, soy lecithin, salt, artificial flavor), butter (cream, salt), sugar, eggs, brown sugar, whey, may contain less than two percent of soy lecithin, salt, baking soda, vanilla with other natural (dairy, vegetable sources) and artificial flavors, colored with annatto. (May contain traces of peanuts and tree nuts.)

**McDonaldland® Cookies :**
Enriched wheat flour [flour, niacin, reduced iron, thiamin mononitrate (vitamin B1), riboflavin (vitamin B2), folic acid], sugar, partially hydrogenated soybean and/or cottonseed oil, high fructose corn syrup, contains 2% or less of salt, leavening (sodium acid pyrophosphate, baking soda), soy lecithin, natural flavor (vegetable source). (May contain traces of peanuts and tree nuts.)

**Chocolate Chip Cookie:**
Chocolate chips (sugar, chocolate liquor, cocoa butter, butterfat, soy lecithin added as an emulsifier, artificial flavoring, added, and vanilla), flour (wheat flour bleached, malted barley flour, niacin, iron, thiamin mononitrate, riboflavin, and folic acid), white sugar, margarine (liquid soybean oil, partially hydrogenated soybean oil, water, salt, whey, lecithin, mono and diglycerides, sodium benzoate [a presservative], artificial butter flavoring, beta carotene, and vitamin A palmitate added), brown sugar, cake flour (wheat flour bleached, niacin, iron, thiamin mononitrate, riboflavin, folic acid), pasteurized whole eggs, artificial vanilla flavor (water, propylene glycol, vanillin, ethyl vanillin, and caramel color), leavening (baking powder, baking soda, and salt). May contain traces of peanut and tree nuts.

**Oatmeal Raisin Cookie:**
Flour (wheat flour bleached, malted barley flour, niacin, iron, thiamin mononitrate, riboflavin, and folic acid), sugar, margarine (liquid soybean oil, partially hydrogenated soybean oil, water, salt, whey, lecithin, mono and diglycerides, sodium benzoate [a preservative], artificial butter flavoring, beta carotene, and vitamin A palmitate added), rolled oats, brown sugar, raisins, pasteurized whole eggs, cornflakes (milled corn, sugar, malt, flavoring, salt, high fructose corn syrup, reduced iron, thiamin, hydrochloride [vitamin B1], niacinamide, calcium pantothenate, riboflavin [vitamin B2], pyridoxine, hydrochloride [vitamin B6], folic acid), coconut (desiccated coconut, sugar, propylene glycol, salt, sodium metabisulfite), artificial vanilla flavoring (water, propylene glycol, vanillin, ethyl vanillin, heliotropine, and caramel color), leavening (baking powder, baking soda, and salt). May contain traces of peanut and tree nuts.

**Sugar Cookie:**
Flour (wheat flour bleached, malted barley flour, niacin, iron, thiamin mononitrate, riboflavin, and folic acid), white sugar, margarine (liquid soybean oil, partially hydrogenated soybean oil, water, salt, whey, lecithin, mono and diglycerides, sodium benzoate [a preservative], artificial butter flavoring, beta carotene, and vitamin A palmitate added), pasteurized whole eggs, artificial vanilla flavoring (water, propylene glycol, vanillin, ethyl vanillin, heliotropine, and caramel color), leavening (baking soda, cream of tartar). May contain traces of peanut and tree nuts.

MCD0000785

McDonald's USA - USA Core Menu Items by Ingredients

**Ice Cream Cone:**
Enriched flour (wheat flour, niacin, reduced iron, thiamin mononitrate [vitamin B1], riboflavin [vitamin B2], folic acid),
contains 2% or less of cornstarch, partially hydrogenated soybean and/or cottonseed oil, sugar, salt, baking soda,
annatto (for color), artificial flavor, soy lecithin.

**Vanilla Reduced Fat Ice Cream:**
Whole milk, sucrose, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, imitation vanilla
flavor, carrageenan, cellulose gum, vitamin A palmitate.

**Beverages**

**1% Low Fat Milk Jug:**
Low fat milk, vitamin A palmitate, vitamin D3. Contains 25% of the Daily Value of vitamin D.

**1% Low Fat Chocolate Milk Jug:**
Low fat milk, high fructose corn syrup, sugar, cocoa, cocoa processed with alkali, skim milk, carrageenan, salt, artificial
flavor, vitamin A palmitate, vitamin D3. Contains 25% of the Daily Value of vitamin D.

**Minute Maid® Apple Juice Box:**
Contains pure filtered water, concentrated apple juice, calcium citrate (calcium source), vitamin C (ascorbic acid).

**Orange Juice:**
100% pure reconstituted juice from concentrate—no sugar added.

**Coca-Cola® Classic:**
Carbonated water, high fructose corn syrup and/or sucrose, caramel color, phosphoric acid, natural flavors (vegetable
source), caffeine.

**Diet Coke®:**
Carbonated water, caramel color, phosphoric acid, sodium saccharin, potassium benzoate (to protect taste), natural
flavors (vegetable source), citric acid, caffeine, potassium citrate, aspartame, dimethylpolysiloxane. Phenylketonurics:
Aspartame contains phenylalanine.

**Sprite®:**
Carbonated water, high fructose corn syrup and/or sucrose, citric acid, natural flavors (vegetable source), sodium
citrate, sodium benzoate (to protect taste), dimethylpolysiloxane.

**Hi-C® Orange Lavaburst:**
Water, high fructose corn syrup and/or sucrose, citric acid, ascorbic acid (vitamin C), potassium benzoate (to protect
taste), modified food starch, natural flavors (vegetable source), glycerol ester of wood rosin, yellow 6, brominated
vegetable oil, red 40.

**POWERade® Mountain Blast:**
Water, high fructose corn syrup, maltodextrin (glucose polymers), citric acid, natural flavors (vegetable source), salt,
potassium citrate, potassium benzoate and potassium sorbate (to protect taste), modified food starch, coconut oil,
potassium phosphate, sucrose acetate isobutyrate, niacinamide (vitamin B3), blue 1, pyridoxine hydrochloride (vitamin
B6), cyanocobalamin (vitamin B12).

**Iced Tea:**
Orange pekoe and pekoe cut black tea.

**Coffee:**
Brewed coffee.

**Half & Half Creamer:**
Grade A cream, grade A milk.

**Sugar Packet:**
White granulated sugar.

MCD0000786

McDonald's USA - USA Core Menu Items by Ingredients

This list is effective 03-21-2005.

Don't see the item you want? Try searching.

† Available at participating McDonald's

+ Based on the weight before cooking 4 oz. (113.4g)

++ Based on the weight before cooking 8 oz. (226.8g)

v Made with low fat yogurt

**Download A Printable Version**

🔖 ingredients.pdf 28k 7 sec download

Back to Nutrition Information

Back to top

McDonald's attempts to provide nutrition and ingredient information regarding its products that is as complete as possible. Some menu items may not be available at all restaurants; test products, test formulations or regional items have not been included. While the ingredient information is based on standard product formulations, variations may occur depending on the local supplier, the region of the country and the season of the year. Further, product formulations change periodically. Serving sizes may vary from quantity upon which the analysis was conducted. Serving size designation for beverages refers to total cup capacity; the actual amounts of beverage (and ice) may vary. No products are certified as vegetarian; all products may contain trace amounts of ingredients derived from animals. If you wish further information or have special sensitivities or dietary concerns regarding specific ingredients in specific menu items please call us at the number below. This listing is continuously updated in an attempt to reflect the current status of our products and may vary from printed materials.

McDonald's Quality & Nutrition Information
McDonald's Corporation
2111 McDonald's Drive
Oak Brook, IL 60523
1-877-MCD-FOOD

USA HOME | RESTAURANT LOCATOR | SEARCH | CONTACT US | RONALD McDONALD HOUSE CHARITIES

Country of McDonald's | Country Sites | ©2004 McDonald's Corporation | Terms & Conditions

Privacy Policy

MCD0000787

# McDonald's USA Food Allergens and Sensitivities Listing

We provide information for our popular menu items to help people with food allergies or sensitivities make wise food choices when dining at McDonald's. Our listing highlights the top eight food allergens and other ingredients customers often ask about.

| Menu Item | Allergens | | | | | | | | Food Sensitivities | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Egg | Fish | Milk | Peanuts | Shellfish | Soybean | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
| Sandwiches | | | | | | X | | X | | X |
| Hamburger | | | | | | X | | X | | X |
| Cheeseburger | | | X | | | X | | X | | X |
| Double Cheeseburger | | | X | | | X | | X | | X |
| Quarter Pounder®+ | | | X | | | X | | X | | X |
| Quarter Pounder® with Cheese+ | | | X | | | X | | X | | X |
| Double Quarter Pounder® with Cheese++ | | | X | | | X | | X | | X |
| Big Mac® | X | | X | | | X | | X | | X |
| Big N' Tasty® | X | | | | | X | | X | | X |
| Big N' Tasty® with Cheese | X | | X | | | X | | X | | X |
| Filet-O-Fish® | X | X | X | | | X | | X | | X |
| McChicken® | X | | | | | X | | X | | X |
| Premium Grilled Chicken Classic Sandwich | X | | | | | X | | X | | X |
| Premium Crispy Chicken Classic Sandwich | X | | | | | X | | X | | X |
| Premium Grilled Chicken Club Sandwich | X | | X | | | X | | X | | X |
| Premium Crispy Chicken Club Sandwich | X | | X | | | X | | X | | X |
| Premium Grilled Chicken Ranch BLT Sandwich | X | | X | | | X | | X | | X |
| Premium Crispy Chicken Ranch BLT Sandwich | X | | X | | | X | | X | | X |
| Premium Spicy Chicken Sandwich | X | | | | | X | | X | | X |

| | Allergens | | | | | | | | Food Sensitivities | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Egg | Fish | Milk | Peanuts | Shellfish | Soybean | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
| French Fries | | | More Info | | | | | More Info | | More Info |
| French Fries** | | | | | | | | | | |
| Ketchup Packet | | | | | | | | | | |
| Salt Packet | | | | | | | | | | |

| | Allergens | | | | | | | | Food Sensitivities | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Egg | Fish | Milk | Peanuts | Shellfish | Soybean | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
| Chicken McNuggets®/Chicken Selects® Premium Breast Strips | | | | | | | | | | |
| Chicken McNuggets® Made with White Meat | | | X | | | X | | X | | X |
| Barbeque Sauce | | | | | | X | | X | | X |
| Honey | | | | | | | | | | |
| Hot Mustard Sauce | X | | | | | X | | X | | X |
| Sweet 'N Sour Sauce | | | | | | X | | X | X | X |
| Chicken Selects® Premium Breast Strips | | | | | | | | | | |
| Spicy Buffalo Sauce | | | X | | | | | | | |

|  | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | X |
| Creamy Ranch Sauce | X |  | X |  |  |  |  |  |  |  |
| Tangy Honey Mustard Sauce | X |  |  |  |  |  |  |  |  |  |
| Southwestern Chipotle Barbecue Sauce |  |  |  |  |  |  |  |  |  |  |

| **Salads** | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| Bacon Ranch Salad with Grilled Chicken |  |  | X |  |  | X |  | X |  | X |
| Bacon Ranch Salad with Crispy Chicken | X |  | X |  |  | X |  | X |  | X |
| Bacon Ranch Salad (without chicken) |  |  | X |  |  | X |  | X |  | X |
| Caesar Salad with Grilled Chicken |  |  | X |  |  | X |  | X |  | X |
| Caesar Salad with Crispy Chicken | X |  | X |  |  |  |  | X |  | X |
| Caesar Salad (without chicken) |  |  | X |  |  |  |  | X |  | X |
| California Cobb Salad with Grilled Chicken | X |  | X |  |  | X |  | X |  | X |
| California Cobb Salad with Crispy Chicken | X |  | X |  |  | X |  | X |  | X |
| California Cobb Salad (without chicken) | X |  | X |  |  | X |  | X |  | X |
| Fruit & Walnut Salad |  |  | X | X |  | X | X | X |  | X |
| Side Salad |  |  | X |  |  |  |  | X |  | X |
| Butter Garlic Croutons |  |  | X |  |  |  |  | X |  |  |

| **Salad Dressings** | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| Newman's Own® Cobb Dressing | X | X | X |  |  |  |  |  |  |  |
| Newman's Own® Creamy Caesar Dressing | X | X | X |  |  |  |  |  |  |  |
| Newman's Own® Low Fat Balsamic Vinaigrette |  |  |  |  |  |  |  |  |  | X |
| Newman's Own® Low Fat Family Recipe Italian Dressing |  | X | X |  |  | X |  |  |  |  |
| Newman's Own® Ranch Dressing | X |  | X |  |  |  |  |  |  |  |

| **Breakfast** | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| Egg McMuffin® | X |  | X |  |  | X |  | X | X | X |
| Sausage McMuffin® |  |  | X |  |  | X |  | X | X | X |
| Sausage McMuffin® with Egg | X |  | X |  |  | X |  | X | X | X |
| English Muffin |  |  |  |  |  | X |  | X |  | X |
| Bacon, Egg & Cheese Biscuit | X |  | X |  |  | X |  | X | X | X |
| Sausage Biscuit with Egg | X |  | X |  |  | X |  | X | X | X |
| Sausage Biscuit |  |  | X |  |  | X |  | X |  |  |

| | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| Biscuit | | | X | | | X | | X | | X |
| Bacon, Egg & Cheese McGriddles® | X | | X | | | X | | X | | X |
| Sausage, Egg & Cheese McGriddles® | X | | X | | | X | | X | X | X |
| Sausage McGriddles® | | | X | | | X | | X | X | X |
| Big Breakfast® | X | | X | | | X | | X | X | X |
| Deluxe Breakfast | X | | X | | | X | | X | X | X |
| Sausage Burrito | X | | X | | | X | | X | X | X |
| Hotcakes and Sausage | X | | X | | | X | | X | X | X |
| Hotcakes (margarine 2 pats & syrup) | X | | X | | | X | | X. | | X |
| Sausage Patty | | | X | | | X | | | | X |
| Scrambled Eggs (2) | X | | | | | X | | | | |
| Hash Browns** | | | More info | | | | | | More info | More info |
| Warm Cinnamon Roll | X | | X | | | X | | X | | X |
| Deluxe Warm Cinnamon Roll | X | | X | | | | | X | | X |
| Grape Jam | | | | | | | | | | |
| Strawberry Preserves | | | | | | | | | | |

| | | | | | Allergens | | | | Food Sensitivities | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Egg | Fish | Milk | Peanuts | Shellfish | Soybeans | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
| **Desserts/Shakes** | | | | | | | | | | |
| Fruit 'n Yogurt Parfait | | | X | | | X | | | | X |
| Fruit 'n Yogurt Parfait (without granola) | | | X | | | | | | | |
| Apple Dippers with Low Fat Caramel Dip | | | X | | | | | | | |
| Apple Dippers | | | | | | | | | | |
| Low Fat Caramel Dip | | | X | | | | | | | |
| Vanilla Reduced Fat Ice Cream Cone | | | X | | | X | | X | | X. |
| Kiddie Cone | | | X | | | X | | X | | X |
| Strawberry Sundae | | | X | | | | | | | |
| Hot Caramel Sundae | | | X | | | | | | | |
| Hot Fudge Sundae | | | X | | | X | | | | |
| Peanuts (for Sundaes) | | | | X | | | X | | | |
| McFlurry® with M&M'S® Candies | | | X | X | | X | | | | |
| McFlurry® with OREO® Cookies | | | X | X | | X | X | X | | X |
| Chocolate Triple Thick® Shake* | • | | X | | | | | | | |
| Strawberry Triple Thick® Shake* | • | | X | | | | | | | |
| Vanilla Triple Thick® Shake* | • | | X | | | | | | | |
| Baked Apple Pie | | | | | | X | | X | | X |
| McDonaldland® Chocolate Chip Cookies | X | | X | X | | X | X | X | | X |
| McDonaldland® Cookies | | | X | | | X | X | X | | X |
| Chocolate Chip Cookie | X | | X | X | | X | X | X | | X |
| Oatmeal Raisin Cookie | X | | X | X | | X | X | X | | X |
| Sugar Cookie | X | | X | X | | X | X | X | | X |
| | | | | | Allergens | | | | Food Sensitivities | |

| ⌐ | Egg | Fish | Milk | Peanuts | Shellfish | Soybean∗ | Tree nuts | Wheat | MSG (Monosodium Glutamate) | Gluten |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beverages** | | | | | | | | | | |
| 1% Low Fat Milk .†un | | | X | | | | | | | |
| 1% Low Fat Chocolate Milk Jug | | | X | | | | | | | |
| Minute Maid® Apple Juice Box | | | | | | | | | | |
| Orange Juice | | | | | | | | | | |
| Coca-Cola® Classic (Child) | | | | | | | | | | |
| Coca-Cola® Classic (Small) | | | | | | | | | | |
| Coca-Cola® Classic (Medium) | | | | | | | | | | |
| Coca-Cola® Classic (Large) | | | | | | | | | | |
| Diet Coke® | | | | | | | | | | |
| Sprite® | | | | | | | | | | |
| Hi-C® Orange Drink | | | | | | | | | | |
| POWERade® Mountain Blast | | | | | | | | | | |
| Iced Tea | | | | | | | | | | |
| Coffee | | | X | | | | | | | |
| Sugar Packet | | | | | | | | | | |

This list is effective 03-14-2006.

† Available at participating McDonald's

+ Based on the weight before cooking 4 oz. (113.4g)

++ Based on the weight before cooking 8 oz. (226.8g)

» Made with low fat yogurt

▯ Contains sulfites

∗ Soybean oil is not indicated as an allergen. According to the Food Allergy & Anaphylaxis Network, studies show that most soy-allergic individuals may safely eat foods made with refined soybean oil (www.foodallergy.org). Your doctor can advise you on whether you need to avoid soybean oil.

" May contain small amounts of other shake flavors served at the restaurant, including egg ingredients when Egg Nog Shakes are available.

** For more information regarding allergens, see page 5. For more information regarding gluten, see page 6 and 7.

McDonald's attempts to provide nutrition and ingredient information regarding its products that is as complete as possible. Some menu items may not be available at all restaurants; test products, test formulations or regional items have not been included. While the ingredient information is based on standard product formulations, variations may occur depending on the local supplier, the region of the country and the season of the year. Further, product formulations change periodically. Serving sizes may vary from quantity upon which the analysis was conducted. Serving size designation for beverages refers to total cup capacity; the actual amount of beverage (and ice) may vary. No products are certified as vegetarian; all products may contain trace amounts of ingredients derived from animals. If you wish further information or have special sensitivities or dietary concerns regarding specific ingredients in specific menu items please call us at the number below. This listing is continuously updated in an attempt to reflect the current status of our products and may vary from printed materials.

McDonald's Quality & Nutrition Information
McDonald's Corporation
2111 McDonald's Drive
Oak Brook, IL 60523
1-877-MCDFOOD

02/12/2008   04:06   3013651721                    ATHAN T TSIMPEDES                         PAGE  01

Case 1:08-cv-03317   Document 1-6   Filed 02/12/2008   Page 1 of 24
Case 1:06-cv-04467   Document 80-3   Filed 08/31/2007   Page 2 of 35

Page 1 of 24

McDonald's USA - USA Core Menu Items by Ingredients



# McDonald's USA Ingredients Listing for Popular Menu Items

Back to Nutrition Information

Provided below is a listing of components in our popular menu items by category, followed by the ingredient statements for those components. Allergens contained within these components are indicated in capital type at the end of each respective ingredient statement. We encourage customers to check these statements regularly as ingredients in menu items may change. You may view this information below or download a printable version.

Don't see the item you want? Try searching.

Sandwiches | French Fries | Chicken McNuggets®/Chicken Selects® Premium Breast Strips/Sauces | Salads | Salad Dressings | Breakfast | Desserts/Shakes | Beverages

## Sandwiches

**Hamburger:**
Beef Patty, Regular Bun, Ketchup, Mustard, Pickle Slices, Onions

**Cheeseburger:**
Beef Patty, Regular Bun, Pasteurized Process American Cheese, Ketchup, Mustard, Pickle Slices, Onions

**Double Cheeseburger:**
Beef Patty, Regular Bun, Pasteurized Process American Cheese, Ketchup, Mustard, Pickle Slices, Onions

**Quarter Pounder®+:**
Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Ketchup, Mustard, Pickle Slices, Slivered Onions

**Quarter Pounder® with Cheese+:**
Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Pasteurized Process American Cheese, Ketchup, Mustard, Pickle Slices, Slivered Onions

**Double Quarter Pounder® with Cheese++:**
Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Pasteurized Process American Cheese, Ketchup, Mustard, Pickle Slices, Slivered Onions

**Big Mac®:**
Beef Patty, Big Mac Bun, Pasteurized Process American Cheese, Big Mac Sauce, Lettuce, Pickle Slices, Onions

**Big N' Tasty®:**
Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Leaf Lettuce, Tomato Slice, Mayonnaise Dressing, Ketchup, Slivered Onions, Pickle Slices

**Big N' Tasty® with Cheese:**

02/12/2008  04:06    3013651721                    ATHAN T TSIMPEDES                         PAGE   02

Case 1:08-cv-03317    Document 1-6    Filed 02/12/2008    Page 2 of 24
Case 1:06-cv-04467    Document 80-3    Filed 08/31/2007    Page 3 of 35

Page 2 of 24

McDonald's USA – USA Core Menu Items by Ingredients

Quarter Pound 100% Beef Patty*, Sesame Seed Bun, Leaf Lettuce, Tomato Slice, Mayonnaise Dressing, Pasteurized Process American Cheese, Ketchup, Slivered Onions, Pickle Slices

**Filet-O-Fish®:**
Fish Filet Patty, Regular Bun, Tartar Sauce, Pasteurized Process American Cheese

**McChicken ®:**
McChicken Patty, Regular Bun, Mayonnaise Dressing, Lettuce

**Premium Grilled Chicken Classic Sandwich:**
Honey Wheat Roll, Grilled Chicken Breast Filet, Mayonnaise Dressing, Leaf Lettuce, Tomato Slice, Liquid Margarine

**Premium Crispy Chicken Classic Sandwich:**
Honey Wheat Roll, Crispy Chicken Breast Filet, Mayonnaise Dressing, Leaf Lettuce, Tomato Slice

**Premium Grilled Chicken Club Sandwich:**
Honey Wheat Roll, Grilled Chicken Breast Filet, Natural Swiss Cheese, Bacon, Mayonnaise Dressing, Leaf Lettuce, Tomato Slice, Liquid Margarine

**Premium Crispy Chicken Club Sandwich:**
Honey Wheat Roll, Crispy Chicken Breast Filet, Natural Swiss Cheese, Bacon, Mayonnaise Dressing, Leaf Lettuce, Tomato Slice

**Premium Grilled Chicken Ranch BLT Sandwich:**
Honey Wheat Roll, Grilled Chicken Breast Filet, Bacon, Premium Ranch Sauce, Leaf Lettuce, Tomato Slice, Liquid Margarine

**Premium Crispy Chicken Ranch BLT Sandwich:**
Honey Wheat Roll, Crispy Chicken Breast Filet, Bacon, Premium Ranch Sauce, Leaf Lettuce, Tomato Slice

**Ranch Snack Wrap™ with Crispy Chicken:**
Chicken Selects® Premium Breast Strip, Flour Tortilla, Shredded Cheddar/Jack Cheese, Premium Ranch Sauce, Shredded Lettuce

**Ranch Snack Wrap™ with Grilled Chicken:**
Grilled Chicken Breast Strip, Flour Tortilla, Shredded Cheddar/Jack Cheese, Shredded Lettuce, Premium Ranch Sauce

**Honey Mustard Snack Wrap™ with Crispy Chicken:**
Chicken Selects® Premium Breast Strip, Flour Tortilla, Shredded Cheddar/Jack Cheese, Shredded Lettuce, Tangy Honey Mustard Sauce

**Honey Mustard Snack Wrap™ with Grilled Chicken:**
Grilled Chicken Breast Strip, Flour Tortilla, Shredded Cheddar/Jack Cheese, Shredded Lettuce, Tangy Honey Mustard Sauce

**Bacon:**
Pork bellies cured with [water, salt, sugar, natural smoke flavor (plant source), sodium phosphate, sodium erythorbate, sodium nitrite].

**Beef Patty:**
100% pure USDA inspected beef; no additives, no fillers, no extenders. Prepared with grill



02/12/2008  04:06  3013651721          ATHAN T TSIMPEDES          PAGE  03

Case 1:08-cv-03317     Document 1-6     Filed 02/12/2008     Page 3 of 24
Case 1:06-cv-04467     Document 80-3     Filed 08/31/2007     Page 4 of 35

Page 3 of 24

McDonald's USA - USA Core Menu Items by Ingredients

seasoning (salt, black pepper).

**Big Mac® Bun:**
Enriched flour (bleached wheat flour, malted barley flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, high fructose corn syrup, yeast, soybean oil, canola oil, partially hydrogenated soybean oil, contains 2% or less of each of the following: sesame seed, salt, wheat gluten, calcium sulfate, ammonium sulfate, monocalcium phosphate, ammonium chloride, calcium carbonate, baking soda, soy flour, dough conditioners (may contain one or more of the following: distilled monoglycerides, DATEM, ascorbic acid, azodicarbonamide, enzymes, ethoxylated mono- and diglycerides, sodium stearoyl lactylate, guar gum, mono-and diglycerides, calcium peroxide), calcium propionate & sodium propionate (preservatives), soy lecithin. CONTAINS: WHEAT AND SOY

**Big Mac® Sauce:**
Soybean oil, pickle relish [diced pickles, high fructose corn syrup, sugar, vinegar, corn syrup, salt, calcium chloride, xanthan gum, potassium sorbate (preservative), spice extractives, polysorbate 80], distilled vinegar, water, egg yolks, high fructose corn syrup, onion powder, mustard seed, salt, spices, propylene glycol alginate, sodium benzoate (preservative), mustard bran, sugar, garlic powder, vegetable protein (hydrolyzed corn, soy and wheat), caramel color, extractives of paprika, soy lecithin, turmeric (color), calcium disodium EDTA (protect flavor).
CONTAINS: WHEAT, EGG AND SOY

**Chicken Selects® Premium Breast Strip:**
Chicken breast strips, water, seasoning [salt, monosodium glutamate, carrageenan gum, chicken broth, natural flavor (plant and animal source), maltodextrin, spice, autolyzed yeast extract, chicken fat, polysorbate 80], modified potato starch, and sodium phosphates. Breaded with: wheat flour, water, food starch-modified, salt, spices, leavening (baking soda, sodium aluminum phosphate, monocalcium phosphate), garlic powder, onion powder, dextrose, spice extractives and extractives of paprika. Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent). CONTAINS: WHEAT

**Crispy Chicken Breast Filet:**
Boneless, skinless chicken breast filets with rib meat, water, seasoning (salt, modified potato starch, spices, carrageenan gum, spice extractives), and sodium phosphates. Battered and breaded with: wheat flour, water, food starch-modified, bleached wheat flour, salt, spice, dextrose, egg whites, wheat gluten, and yeast, leavening (sodium acid pyrophosphate, baking soda, and monocalcium phosphate). Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent). CONTAINS: WHEAT AND EGG

**Fish Filet Patty:**
Fish filet (Hoki and/or Pollock), water, food starch-modified, yellow corn flour, bleached wheat flour, salt, whey, dextrose, dried yeast, sugar, sodium polyphosphate, potassium polyphosphate, cellulose gum, paprika and turmeric extract (color), natural flavors (plant source). Prepared in Vegetable Oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent).

02/12/2008   04:06    3013651721                    ATHAN T TSIMPEDES                    PAGE   04

Case 1:08-cv-03317     Document 1-6     Filed 02/12/2008     Page 4 of 24
Case 1:06-cv-04467     Document 80-3     Filed 08/31/2007     Page 5 of 35

Page 4 of 24

McDonald's USA -- USA Core Menu Items by Ingredients

Prepared with grill seasoning (salt, black pepper). CONTAINS: FISH (HOKI OR POLLOCK), WHEAT AND MILK

**Flour Tortilla:**
Enriched flour (bleached wheat flour, malted barley flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, vegetable shortening (may contain one or more of the following: hydrogenated soybean oil, soybean oil, partially hydrogenated soybean oil, hydrogenated cottonseed oil with mono- and diglycerides added), contains 2% or less of the following: sugar, leavening (sodium aluminum sulfate, calcium sulfate, sodium phosphate, baking soda, corn starch, monocalcium phosphate), salt, wheat gluten, dough conditioners (sodium metabisulfite, distilled monoglycerides). CONTAINS: WHEAT

**Grilled Chicken Breast Filet:**
Chicken breast filets with rib meat, water, seasoning (salt, sugar, food starch-modified, maltodextrin, spices, dextrose, autolyzed yeast extract, hydrolyzed [corn gluten, soy, wheat gluten] proteins, garlic powder, paprika, chicken fat, chicken broth, natural flavors (plant and animal source), caramel color, polysorbate 80, xanthan gum, onion powder, extractives of paprika), modified potato starch, and sodium phosphates. CONTAINS: SOY AND WHEAT. Prepared with liquid margarine: Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono- and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene (color). CONTAINS: SOY LECITHIN

**Grilled Chicken Breast Strip:**
Chicken breast filets with rib meat, water, seasoning (salt, sugar, food starch-modified, maltodextrin, spices, dextrose, autolyzed yeast extract, hydrolyzed [corn gluten, soy, wheat gluten] proteins, garlic powder, paprika, chicken fat, chicken broth, natural flavors (plant and animal source), caramel color, polysorbate 80, xanthan gum, onion powder, extractives of paprika), modified potato starch, and sodium phosphates. Prepared with liquid margarine: Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono- and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene (color). CONTAINS: SOY AND WHEAT

**Honey Wheat Roll:**
Enriched flour (bleached wheat flour, malted barley flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, whole wheat flour, dry honey blend (honey, high fructose corn syrup, invert sugar, corn syrup, wheat starch), sugar, yeast, contains 2% or less of the following: soybean oil, canola oil, partially hydrogenated soybean oil, salt, wheat gluten, calcium sulfate, potassium iodate, L. cysteine, monocalcium phosphate, dough conditioners (may contain one or more of the following: DATEM, ascorbic acid, calcium peroxide, enzymes, azodicarbonamide, distilled monoglycerides, mono- and diglycerides), calcium propionate (preservative), soy lecithin. CONTAINS: WHEAT AND SOY LECITHIN

**Ketchup:**
Tomato concentrate from red ripe tomatoes, distilled vinegar, high fructose corn syrup, water, corn syrup, salt, natural flavors (vegetable source).

**Leaf Lettuce**

Lettuce

**Liquid Margarine:**

02/12/2008 04:06 3013651721 ATHAN T TSIMPEDES PAGE 05

Case 1:08-cv-03317 Document 1-6 Filed 02/12/2008 Page 5 of 24
Case 1:06-cv-04467 Document 80-3 Filed 08/31/2007 Page 6 of 35

Page 5 of 24

## McDonald's USA - USA Core Menu Items by Ingredients

Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono- and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene (color). CONTAINS: SOY LECITHIN

**Mayonnaise Dressing:**
Water, soybean oil, maltodextrin, distilled vinegar, egg yolks, modified tapioca starch, modified egg yolks, salt, sugar, food starch-modified, xanthan gum, spice, potassium sorbate (preservative), lemon juice concentrate, polysorbate 80, calcium disodium EDTA, natural flavor (animal source), beta carotene (color). CONTAINS: EGG

**McChicken® Patty:**
Chicken, water, salt, sodium phosphates. Battered and breaded with: bleached wheat flour, water, wheat flour, food starch-modified, salt, spices, partially hydrogenated soybean oil and cottonseed oil with mono -and diglycerides, egg whites, wheat gluten, paprika, dextrose, leavening (sodium acid pyrophosphate, baking soda, monocalcium phosphate, ammonium bicarbonate), garlic powder, yeast, natural flavor (plant source) with extractives of paprika. Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent). CONTAINS: WHEAT AND EGG

**Mustard:**
Distilled vinegar, water, mustard seed, salt, turmeric, paprika, spice extractive.

**Natural Swiss Cheese:**
Swiss cheese (pasteurized milk, cheese culture, salt, enzymes), powdered cellulose and potato starch (prevent caking), natamycin (natural mold inhibitor). CONTAINS: MILK

**Onions:**
Chopped onions.

**Pasteurized Process American Cheese:**
American cheese (pasteurized milk, cheese culture, salt, enzymes), water, milkfat, sodium citrate, sodium phosphate, salt, sorbic acid (preservative), acetic acid, artificial color, soy lecithin and/or corn starch (added for slice separation). CONTAINS: MILK AND SOY LECITHIN

**Pickle Slices:**
Cucumbers, water, distilled vinegar, salt, calcium chloride, alum, potassium sorbate (preservative), natural flavors (plant source), polysorbate 80, extractives of turmeric (color).

**Premium Ranch Sauce:**
Water, soybean oil, corn syrup solids, buttermilk, distilled vinegar, egg yolks, salt, sugar, food starch-modified, garlic powder, onion powder, chives, modified tapioca starch, natural flavors (dairy, vegetable, botanical and animal sources), lactic acid, parsley, xanthan gum, lemon juice concentrate, sodium benzoate (preservative), propylene glycol alginate. CONTAINS: MILK AND EGG

**Quarter Pound 100% Beef Patty:**
100% pure USDA inspected beef; no additives, no fillers, no extenders. Prepared with grill seasoning (salt, black pepper). *Based on the weight before cooking 4 oz. (113.4g).

**Regular Bun:**
Enriched flour (bleached wheat flour, malted barley flour, niacin, reduced iron, thiamin

02/12/2008    04:06    3013651721                    ATHAN T TSIMPEDES                              PAGE    06

Case 1:08-cv-03317    Document 1-6    Filed 02/12/2008    Page 6 of 24
Case 1:06-cv-04467    Document 80-3    Filed 08/31/2007    Page 7 of 35

Page 6 of 24

McDonald's USA – USA Core Menu Items by Ingredients

mononitrate, riboflavin, folic acid), water, high fructose corn syrup, yeast, partially hydrogenated soybean oil, soybean oil, canola oil, contains 2% or less of each of the following: salt, wheat gluten, calcium sulfate, soy flour, ammonium sulfate, calcium carbonate, calcium phosphate, monocalcium phosphate, ammonium chloride, baking soda, sorbic acid, deactivated dry yeast, dough conditioners (may contain one or more of the following: distilled monoglycerides, DATEM, sodium stearoyl lactylate, calcium peroxide, ascorbic acid, azodicarbonamide, mono- and diglycerides, enzymes, guar gum), calcium propionate & sodium propionate (preservatives), soy lecithin. CONTAINS: WHEAT AND SOY

**Sesame Seed Bun:**
Enriched flour (bleached wheat flour, malted barley flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, high fructose corn syrup, yeast, soybean oil, partially hydrogenated soybean oil, canola oil, sesame seed, contains 2% or less of each of the following: salt, wheat gluten, calcium sulfate, soy flour, ammonium sulfate, calcium phosphate, monocalcium phosphate, ammonium chloride, sorbic acid, baking soda, calcium carbonate, deactivated dry yeast, dough conditioners (may contain one or more of the following: distilled monoglycerides, DATEM, ascorbic acid, azodicarbonamide, enzymes, sodium stearoyl lactylate, mono- and diglycerides, calcium peroxide, guar gum), calcium propionate & sodium propionate (preservatives), soy lecithin. CONTAINS: WHEAT AND SOY

**Shredded Cheddar/Jack Cheese:**
Cheddar cheese [pasteurized milk, cheese culture, salt, enzymes, annatto (color)], Monterey jack cheese (pasteurized milk, cheese culture, salt, enzymes), potato starch, corn starch and powdered cellulose (prevent caking), natamycin (natural mold inhibitor). CONTAINS: MILK

**Shredded Lettuce**

**Slivered Onions**

**Tangy Honey Mustard Sauce:**
Water, sugar, dijon mustard (distilled vinegar, mustard seed, salt, water, white wine, spices), corn syrup solids, honey, soybean oil, distilled vinegar, food starch-modified, egg yolks, contains 2% or less of the following: mustard seed, turmeric (color), spices, xanthan gum, salt, titanium dioxide, propylene glycol alginate, sodium benzoate (preservative), yellow 5, yellow 6.
CONTAINS: EGG

**Tartar Sauce:**
Soybean oil, pickle relish [diced pickles, vinegar, salt, capers, xanthan gum, potassium sorbate (preservative), calcium chloride, spice extractives, polysorbate 80], egg yolks, water, onions, distilled vinegar, sugar, spice, salt, xanthan gum, potassium sorbate (preservative), parsley.
CONTAINS: EGG

**Tomato Slice**

## French Fries

**French Fries:**
Potatoes, vegetable oil (partially hydrogenated soybean oil, natural beef flavor (wheat and milk derivatives)*, citric acid (preservative), dextrose, sodium acid pyrophosphate (maintain color), dimethylpolysiloxane (antifoaming agent), salt. Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve

02/12/2008　04:06　　3013651721　　　　　　ATHAN T TSIMPEDES　　　　　　　　PAGE　07

Case 1:08-cv-03317　　Document 1-6　　Filed 02/12/2008　Page 7 of 24
Case 1:06-cv-04467　　Document 80-3　　Filed 08/31/2007　Page 8 of 35

Page 7 of 24

McDonald's USA – USA Core Menu Items by Ingredients

freshness), dimethylpolysiloxane added as an antifoaming agent). *CONTAINS: WHEAT AND
MILK (Natural beef flavor contains hydrolyzed wheat and hydrolyzed milk as starting
ingredients.)

**Ketchup Packet:**
Tomato concentrate from red ripe tomatoes, distilled vinegar, high fructose corn syrup, water,
corn syrup, salt, natural flavors (vegetable source).

**Salt Packet:**
Table salt.

**Salt**

## Chicken McNuggets®/Chicken Selects® Premium Breast Strips/Sauces

**Chicken McNuggets®:**
White boneless chicken, water, food starch-modified, salt, chicken flavor (autolyzed yeast
extract, salt, wheat starch, natural flavoring (botanical source), safflower oil, dextrose, citric acid,
rosemary), sodium phosphates, seasoning (canola oil, mono- and diglycerides, natural
extractives of rosemary). Battered and breaded with: water, enriched flour (bleached wheat
flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), yellow corn flour, food
starch-modified, salt, leavening (baking soda, sodium acid pyrophosphate, sodium aluminum
phosphate, monocalcium phosphate, calcium lactate), spices, wheat starch, whey, corn starch.
Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil,
hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil
with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an
antifoaming agent). CONTAINS: WHEAT AND MILK

**Barbeque Sauce:**
High fructose corn syrup, water, tomato paste, grape vinegar, distilled vinegar, salt, soy sauce
(water, wheat, soybeans, salt), food starch-modified, spices, dextrose, soybean oil, xanthan
gum, natural smoke flavor (plant source), caramel color, garlic powder, cellulose gum, chili
pepper, spices, malic acid, spice extractives, natural flavors (fruit and vegetable source), onion
powder, sodium benzoate (preservative), succinic acid. CONTAINS: WHEAT AND SOY

**Honey :**
Grade A pure honey.

**Hot Mustard Sauce:**
Water, high fructose corn syrup, distilled vinegar, soybean oil, mustard seed, salt, spices, egg
yolks, food starch-modified, turmeric (color), xanthan gum, annatto extract (color), caramel color,
sodium benzoate (preservative), extractives of capsicum, soy lecithin, calcium disodium EDTA
(protect flavor). CONTAINS: EGG AND SOY LECITHIN

**Sweet 'N Sour Sauce:**
High fructose corn syrup, water, fruit concentrate (apricot and/or peach), distilled vinegar, soy
sauce (water, wheat, soybeans, salt), food starch-modified, salt, dextrose, soybean oil, xanthan
gum, spices, sodium benzoate (preservative), natural flavors (fruit, vegetable and plant source),
garlic powder, cellulose gum, chili pepper, spice extractives, malic acid, onion powder, caramel
color, extractives of paprika, succinic acid. CONTAINS: WHEAT AND SOY

**Chicken Selects® Premium Breast Strips:**

02/12/2008   04:06   3013651721                   ATHAN T TSIMPEDES                          PAGE   08

Case 1:08-cv-03317    Document 1-6    Filed 02/12/2008    Page 8 of 24
Case 1:06-cv-04467    Document 80-3    Filed 08/31/2007    Page 9 of 35

Page 8 of 24

McDonald's USA – USA Core Menu Items by Ingredients

Chicken breast strips, water, seasoning [salt, monosodium glutamate, carrageenan gum, chicken broth, natural flavor (plant and animal source), maltodextrin, spice, autolyzed yeast extract, chicken fat, polysorbate 80], modified potato starch, and sodium phosphates. Breaded with: wheat flour, water, food starch-modified, salt, spices, leavening (baking soda, sodium aluminum phosphate, monocalcium phosphate), garlic powder, onion powder, dextrose, spice extractives and extractives of paprika. Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent). CONTAINS: WHEAT

**Spicy Buffalo Sauce:**
Distilled vinegar, water, red cayenne pepper, soybean oil, salt, xanthan gum, caramel color, guar gum, sodium benzoate (preservative), propylene glycol alginate, natural (dairy and vegetable source) and artificial flavor, ascorbic acid, garlic powder, red 40, calcium disodium EDTA (protect flavor). CONTAINS: MILK

**Creamy Ranch Sauce:**
Soybean oil, water, distilled vinegar, sugar, buttermilk, egg yolks, salt, garlic, natural flavors (dairy, vegetable and botanical source), lactic acid, xanthan gum, spice, potassium sorbate (preservative), onion, propylene glycol alginate, monosodium glutamate, parsley, calcium disodium EDTA (protect flavor). CONTAINS: MILK AND EGG

**Tangy Honey Mustard Sauce:**
Water, sugar, dijon mustard (distilled vinegar, mustard seed, salt, water, white wine, spices), honey, corn syrup solids, soybean oil, distilled vinegar, food starch-modified, egg yolks, mustard seed, turmeric, spices, xanthan gum, salt, titanium dioxide, sodium benzoate (preservative), propylene glycol alginate, yellow 5, yellow 6. CONTAINS: EGG

**Southwestern Chipotle Barbeque Sauce:**
High fructose corn syrup, water, tomato paste, honey, distilled vinegar, molasses, food starch-modified, salt, chipotle peppers*, natural smoke flavor (plant source), chili pepper, soybean oil, onion*, sodium benzoate and potassium sorbate (preservatives), garlic*, propylene glycol alginate, caramel color, spice. *Dehydrated

## Salads

**Southwest Salad with Grilled Chicken:**
Salad Mix, Grilled Chicken Breast Filet, Southwest Vegetable Blend, Cilantro Lime Glaze, Shredded Cheddar/Jack Cheese, Limes, Chili Lime Tortilla Strips, Liquid Margarine

**Southwest Salad with Crispy Chicken:**
Salad Mix, Crispy Chicken Breast Filet, Southwest Vegetable Blend, Cilantro Lime Glaze, Limes, Shredded Cheddar/Jack Cheese, Chili Lime Tortilla Strips

**Southwest Salad (without chicken):**
Salad Mix, Southwest Vegetable Blend, Limes, Shredded Cheddar/Jack Cheese, Chili Lime Tortilla Strips

**Asian Salad with Grilled Chicken:**
Grilled Chicken Breast Filet, Salad Mix, Asian Blend, Mandarin Oranges, Almonds, Orange Glaze, Liquid Margarine

02/12/2008  04:06    3013651721                    ATHAN T TSIMPEDES                          PAGE  09

Case 1:08-cv-03317    Document 1-6    Filed 02/12/2008    Page 9 of 24
Case 1:06-cv-04467    Document 80-3    Filed 08/31/2007    Page 10 of 35

Page 9 of 24

McDonald's USA – USA Core Menu Items by Ingredients

**Asian Salad with Crispy Chicken:**
Crispy Chicken Breast Filet, Salad Mix, Asian Blend, Mandarin Oranges, Almonds, Orange Glaze

**Asian Salad (without chicken):**
Salad Mix, Asian Blend, Mandarin Oranges, Almonds

**Bacon Ranch Salad with Grilled Chicken:**
Grilled Chicken Breast Filet, Salad Mix, Grape Tomatoes, Shredded Cheddar/Jack Cheese, Bacon Bits, Liquid Margarine

**Bacon Ranch Salad with Crispy Chicken:**
Crispy Chicken Breast Filet, Salad Mix, Grape Tomatoes, Shredded Cheddar/Jack Cheese, Bacon Bits

**Bacon Ranch Salad (without chicken):**
Salad Mix, Grape Tomatoes, Shredded Cheddar/Jack Cheese, Bacon Bits

**Caesar Salad with Grilled Chicken:**
Grilled Chicken Breast Filet, Salad Mix, Grape Tomatoes, Shredded Parmesan Cheese, Liquid Margarine

**Caesar Salad with Crispy Chicken:**
Crispy Chicken Breast Filet, Salad Mix, Grape Tomatoes, Shredded Parmesan Cheese

**Caesar Salad (without chicken):**
Salad Mix, Grape Tomatoes, Shredded Parmesan Cheese

**Side Salad:**
Salad Mix: Iceberg lettuce, romaine lettuce, spring mix (may contain baby red romaine, baby green romaine, baby red leaf, baby green leaf, baby red Swiss chard, baby red oak, baby green oak, lolla rosa, tango, tatsoi, arugula, mizuna, radicchio, frisée), carrots. Grape tomatoes. CURRENTLY, OUR SALADS DO NOT CONTAIN SPINACH.

**Butter Garlic Croutons:**
Enriched flour (wheat flour, malted barley flour, niacin, iron, thiamine mononitrate, riboflavin, folic acid), partially hydrogenated soybean oil, salt, sugar, contains 2% or less of the following: high fructose corn syrup, corn syrup solids, yeast, wheat gluten, dough conditioners (sodium stearoyl lactylate, calcium stearoyl-2-lactylate, calcium iodate, azodicarbonamide, ammonium sulfate, calcium sulfate, calcium peroxide, ascorbic acid), parsley*, whey, maltodextrin, garlic powder, natural and artificial flavors, butter oil, natural smoke flavor (plant source), annatto (color), beta carotene (color), alpha-tocopherol (antioxidant), soy lecithin, calcium propionate (preservative).
*Dehydrated. CONTAINS: WHEAT, MILK AND SOY LECITHIN

**Snack Size Fruit & Walnut Salad:**
Apple Slices and Red Grapes: Apples, red grapes, calcium ascorbate (a blend of calcium and vitamin C added to maintain natural freshness and color. Low Fat Yogurt: Cultured pasteurized Grade A reduced fat milk, sugar, food starch-modified, fructose, whey protein concentrate, corn starch, kosher gelatin, natural (plant source) and artificial flavor, potassium sorbate (added to maintain freshness), artificial color. CONTAINS: MILK. Candied Walnuts: Walnuts (TBHQ added as a preservative), sugar, peanut oil, dry honey, salt, wheat starch, maltodextrin, xanthan gum, soy lecithin, natural (plant source) and artificial flavor. CONTAINS: WHEAT, SOY LECITHIN, TREE NUTS (WALNUTS). MAY CONTAIN SHELL PARTS, OTHER TREE NUTS AND PEANUTS.

02/12/2008  04:06    3013651721                ATHAN T TSIMPEDES                    PAGE  10

Case 1:08-cv-03317    Document 1-6    Filed 02/12/2008    Page 10 of 24
Case 1:06-cv-04467    Document 80-3    Filed 08/31/2007    Page 11 of 35

Page 10 of 24

McDonald's USA - USA Core Menu Items by Ingredients

**Almonds:**
CONTAINS: TREE NUTS (ALMONDS)

**Asian Blend:**
Edamame (green soybeans), snow peas, red bell peppers. CONTAINS: SOY

**Bacon Bits:**
Pork bellies cured with [water, salt, sugar, natural smoke flavor (plant source), sodium phosphate, sodium erythorbate, sodium nitrite].

**Chili Lime Tortilla Strips:**
Corn, vegetable oil (corn oil and/or soybean oil and/or sunflower oil), salt, maltodextrin, sugar, dried tomato, dextrose, spices, onion powder, green bell pepper powder, citric acid, autolyzed yeast extract, malic acid, paprika extract (color), disodium inosinate and disodium guanylate, natural flavor (vegetable source), lemon extract, spice extractive.

**Cilantro Lime Glaze:**
Water, corn syrup solids, high fructose corn syrup, sugar, distilled vinegar, olive oil, soybean oil, freeze-dried orange juice concentrate*, cilantro, salt, freeze-dried lime juice concentrate*, xanthan gum, sodium benzoate and potassium sorbate (preservatives), garlic*, propylene glycol alginate, spice, onion*, citric acid. *Dehydrated

**Crispy Chicken Breast Filet:**
Boneless, skinless chicken breast filets with rib meat, water, seasoning (salt, modified potato starch, spices, carrageenan gum, spice extractives), and sodium phosphates. Battered and breaded with: wheat flour, water, food starch-modified, bleached wheat flour, salt, spice, dextrose, egg whites, wheat gluten, and yeast, leavening (sodium acid pyrophosphate, baking soda, and monocalcium phosphate). Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent). CONTAINS: WHEAT AND EGG

**Grape Tomatoes**

**Grilled Chicken Breast Filet:**
Chicken breast filets with rib meat, water, seasoning (salt, sugar, food starch-modified, maltodextrin, spices, dextrose, autolyzed yeast extract, hydrolyzed [corn gluten, soy, wheat gluten] proteins, garlic powder, paprika, chicken fat, chicken broth, natural flavors (plant and animal source), caramel color, polysorbate 80, xanthan gum, onion powder, extractives of paprika), modified potato starch, and sodium phosphates. CONTAINS: SOY AND WHEAT. Prepared with liquid margarine: Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono- and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene (color). CONTAINS: SOY LECITHIN

**Limes:**
Fresh lime wedge.

**Liquid Margarine:**
Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono- and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene

02/12/2008 04:06 3013651721 ATHAN T TSIMPEDES PAGE 11

Case 1:08-cv-03317 Document 1-6 Filed 02/12/2008 Page 11 of 24
Case 1:06-cv-04467 Document 80-3 Filed 08/31/2007 Page 12 of 35

Page 11 of 24

McDonald's USA – USA Core Menu Items by Ingredients

(color). CONTAINS: SOY LECITHIN

**Mandarin Oranges:**
Mandarin orange segments, water, sugar, citric acid.

**Orange Glaze:**
Water, sugar, soy sauce (water, wheat, soybeans, salt), orange juice concentrate, hoisin sauce (sugar, water, sweet potato, salt, food starch-modified, soybeans, spices, sesame seed, caramel color, wheat flour, garlic, chili pepper, acetic acid, red 40), food starch-modified, distilled vinegar, ginger, salt, citric acid, soybean oil, sodium benzoate and potassium sorbate (preservatives), propylene glycol alginate, spice, acesulfame potassium, ascorbic acid. CONTAINS: WHEAT AND SOY

**Salad Mix:**
Iceberg lettuce, romaine lettuce, baby lettuces (which may include lettuces such as baby red romaine, baby green romaine, baby red leaf, baby green leaf, baby red swiss chard, baby red oak, baby green oak, parella, lolla rosa, tango, totsoi, arugula, mizuna, frisee, and radicchio), carrots. CURRENTLY, OUR SALADS DO NOT CONTAIN SPINACH.

**Shredded Cheddar/Jack Cheese:**
Cheddar cheese [pasteurized milk, cheese culture, salt, enzymes, annatto (color)], Monterey jack cheese (pasteurized milk, cheese culture, salt, enzymes), potato starch, corn starch and powdered cellulose (prevent caking), natamycin (natural mold inhibitor). CONTAINS: MILK

**Shredded Parmesan Cheese:**
Parmesan cheese (pasteurized milk, salt, cheese culture, enzymes), powdered cellulose and potato starch (prevent caking), natamycin (natural mold inhibitor). CONTAINS: MILK

**Southwest Vegetable Blend:**
Roasted corn, black beans, roasted tomato, poblano pepper, lime juice (water, lime juice concentrate, lime oil), cilantro.

## Salad Dressings

**Newman's Own® Creamy Southwest Dressing:**
Water, corn syrup solids, soybean oil, distilled vinegar, egg yolks, corn vinegar, corn starch, whey, salt, cilantro, sugar, spices, paprika, onion*, garlic*, apple cider vinegar, sour cream* (cultured sour cream, skim milk solids, whey, sugar, citric acid, lactic acid), natural flavors (animal and vegetable sources), xanthan gum, lactic acid, parsley*. *Dehydrated. CONTAINS: EGG AND MILK

**Newman's Own® Creamy Caesar Dressing:**
Water, soybean oil, distilled vinegar, blend of parmesan, romano and granular cheeses (part skim milk, cheese cultures, salt enzymes, whey, lactic acid, citric acid, sodium citrate), fructose, egg yolks, corn starch, salt, anchovy* (dextrin, anchovy extract, salt), olive oil, lactic acid, molasses, corn syrup, caramel color, garlic powder, sugar, tamarind, spices, garlic*, onion*, natural flavor (fruit source), xanthan gum. *Dehydrated. CONTAINS: MILK, EGG AND FISH (ANCHOVY)

**Newman's Own® Low Fat Balsamic Vinaigrette:**
Water, balsamic vinegar, sugar, soybean oil, salt, distilled vinegar, olive oil, garlic, bell pepper*, spices, green onion*, parsley*, xanthan gum, onion, extractives of paprika and rosemary.

McDonald's USA - USA Core Menu Items by Ingredients

*Dehydrated
**Newman's Own® Low Fat Family Recipe Italian Dressing:**
Corn syrup solids, water, distilled vinegar, romano cheese (part skim milk, cheese cultures, salt, enzymes), soybean oil, salt, onion*, garlic*, spices, paprika, sugar, cured anchovies, xanthan gum, barley malt extract, citric acid, hydrolyzed soy protein, molasses, corn syrup, caramel color, tamarind, natural flavor (fruit source). *Dehydrated. CONTAINS: MILK, SOY AND FISH (ANCHOVY)

**Newman's Own® Low Fat Sesame Ginger Dressing:**
Water, soy sauce (water, wheat, soybeans, salt), high fructose corn syrup, corn syrup solids, distilled vinegar, sugar, freeze dried orange juice concentrate, soybean oil, roasted sesame seed oil, salt, corn starch, ginger, garlic*, corn vinegar, brown sugar, bell pepper*, garlic, guajillo peppers, parsley, apple cider vinegar, xanthan gum, spices, citric acid, caramel color, onion*. *Dehydrated. CONTAINS: WHEAT AND SOY

**Newman's Own® Ranch Dressing:**
Water, soybean oil, corn syrup solids, buttermilk, distilled vinegar, egg yolks, salt, sugar, corn starch, chives, garlic powder, onion powder, citric acid, butter (cream), natural flavors (dairy and animal source), maltodextrin, food starch-modified, nonfat milk solids, sodium phosphate, lactic acid, parsley, xanthan gum, lemon juice concentrate. CONTAINS: MILK AND EGG

## Breakfast

**Egg McMuffin®:**
English Muffin, Egg, Pasteurized Process American Cheese, Canadian Style Bacon, Liquid Margarine

**Sausage McMuffin®:**
English Muffin, Sausage Patty, Pasteurized Process American Cheese, Liquid Margarine

**Sausage McMuffin® with Egg:**
English Muffin, Sausage Patty, Egg, Pasteurized Process American Cheese, Liquid Margarine

**English Muffin:**
English Muffin, Liquid Margarine

**Bacon, Egg & Cheese Biscuit (Regular Size Biscuit):**
Biscuit (Regular): Enriched flour (bleached wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), buttermilk (cultured skim milk, skim milk, guar gum, tapioca starch, salt, sodium citrate, food starch-modified, locust bean gum, carrageenan, mono- and diglycerides, modified tapioca starch), partially hydrogenated soybean oil, water, contains less than 2% of the following: salt, sugar, leavening (baking soda, sodium aluminum phosphate, monocalcium phosphate), modified cellulose, natural flavor (botanical source), soy lecithin. Prepared with liquid margarine. CONTAINS: WHEAT, MILK AND SOY LECITHIN. Bacon: Pork bellies cured with [water, salt, sugar, natural smoke flavor (botanical source), sodium phosphate, sodium erythorbate, sodium nitrite]. Folded Egg: Pasteurized whole eggs, food starch-modified, soybean oil, natural flavors (botanical source), sodium acid pyrophosphate, carrageenan gum, flavor enhancer [salt, maltodextrin, natural flavor (plant source), spices, herb, turmeric (color)], monosodium phosphate, citric acid, soy lecithin. Prepared with liquid margarine. CONTAINS: EGG, SOY LECITHIN. Pasteurized Process American Cheese: American cheese (pasteurized milk, cheese culture, salt, enzymes), water, milkfat, sodium citrate, sodium phosphate, salt,

02/12/2008 04:06 3013651721 ATHAN T TSIMPEDES PAGE 13

Case 1:08-cv-03317 Document 1-6 Filed 02/12/2008 Page 13 of 24
Case 1:06-cv-04467 Document 80-3 Filed 08/31/2007 Page 14 of 35

Page 13 of 24

McDonald's USA – USA Core Menu Items by Ingredients

sorbic acid (preservative), acetic acid, artificial color, soy lecithin and/or corn starch (added for slice separation). CONTAINS: MILK AND SOY LECITHIN. Liquid Margarine: Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene (color). CONTAINS: SOY LECITHIN

**Bacon, Egg & Cheese Biscuit (Large Size Biscuit):**
Biscuit (Large), Bacon, Folded Egg, Pasteurized Process American Cheese, Liquid Margarine

**Sausage Biscuit with Egg (Regular Size Biscuit):**
Biscuit (Regular), Sausage Patty, Folded Egg, Liquid Margarine

**Sausage Biscuit with Egg (Large Size Biscuit):**
Biscuit (Large), Sausage Patty, Folded Egg, Liquid Margarine

**Sausage Biscuit (Regular Size Biscuit):**
Biscuit (Regular): Enriched flour (bleached wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), buttermilk (cultured skim milk, skim milk, guar gum, tapioca starch, salt, sodium citrate, food starch-modified, locust bean gum, carrageenan, mono- and diglycerides, modified tapioca starch), partially hydrogenated soybean oil, water, contains less than 2% of the following: salt, sugar, leavening (baking soda, sodium aluminum phosphate, monocalcium phosphate), modified cellulose, natural flavor (botanical source), soy lecithin. Prepared with liquid margarine. CONTAINS: WHEAT, MILK AND SOY LECITHIN. Sausage Patty: Pork, whey protein concentrate, water, salt, corn syrup solids, sugar, spices, dextrose, monosodium glutamate, spice extractives, caramel color, BHA and BHT and propyl gallate and citric acid (preservatives). CONTAINS: MILK. Liquid Margarine: Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene (color). CONTAINS: SOY LECITHIN

**Sausage Biscuit (Large Size Biscuit):**
Biscuit (Large), Sausage Patty, Liquid Margarine

**Biscuit (Regular Size):**
Biscuit (Regular), Liquid Margarine

**Biscuit (Large Size):**
Biscuit (Large), Liquid Margarine

**Bacon, Egg & Cheese McGriddles®:**
Griddle Cakes, Folded Egg, Pasteurized Process American Cheese, Bacon, Liquid Margarine

**Sausage, Egg & Cheese McGriddles®:**
Griddle Cakes, Sausage Patty, Folded Egg, Pasteurized Process American Cheese, Liquid Margarine

**Sausage McGriddles®:**
Griddle Cakes, Sausage Patty

**Big Breakfast® (Regular Size Biscuit):**
Scrambled eggs: Pasteurized whole eggs with sodium acid pyrophosphate, citric acid and monosodium phosphate (all added to preserve color), nisin (preservative). Prepared with liquid margarine. CONTAINS: EGG AND SOY LECITHIN. Sausage Patty: Pork, whey protein

02/12/2008   04:06   3013651721          ATHAN T TSIMPEDES          PAGE  14

Case 1:08-cv-03317     Document 1-6     Filed 02/12/2008   Page 14 of 24
Case 1:06-cv-04467     Document 80-3     Filed 08/31/2007   Page 15 of 35

Page 14 of 24

McDonald's USA – USA Core Menu Items by Ingredients

concentrate, water, salt, corn syrup solids, sugar, spices, dextrose, monosodium glutamate, spice extractives, caramel color, BHA and BHT and propyl gallate and citric acid (preservatives). CONTAINS: MILK. Hash Browns: Potatoes, partially hydrogenated soybean oil, and/or canola oil, natural beef flavor (wheat and milk derivatives)*, citric acid (preservative), salt, dehydrated potato, dextrose, sodium acid pyrophosphate (maintain color), extractives of black pepper, dimethylpolysiloxane (antifoaming agent). Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent). *CONTAINS: WHEAT AND MILK (Natural beef flavor contains hydrolyzed wheat and hydrolyzed milk as starting ingredients.) Biscuit (Regular): Enriched flour (bleached wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), buttermilk (cultured skim milk, skim milk, guar gum, tapioca starch, salt, sodium citrate, food starch-modified, locust bean gum, carrageenan, mono- and diglycerides, modified tapioca starch), partially hydrogenated soybean oil, water, contains less than 2% of the following: salt, sugar, leavening (baking soda, sodium aluminum phosphate, monocalcium phosphate), modified cellulose, natural flavor (botanical source), soy lecithin. Prepared with liquid margarine. CONTAINS: WHEAT, MILK AND SOY LECITHIN. Liquid Margarine: Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene (color). CONTAINS: SOY LECITHIN

**Big Breakfast® (Large Size Biscuit):**
Scrambled Eggs, Sausage Patty, Hash Browns, Biscuit (Large), Liquid Margarine

**Deluxe Breakfast (Regular Size Biscuit):**
Scrambled Eggs, Sausage Patty, Biscuit (Regular), Hash Browns, Hotcakes, Hotcake Syrup, Margarine, Liquid Margarine

**Deluxe Breakfast (Large Size Biscuit):**
Scrambled Eggs, Sausage Patty, Biscuit (Large), Hash Browns, Hotcakes, Hotcake Syrup, Margarine, Liquid Margarine

**Sausage Burrito:**
Flour Tortilla, Sausage & Scrambled Egg Mix, Pasteurized Process American Cheese

**Hotcakes and Sausage (2 pats margarine & syrup):**
Hotcakes, Sausage Patty, Hotcake Syrup, Margarine

**Hotcakes (2 pats margarine & syrup):**
Hotcakes, Margarine, Hotcake Syrup

**Sausage Patty:**
Pork, whey protein concentrate, water, salt, corn syrup solids, sugar, spices, dextrose, monosodium glutamate, spice extractives, caramel color, BHA and BHT and propyl gallate and citric acid (preservatives). CONTAINS: MILK

**Scrambled Eggs (2):**
Pasteurized whole eggs with sodium acid pyrophosphate, citric acid and monosodium phosphate (all added to preserve color), nisin (preservative). Prepared with liquid margarine: Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono- and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene

02/12/2008    04:06    3013651721                ATHAN T TSIMPEDES                    PAGE    15

Case 1:08-cv-03317    Document 1-6    Filed 02/12/2008    Page 15 of 24
Case 1:06-cv-04467    Document 80-3    Filed 08/31/2007    Page 16 of 35

Page 15 of 24

McDonald's USA - USA Core Menu Items by Ingredients

(color). CONTAINS: EGG AND SOY LECITHIN

**Hash Browns:**
Potatoes, partially hydrogenated soybean oil, and/or canola oil, natural beef flavor (wheat and milk derivatives)*, citric acid (preservative), salt, dehydrated potato, dextrose, sodium acid pyrophosphate (maintain color), extractives of black pepper, dimethylpolysiloxane (antifoaming agent). Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent). *CONTAINS: WHEAT AND MILK (Natural beef flavor contains hydrolyzed wheat and hydrolyzed milk as starting ingredients.)

**Grape Jam:**
Concord grape puree, corn syrup, sugar, grape juice concentrate, fruit pectin, malic acid, sodium citrate.

**Strawberry Preserves:**
Sugar, strawberries, strawberry puree concentrate, fruit pectin, citric acid, sodium citrate.

**Bacon:**
Pork bellies cured with [water, salt, sugar, natural smoke flavor (plant source), sodium phosphate, sodium erythorbate, sodium nitrite].

**Biscuit (Large):**
Enriched flour (bleached wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), buttermilk (cultured skim milk, skim milk, guar gum, tapioca starch, salt, sodium citrate, food starch-modified, locust bean gum, carrageenan, mono- and diglycerides, modified tapioca starch), partially hydrogenated soybean oil, water, contains less than 2% of the following: salt, sugar, leavening (baking soda, sodium aluminum phosphate, monocalcium phosphate), modified cellulose, natural flavor (plant source), soy lecithin. Prepared with liquid margarine.
CONTAINS: WHEAT, MILK AND SOY LECITHIN

**Biscuit (Regular):**
Enriched flour (bleached wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), buttermilk (cultured skim milk, skim milk, guar gum, tapioca starch, salt, sodium citrate, food starch-modified, locust bean gum, carrageenan, mono- and diglycerides, modified tapioca starch), partially hydrogenated soybean oil, water, contains less than 2% of the following: salt, sugar, leavening (baking soda, sodium aluminum phosphate, monocalcium phosphate), modified cellulose, natural flavor (plant source), soy lecithin. Prepared with liquid margarine.
CONTAINS: WHEAT, MILK AND SOY LECITHIN

**Canadian Style Bacon:**
Pork, water, sugar, salt, sodium lactate, sodium phosphate, natural flavor (vegetable), sodium diacetate and sodium nitrite (preservatives).

**Egg:**
USDA Grade A eggs. Prepared with liquid margarine. CONTAINS: EGG, SOY LECITHIN

**English Muffin:**
Enriched flour (bleached wheat flour, malted barley flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, yeast, yellow corn meal, yellow corn flour, contains 2% or less of the following: wheat gluten, high fructose corn syrup, salt, sugar, calcium sulfate, soy flour, soy lecithin, distilled vinegar, Contains one or more of the following vegetable oils:

02/12/2008   04:06   3013651721                ATHAN T TSIMPEDES                   PAGE   16

Case 1:08-cv-03317    Document 1-6    Filed 02/12/2008    Page 16 of 24
Case 1:06-cv-04467    Document 80-3    Filed 08/31/2007    Page 17 of 35

Page 16 of 24

McDonald's USA – USA Core Menu Items by Ingredients

soybean oil, canola oil, partially hydrogenated soybean oil, fractionated coconut oil, and fractionated palm oil, artificial and natural flavors (vegetable source), citric acid, calcium citrate, calcium carbonate, rice flour, sodium acid pyrophosphate, baking soda, monocalcium phosphate, fumaric acid, dough conditioners (may contain one or more of the following: ascorbic acid, DATEM, azodicarbonamide), calcium propionate & potassium sorbate (preservatives). Prepared with liquid margarine. CONTAINS: WHEAT AND SOY

**Flour Tortilla:**
Enriched flour (bleached wheat flour, malted barley flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, vegetable shortening (may contain one or more of the following: hydrogenated soybean oil, soybean oil, partially hydrogenated soybean oil, hydrogenated cottonseed oil with mono- and diglycerides added), contains 2% or less of the following: sugar, leavening (sodium aluminum sulfate, calcium sulfate, sodium phosphate, baking soda, corn starch, monocalcium phosphate), salt, wheat gluten, dough conditioners (sodium metabisulfite, distilled monoglycerides). CONTAINS: WHEAT

**Folded Egg:**
Pasteurized whole eggs, food starch-modified, soybean oil, natural flavors (botanical source), sodium acid pyrophosphate, carrageenan gum, flavor enhancer [salt, maltodextrin, natural flavor (plant source), spices, herb, turmeric (color)], monosodium phosphate, citric acid, soy lecithin. Prepared with liquid margarine. CONTAINS: EGG, SOY LECITHIN

**Griddle Cakes:**
Water, enriched flour (bleached wheat flour, malted barley flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), sugar, dextrose, palm oil, soybean oil, brown sugar, leavening (sodium acid pyrophosphate, baking soda, monocalcium phosphate), natural (dairy, botanical and plant source) and artificial flavors, rice flour, soy flour, whey powder, salt, modified tapioca starch, buttermilk, caramel color, soy lecithin, carnauba wax, corn oil, propylene glycol, TBHQ and citric acid (preservatives). CONTAINS: WHEAT, MILK AND SOY

**Hash Browns:**
Potatoes, partially hydrogenated soybean oil, and/or canola oil, natural beef flavor (wheat and milk derivatives)*, citric acid (preservative), salt, dehydrated potato, dextrose, sodium acid pyrophosphate (maintain color), extractives of black pepper, dimethylpolysiloxane (antifoaming agent). Prepared in vegetable oil ((may contain one or more of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent). *CONTAINS: WHEAT AND MILK (Natural beef flavor contains hydrolyzed wheat and hydrolyzed milk as starting ingredients.)

**Hotcake Syrup:**
Corn syrup, sugar, water, artificial maple flavor, potassium sorbate (preservative), caramel color.

**Hotcakes:**
Water, enriched flour (wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), whey powder, yellow corn flour, soybean oil, whole eggs, sugar, high fructose corn syrup, leavening (baking soda, sodium aluminum phosphate, monocalcium phosphate), dextrose, egg whites, glycerol-oleate, emulsifier blend (distilled monoglycerides, distilled propylene glycol monoester, sodium stearoyl lactylate), soy lecithin, salt, artificial flavor, xanthan gum, beta carotene (color), TBHQ (preservative). CONTAINS: WHEAT, MILK, EGG AND SOY LECITHIN

**Liquid Margarine:**

02/12/2008  04:06   3013651721          ATHAN T TSIMPEDES              PAGE   17

Case 1:08-cv-03317     Document 1-6     Filed 02/12/2008    Page 17 of 24
Case 1:06-cv-04467     Document 80-3    Filed 08/31/2007    Page 18 of 35

Page 17 of 24

McDonald's USA - USA Core Menu Items by Ingredients

Liquid soybean oil, water, partially hydrogenated cottonseed and soybean oils, salt, hydrogenated cottonseed oil, soy lecithin, mono- and diglycerides, sodium benzoate and potassium sorbate (preservative), artificial flavor, citric acid, vitamin A palmitate, beta carotene (color). CONTAINS: SOY LECITHIN

**Margarine:**
Partially hydrogenated corn oil, water, salt, whey, mono- and diglycerides, soy lecithin, sodium benzoate (preservative) artificial flavor, vitamin A palmitate, beta carotene (color). CONTAINS: MILK AND SOY LECITHIN

**Pasteurized Process American Cheese:**
American cheese (pasteurized milk, cheese culture, salt, enzymes), water, milkfat, sodium citrate, sodium phosphate, salt, sorbic acid (preservative), acetic acid, artificial color, soy lecithin and/or corn starch (added for slice separation). CONTAINS: MILK AND SOY LECITHIN

**Sausage & Scrambled Egg Mix:**
Pre-cooked egg product [eggs, nonfat dry milk, soybean oil, food starch-modified, salt, natural black pepper flavor (plant source), extractives of black pepper, xanthan gum, citric acid, natural (dairy and botanical source) and artificial butter flavor, annatto extract (color)], pre-cooked sausage [pork, water, dextrose, spices, corn syrup solids, sugar, monosodium glutamate, BHA, propyl gallate, citric acid (protect flavor)], vegetable blend (tomatoes, green chilies, onions, calcium chloride, citric acid). CONTAINS: EGG AND MILK

**Sausage Patty:**
Pork, whey protein concentrate, water, salt, corn syrup solids, sugar, spices, dextrose, monosodium glutamate, spice extractives, caramel color, BHA and BHT and propyl gallate and citric acid (preservatives). CONTAINS: MILK

**Scrambled Eggs:**
Pasteurized whole eggs with sodium pyrophosphate, citric acid and monosodium phosphate (all added to preserve color), nisin (preservative). Prepared with liquid margarine. CONTAINS: EGG AND SOY LECITHIN

## Desserts/Shakes

**Fruit 'n Yogurt Parfait»:**
Low Fat Yogurt: Cultured pasteurized Grade A reduced fat milk, sugar, food starch-modified, fructose, whey protein concentrate, corn starch, kosher gelatin, natural (plant source) and artificial flavor, potassium sorbate (added to maintain freshness), artificial color. CONTAINS: MILK. Low Fat Granola: Whole grain rolled oats, brown sugar, crisp rice (rice flour, rice bran, salt, and malt), dried high maltose corn syrup, honey, sunflower oil, salt, baking soda, sodium aluminum phosphate, apple puree concentrate, soy lecithin, cinnamon, crushed oranges, natural flavor (vegetable source). CONTAINS: SOY LECITHIN. Strawberries: Strawberries, konjac flour. Blueberries.

**Fruit 'n Yogurt Parfait (without granola)»:**
Low Fat Yogurt: Cultured pasteurized Grade A reduced fat milk, sugar, food starch-modified, fructose, whey protein concentrate, corn starch, kosher gelatin, natural (plant source) and artificial flavor, potassium sorbate (added to maintain freshness), artificial color. CONTAINS: MILK. Strawberries: Strawberries, konjac flour. Blueberries.

**Apple Dippers:**

02/12/2008 04:06 3013651721 ATHAN T TSIMPEDES PAGE 18

Case 1:08-cv-03317 Document 1-6 Filed 02/12/2008 Page 18 of 24
Case 1:06-cv-04467 Document 80-3 Filed 08/31/2007 Page 19 of 35

Page 18 of 24

McDonald's USA - USA Core Menu Items by Ingredients

Apples, calcium ascorbate (a blend of calcium and vitamin C) to maintain freshness and color.

**Low Fat Caramel Dip:**
Corn syrup, sweetened condensed whole milk, high fructose corn syrup, water, butter (cream, salt), sugar, salt, disodium phosphate, artificial flavors (vanillin, ethyl vanillin), caramel color, pectin, potassium sorbate (preservative). CONTAINS: MILK

**Vanilla Reduced Fat Ice Cream Cone:**
Vanilla Reduced Fat Ice Cream, Ice Cream Cone

**Kiddie Cone:**
Vanilla Reduced Fat Ice Cream, Ice Cream Cone

**Strawberry Sundae:**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate, carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK. Strawberry Topping: Strawberries, sugar, water, high fructose corn syrup, natural strawberry flavor with other natural flavors (fruit source), citric acid, pectin, sodium benzoate (preservative), locust bean gum, red 40, calcium chloride.

**Hot Caramel Sundae:**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate, carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK. Hot Caramel Topping: Corn syrup, sweetened condensed milk (milk, sugar, corn syrup), high fructose corn syrup, butter (cream, salt), sugar, water, disodium phosphate, pectin, salt, potassium sorbate (preservative), artificial flavors (vanillin, ethyl vanillin). CONTAINS: MILK

**Hot Fudge Sundae:**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate, carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK. Hot Fudge Topping: Sugar, water, sweetened condensed skim milk (milk, sugar, corn syrup), partially hydrogenated palm kernel oil, nonfat dry milk, cocoa (processed with alkali), corn syrup, salt, disodium phosphate, potassium sorbate (preservative), artificial flavor (vanillin), soy lecithin, polyglycerol esters of fatty acids. CONTAINS: MILK AND SOY LECITHIN

**Peanuts (for Sundaes):**
Peanuts, dry roasted. MAY CONTAIN TREE NUTS.

**Swamp Sludge McFlurry® (12 fl oz cup):**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate, carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK. Brownie and M&M'S Mix: Candy M&M [milk chocolate (sugar, chocolate, cocoa butter, skim milk, milkfat, lactose, soy lecithin, salt, artificial flavors), sugar, cornstarch, less than 1%: corn syrup, dextrin, blue 1 lake, red 40 lake, yellow 6, yellow 5, red 40, blue 1, blue 2 lake, yellow 6 lake, yellow 5 lake, blue 2), gum acacia (may contain peanuts)], sugar, margarine [soybean oil, partially hydrogenated soybean oil, water, salt, whey, soy lecithin, mono- and diglycerides, sodium benzoate (preservative), natural (vegetable source) and artificial flavor, beta carotene (color), vitamin A palmitate], bleached wheat flour, fructose, egg, cocoa (processed with alkali), water, brown sugar, partially hydrogenated soybean oil, leavening (sodium acid pyrophosphate,

02/12/2008 04:06 3013651721 ATHAN T TSIMPEDES PAGE 19

Case 1:08-cv-03317 Document 1-6 Filed 02/12/2008 Page 19 of 24
Case 1:06-cv-04467 Document 80-3 Filed 08/31/2007 Page 20 of 35

Page 19 of 24

McDonald's USA - USA Core Menu Items by Ingredients

sodium bicarbonate, monocalcium phosphate), glycerine, powdered sugar (sugar, cornstarch), natural flavor (plant source), potassium sorbate (preservative), salt. CONTAINS: WHEAT, MILK, EGG, SOY LECITHIN. MAY CONTAIN PEANUTS AND TREE NUTS.

**Swamp Sludge McFlurry® (16 fl oz cup):**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate, carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK. Brownie and M&M'S Mix Candy M&M [milk chocolate (sugar, chocolate, cocoa butter, skim milk, milkfat, lactose, soy lecithin, salt, artificial flavors), sugar, cornstarch, less than 1%: corn syrup, dextrin, blue 1 lake, red 40 lake, yellow 6, yellow 5, red 40, blue 1, blue 2 lake, yellow 6 lake, yellow 5 lake, blue 2), gum acacia (may contain peanuts)], sugar, margarine [soybean oil, partially hydrogenated soybean oil, water, salt, whey, soy lecithin, mono- and diglycerides, sodium benzoate (preservative), natural (vegetable source) and artificial flavor, beta carotene (color), vitamin A palmitate], bleached wheat flour, fructose, egg, cocoa (processed with alkali), water, brown sugar, partially hydrogenated soybean oil, leavening (sodium acid pyrophosphate, sodium bicarbonate, monocalcium phosphate), glycerine, powdered sugar (sugar, cornstarch), natural flavor (plant source), potassium sorbate (preservative), salt. CONTAINS: WHEAT, MILK, EGG, SOY LECITHIN. MAY CONTAIN PEANUTS AND TREE NUTS.

**McFlurry® with M&M'S® Candies:**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate, carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK. Mini M&M'S® Candies: Milk chocolate, (sugar, chocolate, cocoa butter, skim milk, milk fat, lactose, soy lecithin, salt, artificial flavor), Less than 2% - corn starch, corn syrup, coloring (includes Yellow 5, Red 40, Blue1 Lake, Yellow 6 Lake, Blue 2 Lake, Red 40, Yellow 5, Yellow 6), Dextrin. CONTAINS: MILK AND SOY LECITHIN. MAY CONTAIN PEANUTS

**McFlurry® with OREO® Cookies:**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate, carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK. Oreo® Cookie Pieces: Sugar, enriched flour (wheat flour, niacin, reduced iron, thiamin mononitrate {vitamin b1}, riboflavin {vitamin b2}, folic acid), high oleic canola oil and/or palm oil and/or canola oil, cocoa (processed with alkali), high fructose corn syrup, baking soda, corn starch, salt, soy lecithin (emulsifier), vanillin – an artificial flavor, chocolate. CONTAINS: WHEAT AND SOY LECITHIN

**Minty Mudd Bath Triple Thick® Shake (12 fl oz cup):**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate, carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK. Chocolate Mint Syrup: Corn syrup, high fructose corn syrup, water, cocoa (processed with alkali), sugar, natural (plant source) and artificial flavors, yellow 5, salt, potassium sorbate (preservative), citric acid, xanthan gum, artificial flavor (vanillin), blue 1. May contain small amounts of other shake flavors served at the restaurant.

**Minty Mudd Bath Triple Thick® Shake (16 fl oz cup):**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate,

02/12/2008 04:06 3013651721 ATHAN T TSIMPEDES PAGE 20

Case 1:08-cv-03317 Document 1-6 Filed 02/12/2008 Page 20 of 24
Case 1:06-cv-04467 Document 80-3 Filed 08/31/2007 Page 21 of 35

Page 20 of 24

McDonald's USA - USA Core Menu Items by Ingredients

carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK.
Chocolate Mint Syrup: Corn syrup, high fructose corn syrup, water, cocoa (processed with
alkali), sugar, natural (plant source) and artificial flavors, yellow 5, salt, potassium sorbate
(preservative), citric acid, xanthan gum, artificial flavor (vanillin), blue 1. May contain small
amounts of other shake flavors served at the restaurant.

**Minty Mudd Bath Triple Thick® Shake (21 fl oz cup):**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono-
and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate,
carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK.
Chocolate Mint Syrup: Corn syrup, high fructose corn syrup, water, cocoa (processed with
alkali), sugar, natural (plant source) and artificial flavors, yellow 5, salt, potassium sorbate
(preservative), citric acid, xanthan gum, artificial flavor (vanillin), blue 1. May contain small
amounts of other shake flavors served at the restaurant.

**Minty Mudd Bath Triple Thick® Shake (32 fl oz cup):**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono-
and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate,
carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK.
Chocolate Mint Syrup: Corn syrup, high fructose corn syrup, water, cocoa (processed with
alkali), sugar, natural (plant source) and artificial flavors, yellow 5, salt, potassium sorbate
(preservative), citric acid, xanthan gum, artificial flavor (vanillin), blue 1. May contain small
amounts of other shake flavors served at the restaurant.

**Chocolate Triple Thick® Shake:**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono-
and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate,
carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK.
Chocolate Syrup: High fructose corn syrup, corn syrup, water, cocoa (processed with alkali),
natural (vegetable source) and artificial flavors, salt, potassium sorbate (preservative), vanillin
(artificial flavor). May contain small amounts of other shake flavors served at the restaurant,
including egg ingredients when Egg Nog Shakes are available.

**Strawberry Triple Thick® Shake:**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono-
and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate,
carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK.
Strawberry Syrup: Sugar, water, corn syrup, strawberries, high fructose corn syrup, natural
(botanical source) and artificial flavors, pectin, citric acid, xanthan gum, potassium sorbate
(preservative), caramel color, calcium chloride, red 40. May contain small amounts of other
shake flavors served at the restaurant, including egg ingredients when Egg Nog Shakes are
available.

**Vanilla Triple Thick® Shake:**
Vanilla Reduced Fat Ice Cream: Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono-
and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate,
carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK.
Vanilla Syrup: Corn syrup, water, natural flavor (plant source), caramel color, citric acid, pectin,
sodium benzoate (preservative), yellow 5, yellow 6. May contain small amounts of other shake
flavors served at the restaurant, including egg ingredients when Egg Nog Shakes are available.

**Baked Apple Pie:**

02/12/2008  04:06    3013651721                  ATHAN T TSIMPEDES              PAGE  21

Case 1:08-cv-03317     Document 1-6      Filed 02/12/2008    Page 21 of 24
Case 1:06-cv-04467     Document 80-3     Filed 08/31/2007    Page 22 of 35

Page 22 of 24

McDonald's USA – USA Core Menu Items by Ingredients

(color)], rolled oats, brown sugar, raisins, eggs, corn flakes (milled corn, sugar, malt flavoring, salt, high fructose corn syrup, reduced iron, thiamin hydrochloride, niacinamide, pyridoxine hydrochloride, folic acid, calcium pantothenate, riboflavin), sweetened coconut [desiccated coconut, sugar, water, propylene glycol and sodium metabisulfite (preservatives)], artificial vanilla flavor (vanillin, ethyl vanillin), caramel color, leavening (baking soda, sodium phosphate, corn starch, monocalcium phosphate, salt). CONTAINS: WHEAT, MILK, EGGS AND TREE NUTS (COCONUT)

**Sugar Cookie:**
Enriched flour (bleached wheat flour, malted barley flour, niacin, iron, thiamin mononitrate, riboflavin, folic acid), sugar, margarine [liquid palm oil, soybean oil, water, salt, whey, mono- and diglycerides, sodium benzoate (preservative), artificial flavor, vitamin A palmitate, beta carotene (color)], eggs, artificial vanilla flavor (vanillin, ethyl vanillin), caramel color, leavening (baking soda, monocalcium phosphate, fumaric acid). CONTAINS: WHEAT, MILK AND EGGS

**Ice Cream Cone:**
Water, enriched flour (wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), tapioca starch, corn starch, sugar, partially hydrogenated soybean oil and/or cottonseed oil, leavening (baking soda, ammonium bicarbonate), salt, annatto (color), natural (plant source) and artificial flavor, caramel color, corn syrup, soy lecithin. CONTAINS: WHEAT AND SOY LECITHIN

**Vanilla Reduced Fat Ice Cream:**
Milk, sugar, cream, nonfat milk solids, corn syrup solids, mono- and diglycerides, guar gum, dextrose, sodium citrate, artificial vanilla flavor, sodium phosphate, carrageenan, disodium phosphate, cellulose gum, vitamin A palmitate. CONTAINS: MILK

## Beverages

**1% Low Fat Milk Jug:**
Low fat milk, vitamin A palmitate, vitamin D3. Contains 25% of the Daily Value of vitamin D.

**1% Low Fat Chocolate Milk Jug:**
Low fat milk, high fructose corn syrup, sugar, cocoa, cocoa processed with alkali, skim milk, carrageenan, salt, artificial flavor, vitamin A palmitate, vitamin D3. Contains 25% of the Daily Value of vitamin D.

**Minute Maid® Apple Juice Box:**
Contains pure filtered water, concentrated apple juice, calcium citrate (calcium source), vitamin C (ascorbic acid).

**Orange Juice:**
100% pure reconstituted juice from concentrate; no sugar added.

**Coca-Cola® Classic:**
Carbonated water, high fructose corn syrup and/or sucrose, caramel color, phosphoric acid, natural flavors (vegetable source), caffeine.

**Diet Coke®:**
Carbonated water, caramel color, phosphoric acid, sodium saccharin, potassium benzoate (to protect taste), natural flavors (vegetable source), citric acid, caffeine, potassium citrate, aspartame, dimethylpolysiloxane. PHENYLKETONURICS: ASPARTAME CONTAINS

02/12/2008   04:06   3013651721                  ATHAN T TSIMPEDES                    PAGE   22

Case 1:08-cv-03317   Document 1-6   Filed 02/12/2008   Page 22 of 24
Case 1:06-cv-04467   Document 80-3   Filed 08/31/2007   Page 23 of 35

McDonald's USA – USA Core Menu Items by Ingredients

---

**PHENYLALANINE.**

**Sprite®:**
Carbonated water, high fructose corn syrup and/or sucrose, citric acid, natural flavors (vegetable source), sodium citrate, sodium benzoate (to protect taste), dimethylpolysiloxane.

**Hi-C® Orange Lavaburst:**
Water, high fructose corn syrup and/or sucrose, citric acid, ascorbic acid (vitamin C), potassium benzoate (to protect taste), modified food starch, natural flavors (vegetable source), glycerol ester of wood rosin, yellow 6, brominated vegetable oil, red 40.

**POWERade® Mountain Blast:**
Water, high fructose corn syrup, maltodextrin (glucose polymers), citric acid, natural flavors (vegetable source), salt, potassium citrate, potassium benzoate and potassium sorbate (to protect taste), modified food starch, coconut oil, potassium phosphate, sucrose acetate isobutyrate, niacinamide (vitamin B3), blue 1, pyridoxine hydrochloride (vitamin B6), cyanocobalamin (vitamin B12).

**Iced Tea:**
Orange pekoe and pekoe cut black tea.

**Coffee:**
Brewed coffee.

**Coffee Cream:**
Light cream, contains less than 1% of each of the following: skim milk, sodium phosphate, sodium polyphosphate, DATEM, tetra sodium pyrophosphate, sodium citrate, carrageenan.
CONTAINS: MILK

**Sugar Packet:**
White granulated sugar.

**EQUAL® 0 Calorie Sweetener:**
Dextrose with maltodextrin, aspartame. PHENYLKETONURICS: CONTAINS PHENYLALANINE

**SPLENDA® No Calorie Sweetener:**
Dextrose, maltodextrin, sucralose.

This list is effective 06-23-2007.

Don't see the item you want? Try searching.

† Available at participating McDonald's

+ Based on the weight before cooking 4 oz. (113.4g)

++ Based on the weight before cooking 8 oz. (226.8g)

» Made with low fat yogurt

Download A Printable Version

   📰  **ingredients.pdf** 28k 7 sec download

Back to Nutrition Information

Back to top

02/12/2008  04:06   3013651721                ATHAN T TSIMPEDES                        PAGE  23

Case 1:08-cv-03317   Document 1-6   Filed 02/12/2008   Page 23 of 24
Case 1:06-cv-04467   Document 80-3   Filed 08/31/2007   Page 24 of 35

Page 21 of 24

McDonald's USA – USA Core Menu Items by Ingredients

**Pastry:** Enriched flour (bleached wheat flour, malted barley flour, niacin, ferrous sulfate, reduced iron, thiamin mononitrate, riboflavin, folic acid), partially hydrogenated soybean oil, soy lecithin, artificial flavor, beta carotene (color), water, sugar, yeast, salt, L-cysteine (dough conditioner). Filling and Topping: Apples (citric acid, ascorbic acid, salt), high fructose corn syrup, water, sugar, food starch-modified, sorbitol, dextrose, sodium citrate, sodium alginate, dicalcium phosphate, spices, salt, brown sugar, dehydrated apples (with citric acid), partially hydrogenated soybean oil, natural (vegetable source) and artificial flavors, annatto and turmeric (color), caramel color. CONTAINS: WHEAT AND SOY LECITHIN

**Cinnamon Melts:**
Enriched flour (bleached wheat flour, wheat flour, malted barley flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, sugar, margarine [palm oil, soybean oil, water, salt, whey, partially hydrogenated soybean oil, mono- and diglycerides, soy lecithin, sodium benzoate (preservative), lactic acid (protect flavor), artificial flavor, beta carotene (color), vitamin A palmitate], brown sugar, shortening (palm oil, soybean oil, mono- and diglycerides, soy lecithin), eggs, cream cheese powder [a dehydrated blend of cream cheese (pasteurized milk and cream, cheese cultures, salt, carob bean gum), nonfat dry milk, disodium phosphate, natural flavor (vegetable source)], cinnamon, nonfat dry milk, yeast, contains 2% or less of the following: salt, soybean oil, natural (plant and dairy source) and artificial flavors, distilled monoglycerides, mono- and diglycerides, sodium alginate, sodium stearoyl lactylate, polysorbate 60, titanium dioxide (color), potassium sorbate (preservative), enzymes, pectin, soy lecithin. CONTAINS: WHEAT, EGG, MILK AND SOY LECITHIN.

**McDonaldland® Chocolate Chip Cookies:**
Enriched bleached wheat flour [flour, niacin, reduced iron, thiamin mononitrate (vitamin B1), riboflavin (vitamin B2), folic acid], chocolate chips (sugar, chocolate, cocoa butter, dextrose, soy lecithin, salt, artificial flavor), butter (cream, salt), sugar, eggs, brown sugar, whey, contains 2% or less of soy lecithin, salt, baking soda, vanilla with other natural (dairy, vegetable sources) and artificial flavors, colored with annatto. CONTAINS: WHEAT, MILK, SOY LECITHIN, AND EGG. MAY CONTAIN PEANUTS AND TREE NUTS.

**McDonaldland® Cookies :**
Enriched wheat flour [flour, niacin, reduced iron, thiamin mononitrate (vitamin B1), riboflavin (vitamin B2), folic acid], sugar, partially hydrogenated soybean and/or cottonseed oil, high fructose corn syrup, contains 2% or less of salt, leavening (sodium acid pyrophosphate, baking soda), soy lecithin, natural flavor (vegetable source). CONTAINS: WHEAT AND SOY LECITHIN. MAY CONTAIN PEANUTS AND TREE NUTS.

**Chocolate Chip Cookie:**
Semi-sweet chocolate chips [sugar, chocolate liquor, cocoa butter, milkfat, soy lecithin (emulsifier), artificial flavor (vanillin)], enriched flour (bleached wheat flour, malted barley flour, niacin, iron, thiamin mononitrate, riboflavin, folic acid), margarine [liquid palm oil, soybean oil, water, salt, whey, mono- and diglycerides, sodium benzoate (preservative), artificial flavor, vitamin A palmitate, beta carotene (color)], sugar, brown sugar, eggs, artificial vanilla flavor (vanillin, ethyl vanillin), caramel color, leavening (baking soda, sodium phosphate, corn starch, monocalcium phosphate, salt). CONTAINS: MILK, SOY LECITHIN, WHEAT AND EGGS

**Oatmeal Raisin Cookie:**
Enriched flour (bleached wheat flour, malted barley flour, niacin, iron, thiamin mononitrate, riboflavin, folic acid), sugar, margarine [liquid palm oil, soybean oil, water, salt, whey, mono- and diglycerides, sodium benzoate (preservative), artificial flavor, vitamin A palmitate, beta carotene

02/12/2008   04:06    3013651721                ATHAN T TSIMPEDES                    PAGE   24

Case 1:08-cv-03317    Document 1-6    Filed 02/12/2008    Page 24 of 24
Case 1:06-cv-04467    Document 80-3    Filed 08/31/2007    Page 25 of 35

Page 24 of 24

## McDonald's USA - USA Core Menu Items by Ingredients

The nutrition information on this website is derived from testing conducted in accredited laboratories, published resources, or from information provided from McDonald's suppliers. The nutrition information is based on standard product formulations and serving sizes. All nutrition information is based on average values for ingredients from McDonald's suppliers throughout the U.S. and is rounded to meet current US FDA NLEA guidelines. Variation in serving sizes, preparation techniques, product testing and sources of supply, as well as regional and seasonal differences may affect the nutrition values for each product. In addition, product formulations change periodically. You should expect some variation in the nutrient content of the products purchased in our restaurants. None of our products are certified as vegetarian. This information is correct as of January 2007.

SPLENDA® No Calorie Sweetener is the registered trademark of McNeil Nutritionals, LLC
EQUAL® 0 Calorie Sweetener is a registered trademark of Merisant Company

HOME  •  RESTAURANT LOCATOR  •  SEARCH  •  CONTACT US  •    RONALD MCDONALD HOUSE CHARITIES

Corporate McDonald's | Country/Market Sites | Voice | ©2005-2008 McDonald's. | Terms & Conditions | Subscribe/Unsubscribe
Privacy Policy

McDonald's USA.-Small French Fries



Bag a McMeal
Nutrition Info
Choose/Customize an Item
Nutrition Lists
Meal Suggestions
Kids Meals
Nutrition FAQ
Food Quality
Food News
Tools for Health Professionals
Bob Greene, Personal Trainer
Dr. Dean Ornish

# Nutrition Facts for Your Menu Item

05-31-2007 02:19 AM (EDT)

## Menu Item



### Small French Fries
Serving Size: 2.6 oz (74 g)

Golden, long, thin, perfectly salted fries that are crisp on the outside, tender inside with a great potato taste.



Add to Bag

## Nutrition Facts    View More Details

| | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbohydrates (g) | Dietary Fiber (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|
| ☑ Small French Fries | 250 | 13 | 2.5 | 3.5 | 0 | 30 | 30 | 3 | 2 |
| ☑ Salt | 0 | 0 | 0 | 0 | 0 | 110 | 0 | 0 | 0 |
| Total: | 250 | 13 | 2.5 | 3.5 | 0 | 140 | 30 | 3 | 2 |
| % Daily Value**: | - | 20 | 13 | - | 0 | 6 | 10 | 12 | - |

Note: Nutrient contributions from individual components may not equal the total due to federal rounding regulations. Percent Daily Values (DV) and RDIs are based on unrounded values.

** Percent Daily Values (DV) are based on a 2,000 calorie diet. Your daily values may be

02/12/2008   04:28    3013651721                ATHAN T TSIMPEDES                    PAGE   02

Case 0:06-cv-61337   Document 1-7   Filed 02/12/2008   Page 2 of 4
Case 0:06-cv-61337   Document 80-3   Filed 08/31/2007   Page 28 of 35

McDonald's USA-Small French Fries                                              Page 2 of 2

higher or lower depending on your calorie needs.

To customize menu items that display components:

- Remove components by unchecking the box next to the component. Then click the Recalculate button.
- Add back components by checking the box next to the component. Then click the Recalculate button.

## Ingredients (Allergen statement in ALL CAPS.)

### Small French Fries
Potatoes, vegetable oil (partially hydrogenated soybean oil, natural beef flavor (wheat and milk derivatives)*, citric acid (preservative), dextrose, sodium acid pyrophosphate (maintain color), dimethylpolysiloxane (antifoaming agent)), salt. Prepared in vegetable oil ((may contain one of the following: Canola oil, corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated soybean oil, partially hydrogenated corn oil with TBHQ and citric acid added to preserve freshness), dimethylpolysiloxane added as an antifoaming agent). *CONTAINS: WHEAT AND MILK (Natural beef flavor contains hydrolyzed wheat and hydrolyzed milk as starting ingredients.)

Salt

### Food Exchanges

2 carbohydrate, 2 fat

<u>See another menu item</u>
<u>Return to Food, Nutrition & Fitness home page</u>

The nutrition information on this website is derived from testing conducted in accredited laboratories, published resources, or from information provided from McDonald's suppliers. The nutrition information is based on standard product formulations and serving sizes. All nutrition information is based on average values for ingredients from McDonald's suppliers throughout the U.S. and is rounded to meet current US FDA NLEA guidelines. Variation in serving sizes, preparation techniques, product testing and sources of supply, as well as regional and seasonal differences may affect the nutrition values for each product. In addition, product formulations change periodically. You should expect some variation in the nutrient content of the products purchased in our restaurants. None of our products are certified as vegetarian. This information is correct as of January 2007.

SPLENDA® No Calorie Sweetener is the registered trademark of McNeil Nutritionals, LLC
EQUAL® 0 Calorie Sweetener is a registered trademark of Merisant Company

Corporate McDonald's | Country/Market Sites | Voice | ©2005-2006 McDonald's. | Terms & Conditions | Subscribe/Unsubscribe

Privacy Policy

McDonald's USA-Hash Browns                                          Page 1 of 2



Bag a McMeal
Nutrition Info
Choose/Customize an
Item
Nutrition Lists
Meal Suggestions
Kids Meals
Nutrition FAQ
Food Quality
Food News
Tools for Health
Professionals
Bob Greene, Personal
Trainer
Dr. Dean Ornish

## Nutrition Facts for Your Menu Item

05-31-2007 02:20 AM (EDT)

## Menu Item



**Hash Browns**
Serving Size: 1.9 oz (53 g)



Add to
Bag

For information on food allergies, visit the Food
Allergy and Anaphylaxis Network.
For information on gluten and celiac disease,
visit the Celiac Sprue Association.

**Nutrition Facts**    **View More Details**

|  | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbohydrates (g) | Dietary Fiber (g) | Sugars (g) |
|---|---|---|---|---|---|---|---|---|---|
| **Total:** | 140 | 8 | 1.5 | 2 | 0 | 290 | 15 | 2 | 1 |
| % Daily Value**: | - | 13 | 8 | - | 0 | 12 | 5 | 7 | - |

Note: Nutrient contributions from individual components may not equal the total due to
federal rounding regulations. Percent Daily Values (DV) and RDIs are based on
unrounded values.

** Percent Daily Values (DV) are based on a 2,000 calorie diet. Your daily values may be
higher or lower depending on your calorie needs.

To customize menu items that display components:

- Remove components by unchecking the box next to the component. Then click the Recalculate
  button.
- Add back components by checking the box next to the component. Then click the Recalculate

02/12/2008  04:28  3013651721                    ATHAN T TSIMPEDES                        PAGE  04

Case 1:06-cv-04167    Document 1-7    Filed 02/12/2008    Page 4 of 4
Case 1:06-cv-04167    Document 80-3    Filed 08/31/2007    Page 30 of 35

McDonald's USA-Hash Browns

button.

## Ingredients (Allergen statement in ALL CAPS.)

Potatoes, partially hydrogenated soybean oil, and/or canola oil, natural
beef flavor (wheat and milk derivatives)*, citric acid (preservative), salt,
dehydrated potato, dextrose, sodium acid pyrophosphate (maintain color),
extractives of black pepper, dimethylpolysiloxane (antifoaming agent).
Prepared in vegetable oil ((may contain one of the following: Canola oil,
corn oil, soybean oil, hydrogenated soybean oil, partially hydrogenated
soybean oil, partially hydrogenated corn oil with TBHQ and citric acid
added to preserve freshness), dimethylpolysiloxane added as an
antifoaming agent). *CONTAINS: WHEAT AND MILK (Natural beef flavor
contains hydrolyzed wheat and hydrolyzed milk as starting ingredients.)

## Food Exchanges

1 carbohydrate, 1.5 fat

See another menu item
Return to Food, Nutrition & Fitness home page

The nutrition information on this website is derived from testing conducted in accredited laboratories, published resources, or
from information provided from McDonald's suppliers. The nutrition information is based on standard product formulations and
serving sizes. All nutrition information is based on average values for ingredients from McDonald's suppliers throughout the U.S.
and is rounded to meet current US FDA NLEA guidelines. Variation in serving sizes, preparation techniques, product testing and
sources of supply, as well as regional and seasonal differences may affect the nutrition values for each product. In addition,
product formulations change periodically. You should expect some variation in the nutrient content of the products purchased in
our restaurants. None of our products are certified as vegetarian. This information is correct as of January 2007.

SPLENDA® No Calorie Sweetener is the registered trademark of McNeil Nutritionals, LLC.
EQUAL® D Calorie Sweetener is a registered trademark of Merisant Company.

02/12/2008  04:31    3013651721                    ATHAN T TSIMPEDES                        PAGE  01

Case 1:08-cv-03317    Document 1-8    Filed 02/12/2008    Page 1 of 1
                                                                    Page 32 of 35
Case 1:06-cv-04467    Document 80-3    Filed 08/31/2007

Thank you for visiting McDonald's website. First and foremost, please understand that we care about our customers and that is why McDonald's communicates nutrition information about its menu items on its website and in its restaurants. We also believe that those with a milk or wheat allergy should discuss this information with their health care provider.

As it specifically relates to our French fries and hash browns, based upon input from our suppliers, we have historically reported that our French fries and hash browns in the U.S. were allergen-free.

In conjunction with the new Food Allergen Labeling and Consumer Protection Act, our suppliers informed us for the first time that hydrolyzed milk and hydrolyzed wheat are ingredients in the natural flavoring used in the frying oil for the French fries and hash browns. Based on this new information, we updated nutrition disclosures on these products on our website. We want to take this opportunity to expand on the information we provided on our website, and to outline the steps we have taken to further clarify the situation. We sincerely regret any confusion that may have occurred.

This is what we can tell you. The frying oil used to prepare our French fries and hash browns contains a natural flavoring. One ingredient in the natural flavoring is hydrolyzed milk and another is hydrolyzed wheat. We have reached out to the scientific community for definitive answers concerning these starting ingredients.

As it relates to the hydrolyzed milk, initial testing was conducted on the French fries and hash browns using a Neogen Veratox test at a 2.5 parts per million level of sensitivity. The Neogen Veratox test found no detectable intact milk proteins. As it relates to the hydrolyzed wheat, initial testing was conducted on the French fries and hash browns using a RIDASCREEN Gliadin ELISA test at a 3 parts per million level of sensitivity. The RIDASCREEN Gliadin ELISA test found no detectable intact gluten proteins. Because partially broken down milk or wheat proteins may be present, and they also may be clinically significant for an individual with a milk or wheat allergy, these tests are not definitive.

Consequently, we decided that additional allergen testing be done on these ingredients using the Radioallergosorbent Inhibition Test (RAST). The RAST test found virtually no wheat-allergic residues in the hydrolyzed wheat ingredient. The RAST test found some milk-allergic residues in the hydrolyzed milk ingredient. It should also be noted that the hydrolyzed milk and hydrolyzed wheat ingredients are only a portion of the natural flavoring and that the natural flavoring itself represents a small amount of the frying oil.

That said, for people with a milk or wheat allergy, this new and important information should be discussed with a health care provider.

We appreciate the valuable perspectives we have received on this important topic. We hope that you find this information helpful and we thank you again for your patronage and the trust you have placed in McDonald's.

Sincerely,
Catherine E. Adams Ph.D, R.D.
Corporate Vice President Worldwide Quality Systems, Food Safety and Nutrition
McDonald's Corporation

# McDonald's Fries Have Potential Allergens

## DAVE CARPENTER / AP 13feb2006

CHICAGO — Not long after disclosing that its french fries contain more trans fat than thought, McDonald's Corp. said Monday that wheat and dairy ingredients are used to flavor the popular menu item _ an acknowledgment it had not previously made.

The presence of those substances can cause allergic or other medical reactions in food-sensitive consumers.

McDonald's had said until recently that its fries were free of gluten and milk or wheat allergens and safe to eat for those with dietary issues related to the consumption of dairy items. But the fast-food company quietly added "Contains wheat and milk ingredients" this month to the french fries listing on its Web site.

The company said the move came in response to new rules by the U.S. Food and Drug Administration for the packaged foods industry, including one requiring that the presence of common allergens such as milk, eggs, wheat, fish or peanuts be reported. As a restaurant operator, Oak Brook, Ill.-based McDonald's does not have to comply but is doing so voluntarily.

McDonald's director of global nutrition, Cathy Kapica, said its potato suppliers remove all wheat and dairy proteins, such as gluten, which can cause allergic reactions. But the flavoring agent in the cooking oil is a derivative of wheat and dairy ingredients, and the company decided to note their presence because of the FDA's stipulation that potential allergens be disclosed.

"We knew there were always wheat and dairy derivatives in there, but they were not the protein component," she said. "Technically there are no allergens in there. What this is an example of is science evolving" and McDonald's responding as more is learned, she said.

While the company wanted to make consumers aware that fries were derived in part from wheat and dairy sources, she said, those who have eaten the product without problem should be able to continue to do so without incident.

The acknowledgment has stirred anger and some concern among consumers who are on gluten-free diets since it was posted on McDonald's Web site.

"If they're saying there's wheat and dairy derivatives in the oil, as far as anyone with this disease is concerned there's actually wheat in it," said New York resident Jillian Williams, one of more than 2 million Americans with celiac disease, an autoimmune disorder triggered by gluten.

"They should have disclosed that all along," she said. "They should never have been calling them gluten-free."

It's not the first time McDonald's forthrightness has been called into question concerning what's in its famous fries.

The company paid $10 million in 2002 to settle a lawsuit by vegetarian groups after it was disclosed that its fries were cooked in beef-flavored oil despite the company's insistence in 1990 that it was abandoning beef tallow for pure vegetable oil.

Last February, it paid $8.5 million to settle a suit by a nonprofit advocacy group accusing the company of misleading consumers by announcing plans in September 2002 to change its cooking oil but then delaying the switch indefinitely within months. Reluctant to change the taste of a top-selling item, McDonald's has continued to maintain for the past three years that testing continues.

Asked about the status of those efforts Monday, Kapica said: "It's a very high priority and we are very committed to continuing with testing and lowering the level of trans fat without raising the level of saturated fat. ... It's a lot harder than we originally thought but that is not stopping us."

McDonald's shares rose 3 cents to close at $36.36 on the New York Stock Exchange _ up 8 percent in 2006.

# McDonald's French Fries Contain Possible Allergens Wheat, Milk

## DAVID P. HAMILTON / Wall Street Journal 13feb2006

McDonald's Corp. said its french fries contain "wheat and milk ingredients" that might cause problems for diners sensitive to these substances.

McDonald's previously had described its fries as free of substances that can cause allergic or other medical reactions in sensitive people. The Oak Brook, Ill., fast-food giant said the change in its ingredient disclosures followed its decision to conform to new federal food-labeling rules, and doesn't reflect any change in the ingredients of its fries or the way they are prepared.

Some people with food-sensitivity conditions previously considered McDonald's fries safe based on information supplied by the company. For instance, some individuals with celiac disease -- an autoimmune condition triggered by gluten, a protein found in wheat, rye and barley -- worried in an online forum that perhaps McDonald's fries have always contained gluten, despite the company's assertions to the contrary.

Cathy Kapica, McDonald's director of global nutrition, said the company's fries include a "natural flavoring" made, in part, from extracts of wheat and dairy products. Dr. Kapica said those extracts are processed in ways designed to remove wheat and dairy proteins, which are the substances generally responsible for triggering allergies or food-sensitivity problems.

Until last week, McDonald's described the flavoring as safe for people with food allergies and other dietary sensitivities. On its Web site, McDonald's listed the fries on a page of menu items "for people with gluten sensitivity." On an "allergies and sensitivities" page, the fries were described as free of gluten and milk or wheat "allergens."

More recently, however, McDonald's decided to bring its nutritional information into voluntary compliance with new Food and Drug Administration food-labeling rules that took effect Jan. 1.

Those regulations, which apply to packaged foods but not to restaurant meals, require labels to note the presence of common allergens such as milk, eggs, wheat, fish or peanuts.

Under McDonald's interpretation of the FDA rules, Dr. Kapica said, the company decided to note the presence of the wheat and dairy ingredients used to flavor its fries. "If someone is really sensitive, they need to be aware that this product was at one point derived from wheat and dairy," Dr. Kapica said.

On the other hand, anyone who has eaten the fries without incident "can continue to do so," Dr. Kapica said.

☜JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

DEBORAH ADAMES on behalf of their minor son, DAVID ADAMES.

**DEFENDANTS**

MCDONALD'S CORPORATION

**(b)** County of Residence of First Listed Plaintiff   Gloucester- NJ
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Cook County- Chicago IL
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Law Offices of Athan T. Tsimpedes,
7th Floor Washington, DC 20005  1420 New York Avenue, NW,
202-638-2100

Attorneys (If Known)

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government
Defendant

☒ 4   Diversity
(Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                              and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN**   (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgement

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1332

Brief description of cause:
Failure to disclose milk and wheat ingredients in food causing injuries.

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 15,000,000.   CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   2/12/08

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____