RECEIVED

FEB 12 2008

Deborah Adames et al.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AT 8:30_____ M
WILLIAM T. WALSH, CLERK

Civil Action No. 08-765 (FSH)

v.

McDonalds Corporation

## DISCLOSURE STATEMENT

The undersigned counsel for __Plaintiffs__, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

2/12/08
Date

_____
Signature of Attorney

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.

DNJ-CMECF-005 (10/07)