UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DEBORAH ADAMES, et al.,

          Plaintiffs,

v.

MCDONALD'S CORPORATION,

          Defendant.

Civil Action No. 08-765 (FSH)

NOTICE OF CALL FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 4(m)

PLEASE TAKE NOTICE, that the above-captioned action will be dismissed on June 16, 2008, for failure to effect service of the summons and complaint within 120 days of the filing of the complaint, unless you establish that proper service was effected within said 120 days, by filing proof of service with the Clerk of the Court before the return date of this notice. If proof of service is not filed before the return date, Plaintiff is required to provide sufficient reason through writing for good cause why this action should not be dismissed.

WILLIAM T. WALSH, CLERK

by:   /s/ Lawrence MacStravic
        Deputy Clerk

Date: May 29, 2008

cc: Hon. Faith S. Hochberg
     Parties