# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08–cv–00765–FSH–PS

| | |
|---|---|
| ADAMES et al v. MCDONALD'S CORPORATION | Date Filed: 02/12/2008 |
| Assigned to: Judge Faith S. Hochberg | Date Terminated: 06/13/2008 |
| Referred to: Magistrate Judge Patty Shwartz | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**DEBORAH ADAMES**  
*individually and on behalf of her minor son, DAVID ADAMES*

represented by **ATHAN T. TSIMPEDES**  
LAW OFFICES OF ATHAN T. TSIMPEDES  
1420 NEW YORK AVENUE, NW  
7TH FLOOR  
WASHINGTON, DC 20005  
202–638–2100  
Fax: 202–449–3499  
Email: atsimpedes@comcast.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRANT AND KAREN WRIGHT**  
*Individually and as Parents and On behalf of their minor son SHAUN PATRICK WRIGHT*

represented by **ATHAN T. TSIMPEDES**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TERESA MARIE DOUGHTEN**  
*Individually and on behalf of her minor daughter, TERESA MARIA DOUGHTEN*

represented by **ATHAN T. TSIMPEDES**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MCDONALD'S CORPORATION**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2008 | 1 | COMPLAINT against MCDONALD'S CORPORATION ( Filing fee $ 350 receipt number 1860341.) Jury Demand, filed by DEBORAH ADAMES, BRANT AND KAREN WRIGHT, TERESA MARIE DOUGHTEN. (Attachments: # 1 exh 1, # 2 exh 2, # 3 exh 3, # 4 exh 4, # 5 exh 5, # 6 exh 6, # 7 exh 7, # 8 exh 8, # 9 Civil Cover Sheet)(ld, ) (Entered: 02/14/2008) |
| 02/12/2008 | 2 | Corporate Disclosure Statement by DEBORAH ADAMES, BRANT AND KAREN WRIGHT, TERESA MARIE DOUGHTEN. (ld, ) (Entered: 02/14/2008) |

| | | |
|---|---|---|
| 04/08/2008 | 3 | Letter–ORDER re:requirements. Signed by Magistrate Judge Patty Shwartz on 4/7/08. (jd, ) (Entered: 04/08/2008) |
| 05/29/2008 | 4 | Notice of Call for dismissal Pursuant to Rule 4(m). Proof of service or affidavit in opposition to notice of call for dismissal must be filed before 6/16/2008 else case may be dismissed. (lm, ) (Entered: 05/29/2008) |
| 06/05/2008 | 5 | WAIVER OF SERVICE Returned Executed by DEBORAH ADAMES, BRANT AND KAREN WRIGHT, TERESA MARIE DOUGHTEN. MCDONALD'S CORPORATION waiver sent on 5/9/2008, answer due 7/8/2008. (TSIMPEDES, ATHAN) (Entered: 06/05/2008) |
| 06/13/2008 | 6 | Certified Copy of MDL ORDER transferring action to the USDC for the Northern District of Illinois (jd, ) (Entered: 06/13/2008) |
| 06/13/2008 |   | ***Civil Case Terminated. (jd, ) (Entered: 06/13/2008) |