IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH ADAMES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | Case No.: 1:08-cv-03317 <br> Honorable Elaine E. Bucklo |

**MCDONALD'S AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant McDonald's Corporation ("McDonald's") respectfully moves this Court to extend the time to answer or otherwise respond to plaintiffs' Complaint by sixty (60) days, to September 8, 2008. In support of this motion, McDonald's states that plaintiffs have agreed to the requested sixty day extension, and further states as follows:

1. Plaintiffs commenced this action in the United States District Court for the District of New Jersey, but the Judicial Panel on Multidistrict Litigation subsequently transferred the action to this Court as a tag-along action in MDL-1784. (Doc. 6, 7.)

2. McDonald's executed a Waiver of Service of Summons form that plaintiffs sent on May 9, 2008. (Doc. 5.)

3. Accordingly, the deadline for McDonald's response to plaintiffs' Complaint is July 8, 2008. Fed. R. Civ. P. 4(d)(3).

4. McDonald's requests a sixty (60) day extension of time, to September 8, 2008 (September 6, 2008 falls on a Saturday), so that it may have a sufficient amount of time in which to investigate plaintiffs' allegations, determine whether it should respond by filing a motion or an answer, and prepare an appropriate response to the Complaint.

- 2 -

    5.       Plaintiffs have agreed to the sixty day extension requested in this motion.

**WHEREFORE**, McDonald's Corporation respectfully moves this Court for entry of an Order extending the time for McDonald's to answer or otherwise respond to plaintiffs' Complaint by sixty (60) days, from July 8, 2008, to and including September 8, 2008.

    Respectfully submitted this 8th day of July, 2008,

                                                    **McDONALD'S CORPORATION**

                                                    /s/ Geoffrey A. Vance

                                                    Geoffrey A. Vance [#6231366]
                                                    McDermott Will & Emery LLP
                                                    227 West Monroe Street
                                                    Suite 4400
                                                    Chicago, Illinois  60606
                                                    Phone: (312) 372-2000
Michael A. Pope [#2232464]                Email: gvance@mwe.com
William P. Schuman [#3124458]
McDermott Will & Emery LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
(312) 372-2000

## CERTIFICATE OF SERVICE

    I, Geoffrey A. Vance, an attorney, certify that the foregoing motion was served on the following counsel by electronic mail and United States mail on this 8th day of July, 2008:

**Athan T Tsimpedes**
Law Offices of Athan T. Tsimpedes
1420 New York Avenue NW
7th Floor
Washington, DC 20005

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Fax: (312) 984-7700
Email: gvance@mwe.com