## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Deborah Adames, et al.
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−03317
                                                      Honorable Elaine E. Bucklo

McDonald's Corporation
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

　　　　MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's agreed motion for extension of time until 9/8/08 to answer or otherwise plead [9] is granted.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.