IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH ADAMES, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>        Defendant. | Case No.: 1:08-cv-03317<br>Honorable Elaine E. Bucklo |
| DAVE HAVENS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>        Defendant. | Case No.: 1:08-cv-04546<br>Honorable Elaine E. Bucklo |

**MCDONALD'S AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINTS**

    Defendant McDonald's Corporation ("McDonald's") respectfully moves this Court to extend the time to answer or otherwise respond to the Complaints in the above-captioned MDL tag-alongs by sixty (60) days, to November 7, 2008. In support of this motion, McDonald's states that the respective plaintiffs have agreed to the requested sixty day extensions, and further states as follows:

    1.    Plaintiffs commenced these actions in the United States District Court for the District of New Jersey, but the Judicial Panel on Multidistrict Litigation subsequently transferred the actions to this Court as tag-along actions in MDL-1784.

- 2 -

2. The deadline for McDonald's responses to the Complaints in these two tag-along actions is September 8, 2008.

3. McDonald's requests a sixty (60) day extension of time to respond to the Complaints filed in the *Adames* and *Havens* actions, to and including November 7, 2008, so that the parties may discuss the possibility of resolving these tag-along actions.

4. Plaintiffs have agreed to the sixty day extensions requested in this motion.

**WHEREFORE**, McDonald's Corporation respectfully moves this Court for entry of Orders extending the time for McDonald's to answer or otherwise respond to plaintiffs' respective Complaints by sixty (60) days, to November 7, 2008.

Respectfully submitted this 3rd day of September, 2008,

**McDONALD'S CORPORATION**

/s/ Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
Phone: (312) 372-2000
Email: gvance@mwe.com

Michael A. Pope [#2232464]
William P. Schuman [#3124458]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
(312) 372-2000

# CERTIFICATE OF SERVICE

I, Geoffrey A. Vance, an attorney, certify that the foregoing motion was served on the following counsel by electronic mail on this 3rd day of September, 2008:

**Athan T. Tsimpedes**
Law Offices of Athan T. Tsimpedes
1420 New York Avenue NW
7th Floor
Washington, DC 20005

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Fax: (312) 984-7700
Email: gvance@mwe.com

CHI99 5001631-2.022638.0022